**EXHIBIT 12**

## Late Stage Lyme Disease: Arguments for an Individualized Approach
### Deborah A. Metzger, PhD, MD

The purpose of this review is to provide arguments in favor of a more liberal approach to the treatment of late stage Lyme disease, specifically the use of intravenous antibiotics for extended periods of time.

Lyme disease is a chronic, persisting, multi-systemic infection, which is caused by *Borrelia burgdorferi* spirochetes that are transmitted by common deer ticks (Ixodes). Like syphilis, which is another spirochetal infection, Lyme disease may affect several organ systems and proceed through several stages. It may also persist if it is not properly diagnosed and treated in the earliest stage. During the first stage, a pathognomonic bull's eye rash may develop that establishes the diagnosis. It is often accompanied by a flu-like illness. Unfortunately, in 20-50% of those infected with Borrelia, no rash develops, develops in an uncharacteristic form, or is not noticed[1,2]. Without appropriate antibiotic treatment, the disease becomes disseminated resulting in episodic or persistent neurologic, musculoskeletal, or cardiac symptoms. Several lines of evidence suggest the Lyme disease is very much underreported[3] and that perhaps as many as 90% of those affected are not diagnosed.

Ticks that carry the Lyme bacteria also carry co-infections such as Ehrlichia, Babesia, and Bartonella. Approximately 2/3 of patients with Lyme disease have at least one of these co-infections[4] but patients are not routinely tested for them. Patients who have Lyme disease together with a co-infection may remain mysteriously ill and unresponsive to standard treatment. Thus, Lyme is a complex illness potentially consisting of multiple tick-derived co-infections.

Most physicians agree that when treated very early in the course of the disease that most Lyme patients will get well. Also generally agreed is that Lyme disease patients who have gone undiagnosed and now suffer late stage disease may continue to experience debilitating symptoms following a month-long course of antibiotics. All agree that these symptoms-arthritic, neurologic, and mulisystemic-can last for months or years. The most controversial aspect of the treatment of late stage Lyme disease is the optimal antibiotic regimen.

For the vast majority of bacterial infections, a defined course of antibiotics either eliminates the bacteria or decreases the number of bacteria so that the immune system can eradicate the survivors. Lyme disease is not a typical bacteria in that it shares some of the characteristics of more challenging bacterial infections such as mycobacteria and syphilis: it is difficult to routinely culture, has a slow growth rate, can remain dormant for lengthy

[1] Jacobs, RA. Infectious Diseases: Spirochetal. Current Medical Diagnosis and Treatment (Lange Medical Books/McGraw-Hill, NY, 39th edition, 2000
[2] Donta ST. Tetracycline therapy for chronic Lyme disease. Clin Infect Dis 1997; Suppl 1:S52-S56
[3] United States of America Department of Health and Hyman Services Food and Drug Administration Center for Biologics Evaluation and Research Vaccines and Related Biological products Advisory Committee Meeting, May 26, 1998
[4] Benach JL, Coleman JL, Habicht GS: Serologic evidence for simultaneous occurrences of Lyme disease and babesiosis. J Infect Dis 144:473–477, 1981

periods[5], can invade intracellular sites[6,7,8,9], and may sequester in areas where antibiotic penetration is problematic such as the CNS, joint cartilage, and anterior chamber of the eye[10]. To make matters worse, there are no tests that reliably determine when Borrelia has been effectively eradicated. As clinicians, we are left to use our best medical judgment in individualizing care for our patients.

Oral antibiotics are preferred because of the ease of administration and low cost. Intravenous antibiotics are used for infections that are resistant to orally administered antibiotics, when inadequate blood levels are achieved by the oral route, or when penetration into privileged sites (i.e., the CNS) or poorly vascularized tissue (i.e., cartilage) is needed.

Review of the medical literature to determine an evidenced based approach for the treatment of late Lyme disease reveals a paucity of data. The studies that are often quoted as supporting a particular evidenced-based approach to late Lyme disease are summarized in **Appendix A.**

There are several themes that run through these diverse studies:

1. Antibiotics are accepted as mandatory in active Lyme disease treatment. However, the ideal antibiotics, their dosage, route of administration and duration of therapy have not been established.

2. Many patients remain well after a single course of oral, IM or IV antibiotics. However, many other patients with Lyme disease, initially improve while on antibiotics but relapse when antibiotic treatment is discontinued. There is often relief of symptoms when antibiotics are reinitiated, implying persistence of the bacterial infection.

3. Many of the antibiotics used in the studies do not penetrate the CNS, such as doxycycline[11]. Thus, persistence of neuroborreliosis would be expected.

4. The most effective treatments for late Lyme disease include at least 2 weeks of intravenous ceftriaxone or cefataxime. Retreatment protocols, for relapses and treatment failures, include significantly longer treatment courses, i.e., greater than 4 weeks.

---

[5] Preac-Mursic V, et al. Formation and Cultivation of *Borrelia burgdorferi* Spheroblast-L Form Variants. Infection 24(1996);3.
[6] Klempner et al. Invasion of Human Skin Fibroblasts by the Lyme Disease Spirochete, *Borrelia burgdorferi*. J Infect Diseases 1993;67:1074-81.
[7] Ma et al. Intracellular localization of *Borrelia burgdorferi* within human endothelial cells. Infect Immun 1991;59:671-78.
[8] Duray PH, Johnson RC. The histopathology of experimentally infected hamsters with the Lyme disease spirochete, *Borrelia burgdorferi*. Proc Soc Exp Biol Med. 1986: 263-269.
[9] Georgilis et al. Fibroblasts Protect the Lyme Spirochete, *Borrelia burgdorferi*, from Ceftriaxone in vitro. J. Infec. Dis. 1992:166:440-4.
[10] Jaruratanasirikul et al. Distribution of Azithromycin into brain tissue, cerebrospinal fluid, and aqueous humor of the eye. Anti Agents Chemo 40:825-26, 1996
[11] Chopra et al. Tetracycline antibiotics: mode of action, applications, molecular biology, and epidemiology of bacterial resistance. Microbiol Mol Biol Rev 65: 232-60, 2001

5.  None of the studies included evaluation and treatment for the co-infections such as Rocky Mountain spotted fever, bartonella, babesiosis, or ehrlichia that are present in as many as 2/3 of patients. This may explain the poor response to treatment in some of the studies using 30 days of IV antibiotics.

6.  Persistence[12] of symptoms or relapse is quite common[13,14] implicating that duration of treatment and/or the type of antibiotic used is inadequate. Relapse and failure to respond to intensive antibiotic treatment has been attributed solely to an autoimmune reaction related to the presence of Borrelia[15]. However, there are studies documenting the persistence of *Borrelia burgdorferi* in antibiotic-treated patients[16] and following up to 12 months of intravenous antibiotic therapy[17,18,19]. **Appendix B** summarizes the studies that demonstrate persistence of *Borrelia burgdorferi* after antibiotic treatment.

7.  Most of the studies involved highly selected patient populations. Lyme patients present with a broad spectrum of symptoms and response to antibiotics. Thus, the relevance of the conclusions of these studies to most patients with late Lyme disease is problematic.

8.  Many antibiotic regimens do not take into account that many antibiotics only kill actively dividing organisms. The fact that some cultures of *Borrelia burgdorferi* have taken up to 10 months to grow suggests that most treatment guidelines recommend a too short period of antibiotic treatment[20]

9.  Given the range of symptoms related to Lyme disease and the widely divergent response to antibiotic therapy, treatment needs to be individualized. This means that some patients may require much longer treatment with oral and/or intravenous antibiotics.

10. There is not sufficient evidence from the studies published to date to develop treatment guidelines.

[12] Klempner et al. Two controlled trials of antibiotic treatment in patients with persistent symptoms and a history of Lyme disease. N Engl J Med 345:85–92, 2001
[13] Asch et al. Lyme disease: An infectious and postinfectious syndrome. J Rheum 21:454-60, 1994
[14] Valesov et al. Long-term results in patients with Lyme arthritis following treatment with ceftriaxone. Infec 24:98-102, 1996
[15] Steere et al. Treatment of Lyme arthritis. Arth Rheum 37:878-88, 1994
[16] Schmidli et al. Cultivation of *Borrelia burgdorferi* from joint fluid three months after treatment of facial palsy due to Lyme borreliosis. J Infect Dis 1988;158:905-6.
[17] Haupl, et al. Persistence of B. burgdorferi in Ligamentous Tissue from a Patient with Chronic Lyme Borreliosis. Arthritis Rheum 1993; 36:1621-6.
[18] Pfister et al. Randomized comparison of ceftriaxone and cefotaxime in Lyme neuroborreliosis. J Infect Dis. 1991; 163(2): 311-318.
[19] Hassler et al. Pulsed High Dose Cefotaxime Therapy in Refractory Lyme Borreliosis (Letter) Lancet; 338:193.
[20] MacDonald et al. Clinical implications of delayed growth of the Lyme borreliosis spirochete, *Borrelia burgdorferi*. Acta Tropica 1991;48:89-94.

4

In spite of the paucity of data, two groups of physicians that treat Lyme disease independently developed peer-reviewed 'evidence-based' treatment guidelines using the same literature (**Appendix A**) to formulate their treatment guidelines. The Infectious Disease Society of America (IDSA) advocate a maximum of 30 days of oral or intravenous antibiotics and assume that the remaining symptoms reflect a self-perpetuating autoimmune response[21]. The International Lyme and Associated Diseases Society (ILADS), which is composed of physicians from a variety of specialties who primarily treat Lyme disease, assume that the persistent symptoms reflect on-going infection and gauge the duration of treatment by the patient's individual clinical response. These physicians believe that there is insufficient evidence at this point to adopt standardized treatment protocols[22]

While each viewpoint has a strong underlying hypothesis, the scientific evidence supporting either viewpoint is equivocal. Outcomes research is limited and conflicting. The NIAID has only funded three double-blind, placebo-controlled treatment outcome studies for long-term treatment of persistent Lyme disease. The findings of two studies (Klempner and Krupp-**Appendix A**) are contradictory, with one indicating that continued treatment is beneficial for treating fatigue and the other indicating that it is not. The third NIAID-funded study (Fallon-**Appendix A**) has recently been completed and preliminary results support continued antibiotic treatment for patients with persistent Lyme disease. The findings of nine non-controlled studies (**Appendix A**) support continued treatment. The existence of limited or conflicting controlled studies is not uncommon in the practice of medicine.

When a variety of viable treatment options exist, therapy is decided by weighing the individual's risks and benefits. Use of antibiotics can be associated with side effects, allergic reactions, development of drug resistance and cost. The benefits of antibiotics are the relief from a severe multisystemic bacterial infection that is difficult to eradicate with short-term antibiotic treatment. Witholding adequate antibiotic treatment for late-stage Lyme disease (when it is known that Borrelia persist in many treated patients-see **Appendix B**) is analogous to the Tuskegee experiment performed by the Public Health Service[23], which has been widely criticized for the failure to adequately treat African American men with late-stage syphilis, another spirochete disease.

Insurance companies have adopted guidelines reflecting short-term treatment approaches, which are governed by cost-containment considerations. However, the legal standard of care for treating a condition is determined by the consensus of physicians who actually treat patients, not by treatment guidelines[24]. One survey found that 57% of

[21] Wormser, et al., Practice guidelines for the treatment of Lyme disease. The Infectious Diseases Society of America. Clin Infect Dis, 2000. 31 Suppl 1: p. 1–14.
[22] The International Lyme and Associated Diseases Society (ILADS), Evidence-based guidelines for the management of Lyme disease. Expert Rev Anti-infect Ther, 2004. 2(Suppl): p. S1–S13.
[23] Jones, JH. Bad Blood: The Tuskegee Syphilis Experiment, , expanded edition (New York: Free Press, 1993).
[24] Hurwitz, B., Clinical guidelines and the law. BMJ, 1995. 311: p. 1517–1518

responding physicians treat persistent Lyme disease for three months or more[25]. Fallon notes that for over 3400 patients screened for the Columbia University study of persistent Lyme disease, the mean duration of IV treatment was 2.3 months and the mean duration of oral antibiotic therapy was 7.5 months[26]. In another survey, "50% of the responders considered using antibiotics for a time greater than one year in a symptomatic seropositive Lyme disease patient. Almost that same number would extend therapy to 18 months if needed."[27]

When more than one standard of care exists, the critical question becomes who decides the appropriate course of treatment for the patient. Under the medical ethical principle of autonomy, the treatment decision belongs to the patient. Hence, the American Medical Association requires that the physician disclose and discuss with the patient not only the risks and benefits of the proposed treatment, but also the risks and benefits of available alternatives[28]. Treatment choices involve trade-offs between the risks and benefits of treatment options that only patients, who know the kinds of risks they are willing to run and the types of quality of life outcomes that matter to them, are uniquely suited to make.

Insurance companies have placed the full weight of their economic clout behind the less expensive short-term treatment protocols. More expensive longer-term treatment options are discredited as "experimental" or "not evidence-based." The point, of course, is that the science underlying both the short-term and the longer-term treatment options is equally uncertain. It is estimated that only 20% of medicine practiced today is rooted in double-blind studies[29] The bulk of medicine today is practiced in the grey zone. Evidence-based medicine requires only that medicine be practiced in accordance with the evidence that currently exists, not that treatment be withheld pending research. As for the cost considerations, healthcare costs generally are lower when the patient's preference is supported[30].

In an ideal world, decisions would be based on strong scientific evidence, consensus opinion, and the views of the treating physician. However, seldom are all three available. A recent symposium by the National Institute of Health Care Management Research and Educational Foundation found a general consensus *that care should not be denied because evidence is limited, conflicting, or even non-existent.* Rather, decisions should be based on the best information available. It has been noted that:

[25] Ziska, et al. Physician preferences in the diagnosis and treatment of Lyme disease in the United States. Infection, 1996. 24(2): p. 182–6.
[26] Fallon, B.A., Testimony at public hearings in re Lyme disease for the State of Connecticut Department of Public Health. 2004: p. 134–153.
[27] Katzel, J., Is there a consensus in treatment of Lyme Borreliosis?, in Lyme Disease 1991 Patient/Physician Perspectives from the U.S. & Canada, L. Mermin, Editor. 1992.
[28] American Medical Association, Code of Medical Ethics.
[29] Hitt, J., The year in ideas: a to z; evidence-based medicine., in New York Times (December 9, 2001, Sunday).
[30] Wennberg, et al. Geography and the debate over Medicare reform. Health Aff (Millwood), 2002. Supp Web Exclusives: p. W96–114.

Much, if not most, medical care, even that which is generally accepted in the medical community, would be denied under an evidence-based standard because so few health care services have been subject to rigorous research.  At particular risk for denial of needed services are disabled persons because of the lack of treatments proven effective through clinical trials." (Independent Review of Managed Care Decisions by Honorable Mary C. Morgan. (Retired.)

Most patients who require prolonged intravenous antibiotics are denied coverage and subsequently undergo an independent medical review as part of the appeal process. First, it is imperative that those responsible for performing independent medical reviews be made aware of the fact that there are two recognized treatment approaches and that both sets of treatment guidelines be used as part of the review process.  Second, the reviewers need to consider all of the data that illustrate the variability of treatment approaches physicians treating persistent Lyme Disease use (see **Appendix A** for the references).  Third, the view of the treating physician needs to be given more weight, given that treatment outcomes research to date illustrate that the population being studied is enormously heterogeneous.  In these situations, the clinical course of the individual patient is more a predictor of response to treatment than heterogeneous group studies. Fourth, the variation in treatment practices that currently exists should be resolved by promoting more outcomes research to help resolve the scientific uncertainty and patient's preference should be supported.

There are a number of ways that medical necessity may be determined:  on facts and evidence, on a consensus of medical opinion, or on the judgment of individual physicians.  Where outcomes research is limited or equivocal, decisions should be based on the best information available—which in the case of heterogeneous populations may well be the unique clinical course of the individual patient.

## Appendix A
## Summary of Clinical Studies for Treatment of Late Stage Lyme Disease

### Randomized placebo-controlled Studies

Steere, 1985[31]-40 patients with established Lyme arthritis were randomized to receive weekly IM injections of benzathine penicillin or placebo. 35% of the treated patients had complete resolution of their symptoms and remained symptom-free during a mean follow-up period of 33 months. None of the placebo treated patients improved. As compared with nonresponders, penicillin responsive patients were more likely to have received antibiotics for early Lyme disease and less likely to have received intra-articular steroids.

Klempner, 2001[32]; Kaplan 2003[33]-78 seropositive (by Western Blot) and 51 seronegative patients with post-treatment Lyme disease were randomized to receive 30 days IV ceftriaxone followed by oral doxycycline 100mg bid or placebo for 60 days. Patients underwent standardized testing at baseline, 90 and 180 days. *There were normal baseline neuropsychological scores in all patients.* There were no significant differences between seropositive and seronegative patients in outcomes, nor were there significant differences between treated and untreated patients. Of note is the fact that 64% of patients had persistent symptoms after standard treatment for the disease. Thus, the validity of this study has been questioned.

Krupp, 2003[34]- Double blind placebo controlled trial on 55 patients with continued fatigue 6 or more months after antibiotic treatment (3 weeks oral Abs or IV ceftriaxone) for Lyme disease. Patients were randomized to receive placebo or 4 weeks of IV ceftriaxone. Outcome measures were fatigue, cognitive speed, and clearance of OspA antigen from the CSF. 64% of patients given antibiotics were improved compared with 18.5% given placebo. Further, for patients with positive western blots at baseline, the responder rate was 80% vs 13%. For seronegative patients, the responder rate was 46% vs 27%. Patients receiving antibiotics also had significantly lower pain scores than those receiving placebo. There were no differences between groups in results of neurocognitive tests. The authors concluded that repeated antibiotic therapy had a substantial positive effect on late Lyme disease outcome.

Fallon, 2004[35]-completed a trial of 10 weeks of IV antibiotic therapy in patients with late Lyme disease symptoms who had previously been treated with at least 3 weeks of IV antibiotics and then relapsed. There was significant improvement in cognition and

[31] Steere et al. Successful parenteral penicillin therapy of established Lyme arthritis. N Engl J Med 312:869-74, 1985
[32] Klempner et al, Two controlled trials of antibiotic treatment in patients with persistent symptoms and a history of Lyme disease. N Engl J Med 345:85-92, 2001
[33] Kaplan et al, Cognitive function in post-treatment Lyme disease: Do additional antibiotics help? Neurology 60:1916-1922, 2003
[34] Krupp et al. Study and treatment of post Lyme disease. A randomized double masked clinical trial. Neurology 60:
[35] In preparation.

8

other symptoms.  This study was part of a $4.7 million NIH funded study.  The manuscript is in preparation.

## Randomized Trials

Dattwyler, 1988[36]-23 patients with clinically active late Lyme disease were randomly assigned to IV treatment with either penicillin or ceftriaxone.  Of the 10 treated with penicillin, 5 were judged treatment failures; of the 13 who received ceftriaxone, only 1 patient did not respond.  An additional 31 patients were subsequently treated with ceftriaxone with similar results.  Patients that were unresponsive to ceftriaxone were more likely to have received corticosteroid treatment.

Pfister, 1989[37]-21 patients with radiculitis or neuroborreliosis associated with Lyme disease were randomized to receive a 10 day treatment with either IV penicillin G or cefataxime.  There were no differences in the outcomes of the two groups.  See Pfister, 1991 below.

Hassler, 1990[38]-135 patients with late-stage Lyme disease were randomized to receive IV penicillin G or IV cefotaxmine for 10 days.  Cefotaxamine was significantly more effective than penicillin G with 87.9% vs 61.3% reporting full or partial remission of symptoms 24 months later.

Pfister, 1991[39]-33 patients with Lyme neuroborreliosis were randomized to receive a 10 day course of either IV ceftriaxone or Cefotaxime.  Neurologic symptoms improved or subsided in 26/30 patients-there was no difference in treatment groups.  At a mean follow-up of 8 months, 17/27 patients were clinically asymptomatic.  Bb was isolated from the CSF of one patient 7 months after ceftriaxone therapy.  Since 10 patients remained symptomatic, the authors concluded that a prolongation of therapy might be necessary.

Steere, 1994[40]-38 patients with Lyme arthritis were randomly assigned to 30 days of treatment with either doxycycline or amoxicillin plus probenecid.  Patients who had persistent arthritis 3 months following treatment were given IV ceftriaxone for 2 weeks.  16/18 of the patients treated with amoxicillin and 18/20 treated with doxycycline had resolution of arthritis symptoms within 3 months of treatment.  However, neuroborreliosis later developed in 5 patients.  Of 16 patients with persistent arthritis who were treated with IV ceftriaxone, none had resolution of arthritis within 3 months.  The authors concluded that even with resolution of specific manifestations of Lyme disease

[36] Dattwyler et al.  Treatment of late Lyme borreliosis-randomized comparison of ceftriaxone and penicillin.  Lancet, May 28: 1191-4, 1988
[37] Pfister et al.  Cefotaxime vs penicillin F for acute neurologic manifestations in Lyme borreliosis.  A prospective randomized study.  Arch Neurol 46:1190-4, 1989
[38] Hassler et al.  Cefotaxime versus penicillin in the late stage of Lyme disease-prospective, randomized therapeutic trial.  Infection 18:16-20, 1990
[39] Pfister et al.  Randomized comparison of ceftriaxone and cefotaxime in Lyme neuroborreliosis.  J Infect Dis 163:311-18, 1991
[40] Steere et al.  Treatment of Lyme arthritis.  Arthritis Rheum 37:878-88, 1994

with oral antibiotics, there is still a risk of developing additional symptoms of Lyme at a later time. Persistent arthritis may be related to an autoimmune phenomenon (although they did not rule out persistent infection with PCR or culture). Others concluded that 2 weeks of IV ceftriaxone may be insufficient to address Lyme arthritis.

Wahlberg, 1994[41]-100 consecutive late-Lyme disease patients were treated with different antibiotic regimens and followed up for 12 months after treatment. Treatment outcome was successful in 4/13 patients treated with IV ceftriaxone for 14 days, 50/56 patients treated with ceftriaxone followed by 100 days of amoxicillin with probenecid, and 19/23 of those treated with IV ceftriaxone for 14 days followed by 100 days of cephadroxil.

Okski, 1998[42]-randomized 60 patients with disseminated Lyme borreliosis based on CDC diagnostic criteria to receive either cefexime and probenecid orally for 100 days or ceftriaxone IV for 14 days followed by oral amoxicillin and probenecid for 100 days. The immediate outcome after antibiotics was not different between the two treatment groups. However, after a year of follow-up, there were significantly greater relapses, treatment failures, and positive PCR tests. The results of this study support the use of intravenous antibiotics along with prolonged antibiotic therapy in patients with late-stage Lyme disease.

Fallon, 1999[43]-studied 23 Lyme patients who complained of persistent memory difficulties after IV antibiotic therapy of 4-16 weeks. Four months after their initial treatment, 18 of the patients received additional IV antibiotics and compared with the others who did not receive additional antibiotics. Those receiving additional IV antibiotics scored better on cognition tests, greatest functional improvement in energy, pain, and physical functioning than untreated patients. Based on the results from this pilot study, the authors concluded that there was enough evidence to plan a larger study investigating the utility of repeated courses of IV antibiotics (see Fallon, 2004).

Logigian, 1999[44]-a series of 18 consecutive patients with Lyme encephalopathy and symptoms of memory difficulty, minor depression, somnolence, or headache were treated with 30 days of IV ceftriaxone. At the beginning of treatment, 89% had abnormal memory scores, 89% had CSF abnormalities and all tested had perfusion defects on SPECT scan. Six months after treatment, memory scores were significantly improved, CSF protein levels were significantly less, and post-treatment perfusion was significantly improved. 12-24 months after treatment, all patients rated themselves as improved or back to normal.

[41] Wahlberg et al. Treatment of late Lyme borreliosis. J Infec 29:255-61, 1994
[42] Oski, et al. Comparison of oral cefixime and intravenous ceftriaxone followed by oral amoxicillin in disseminated Lyme borreliosis. Eur J Clin Microbiol Infec Dis 17:715-19, 1998.
[43] Fallon et al. Repeated antibiotic treatment in chronic Lyme disease. J Spirochetal Tick Dis 6:94-101, 1999
[44] Logigian et al. Successful treatment of Lyme encephalopathy with intravenous ceftriaxone. J Infec Dis 180:377-83, 1999

### Observational studies

Hassler, 1991[45]-reported on two patients with antibiotic resistant Lyme disease that were treated with pulsed high-dose cefotaxime with 2 days of treatment followed by 6 days without antibiotics over a ten-week period of time. One patient was symptom-free 6 months after antibiotic treatment, the other was improved and skin biopsies showed no evidence of Borrelia.

Cimmino, 1992[46]-reported 2 cases of chronic Lyme arthritis, refractory to standard antibiotic treatment, who were treated with

Valesov, 1996[47]-reported on the outcome of a 36-month follow-up of patients with late stage Lyme arthritis after 2 weeks of ceftriaxone therapy. At 36 months 19/26 continued to be symptom-free, 6 had relapsed and 1 presented with new late-Lyme symptoms.

Donta, 1997[48]-277 patients with chronic Lyme disease and symptoms of fatigue, musculoskeletal pain, neuropsychiatric dysfunction, and paresthesias were treated with tetracycline for 1-11 months (mean 4 months). Overall 20% of the patients were cured, 70% significantly improved (degree of improvement 75-100%), and 10% did not improve. Improvement frequently did not take place for several weeks: after 2 months of treatment, 33% were significantly improved, after 3 months 61% were significantly improved. Improvement showed as early as one to two weeks after the start of treatment; however, in patients who were symptomatic for more than a year, it frequently took 4-6 weeks on the antibiotic for evidence of improvement. This slow rate of improvement was postulated to be due to the slow rates of multiplication and metabolism in Borrelia. This study underscores the necessity of an individualized approach to the treatment of late-stage Lyme disease.

Okski, 1999[49]-13 patients who had clinical relapses and were PCR positive after at least 3 months of oral antibiotics were treated with IV ceftriaxone for 4-6 weeks. None of the patients were PCR positive after treatment and 9 showed good therapeutic responses. The authors concluded that treating late Lyme disease with appropriate antibiotics for more than 3 months may not always eliminate Borrelia and that longer courses may be necessary.

Donta, 2003[50]-235 patients with chronic Lyme disease symptoms of fatigue, musculoskeletal pain, and neurocognitive dysfunction with positive serology for Borrelia

[45] Hassler et al. Pulsed high-dose cefotaxime therapy in refractory Lyme borreliosis. The Lancet 338:1991
[46] Cimmino et al. Long-term treatment of chronic Lyme arthritis with Benzathine penicillin. Ann Rheum Dis 51:1007-8, 1992
[47] Valesov et al. Long-term results in patients with Lyme arthritis following treatment with ceftriaxone. Infection 24:98-102, 1996
[48] Donta ST. Tetracycline therapy for chronic Lyme disease. Clin Infect Dis 1997; Suppl 1:S52-S56
[49] Oksi et al. Borrelia burgdorferi detected by culture and PCR in clinical relapse of disseminated Lyme borreliosis. Annals of Medicine 31: 225-32, 1999b
[50] Donta ST. Macrolide therapy of chronic Lyme disease. Med Sci Monit 9:136-142, 2003

were treated with macrolide antibiotics and hydroxychloroquine for one or more months based on their level of improvement during the course of treatment. 120 patients who were improved at the discontinuation of therapy had relapsing symptoms and were retreated with antibiotics. Of those retreated with macrolide/hydroxychloroquine, 32/33 had improvement, tetracycline 54/74 had improvement, IV ceftriaxone 9/23 had improvement. Thus, tetracycline and IV ceftriaxone had a much lower success rate than macrolide/hydroxychloroquine therapy.

## Reviews

Cimmino, 1996[51] -reviewed the results of antibiotic treatment of Lyme arthritis in peer-reviewed journals between 1985 and 1991. The studies were small or medium-sized and not blinded. The antibiotics included Benzathine penicillin, IV penicillin G, IV ceftriaxone, IV Cefotaxime, oral doxycycline or oral amoxicillin plus Probenecid. The authors concluded that "There is no consensus on the therapeutic protocol to be adopted in Lyme arthritis. Many questions are still open about the antibiotic agents to adopt as well as the best duration of treatment."

---

[51] Cimmino et al. Treatment of Lyme arthritis. Infection 1:91-94, 1996

BI'     ?Y SYSTEMS 800-433-5392   Recycled Paper

**EXHIBIT 13**

Review

For reprint orders, please contact reprints@future-drugs.com

# Treatment of Lyme disease: a medicolegal assessment

*Lorraine Johnson and Raphael B Stricker†*

**Lyme disease is the most common tick-borne disease in the world today. Despite extensive research into the complex nature of *Borrelia burgdorferi*, the spirochetal agent of Lyme disease, controversy continues over the diagnosis and treatment of this protean illness. This report will focus on two aspects of the treatment of Lyme disease. First, the medical basis for diagnostic and therapeutic uncertainty in Lyme disease, including variability in clinical presentation, shortcomings in laboratory testing procedures, and design defects in therapeutic trials. Second, the standard of care and legal issues that have resulted from the clinical uncertainty of Lyme disease diagnosis and treatment. Specifically, the divergent therapeutic standards for Lyme disease are addressed, and the difficult process of creating treatment guidelines for this complex infection is explored. Consideration by healthcare providers of the medicolegal issues outlined in this review will support a more rational approach to the diagnosis and treatment of Lyme disease and related tick-borne illnesses.**

*Expert Rev. Anti-infect. Ther.* 2(4), 533–557 (2004)



Lyme disease & diagnosis
Divergent treatment options
Standard of care for treating Lyme disease
Physician retirement
Income Security Act
Expert opinion
Five-year view
Key issues
References
Affiliations

## Lyme disease & diagnosis

### Characteristics of Lyme disease

Ticks have been called 'sewers of infectious disease'. Hard-shelled (*Ixodes*) ticks are capable of transmitting *Borrelia burgdorferi*, the agent of Lyme disease, and other pathogens such as *Babesia*, *Ehrlichia* and *Bartonella*. Thus, the term Lyme disease often signifies a poorly defined polymicrobial infection. Coinfections may alter the course of Lyme disease and may make the infected patient more difficult to treat [1,2]. Recent studies have shown that tick saliva carries immunosuppressive substances that enable tick-borne agents to invade tissues while paralyzing the local immune response [3,4]. This may allow the Lyme disease spirochete to disseminate rapidly and become entrenched and resistant early in the disease [5–7]. Although scientists believe that Lyme disease is transmitted primarily by ticks, some studies suggest gestational transmission and transmission by other insects, blood transfusion and intimate human contact [8–12].

In 2002, the number of Lyme disease cases reported to the US Centers for Disease Control and Prevention (CDC) increased by 40%, to 23,763 cases [13]. Since only 10 to 15% of

Lyme disease cases are actually reported [12], it is estimated that the true number of cases throughout the USA may exceed 237,630 annually. The highest reported incidence of Lyme disease occurs in children under 15 years of age [12]. Morbidity associated with persistent Lyme disease is significant, with patients suffering a degree of physical health deterioration equal to that of patients with congestive heart failure [14]. Although it is commonly believed that Lyme disease does not result in death, at least 21 research studies have documented deaths associated with Lyme disease [15,16,201]. However, epidemiological studies are needed to document the fatality rates or proportionate mortality.

### Stages of disease

Lyme disease may have devastating effects if not promptly diagnosed and adequately treated. A multisystemic disorder, Lyme disease can manifest with:

- Neurological symptoms, such as Bell's palsy (causing paralysis of facial nerves)

- Meningitis (causing headache, fever and stiff neck)

www.future-drugs.com    © Future Drugs Ltd. All rights reserved. ISSN 1478-7210    533

Johnson & Stricker

- Nerve inflammation (causing numbness and tingling in the arms and legs)
- Encephalitis (causing learning difficulties, confusion and dementia)
- Musculoskeletal symptoms such as myalgias and arthralgias, with or without arthritis
- Heart involvement (causing irregularities in heart rhythm and congestive heart failure)

Lyme disease mimics many other conditions, including psychiatric syndromes, progressive dementias, seizure disorders, strokes, extrapyramidal disorders, amyotrophic lateral sclerosis, Guillain–Barre syndrome and progressive demyelinating diseases such as multiple sclerosis [17]. *B. burgdorferi* genospecies are believed to exhibit strain-dependent organotropism, with the two European species *Borrelia afzelii* and *Borrelia garinii* observed to produce a predominance of skin and neurologic symptoms, respectively [18]. The potential strain-dependent organotropism of *B. burgdorferi* genospecies should be kept in mind when reviewing studies from other countries.

Like syphilis, Lyme disease has been described as having three stages: early localized, early disseminated and late stage or chronic Lyme disease. Early disease may involve an erythema migrans (EM) (bulls-eye or atypical) rash or a flu-like illness. While the EM rash alone is generally considered diagnostic of Lyme disease, only 68% of reported cases observed an EM rash [13].

Disseminated Lyme disease involves one or more organ systems (most commonly musculoskeletal, neurologic or cardiac) as spirochetes spread to distant sites. Late-stage or persistent Lyme disease occurs months to years after infection, and typically involves the musculoskeletal and neurologic systems (both central and peripheral). In late-stage or persistent Lyme disease, the infection is more entrenched and difficult to treat. In practice, infection forms a continuum along which early and late features overlap. For instance, the spirochete and its DNA have been isolated from the cerebrospinal fluid (CSF) early in the course of the disease when the EM rash is still present, and spirochetes have been cultured from the skin years after primary infection [202].

### Diagnostic difficulties

Failure to recognize and treat Lyme disease early on can allow the infection to progress, permitting a treatable acute infection to become a relapsing chronic disease that is ultimately less responsive to antibiotics [19]. There is a general consensus among the physicians who are most familiar with treating this disorder that the earlier that Lyme disease is treated, the greater the chance for a complete cure. Late disease presents the greatest treatment challenge and may be refractory to various treatment modalities.

Prompt diagnosis of Lyme disease is hampered by many factors. The spirochete can persist for years without causing symptoms [202], and some patients present initially with neurologic or rheumatologic complaints, since EM rash is either not present or is unrecognized or misdiagnosed [202]. Misdiagnosis is also made more likely by the fact that Lyme disease mimics many other syndromes. A central diagnostic difficulty in Lyme disease is the lack of a definitive and readily available laboratory test for the diagnosis of active infection [20].

#### Lack of definitive laboratory tests for active infection

The most definitive diagnostic procedure for Lyme disease is biopsy and isolation of *B. burgdorferi* in culture [21]. However, *B. burgdorferi* spirochetes are scarce, tissue bound, and divide slowly [22], making it extremely difficult to culture the organism using routine methods [23,24]. Diagnosis of Lyme disease is most commonly supported by serological techniques that detect antibodies in the patient's blood [25]. Laboratory techniques that detect antibodies suffer from two primary drawbacks:

- A positive antibody response merely reflects past or present exposure to borrelia infection and, hence, is not truly diagnostic of on-going infection
- These techniques rely on the immune response following exposure and will necessarily fail if the patient is not producing detectable antibodies

There are many reasons why Lyme seronegativity might occur:

- Serologic tests may be given too early (before antibodies are formed); *B. burgdorferi* may not be present in the blood (it may be in tissues) or may have eluded the immune system by adopting a cell wall-deficient L-form
- Antibodies in the patient's blood may be bound into immune complexes
- Antibodies may not be present in the patient's blood for other reasons (e.g., the use of antibiotics early in the course of the disease or systemic steroid therapy may abrogate the immune response to *B. burgdorferi*, and late in the disease, antibody levels may fall to very low levels) [22,26–28]

The two most commonly used methods for detecting antibodies against the spirochetal agent of Lyme disease are the enzyme-linked immunosorbent assay (ELISA) and the western blot. Recent studies by the group responsible for the Lyme disease proficiency testing for the College of American Pathologists (CAP) came to the conclusion that the currently available ELISA tests do not have adequate sensitivity to meet the two-tiered approach recommended by the CDC for surveillance [29]. Donta has observed that 52% of patients with chronic Lyme disease are found negative by ELISA but positive by western blot [30].

The western blot is recognized by the National Institute of Allergy and Infectious Diseases (NIAID), a division of the National Institutes of Health (NIH), as the most useful method for detecting borrelia antibodies currently available [203]. The western blot may be used to measure both immunoglobulin (Ig)M and G antibodies. Commonly, IgM antibodies appear first, wane after the first few weeks and do not recur. These are

followed by IgG antibodies, which are regarded as the major enduring antibody response in chronic infectious diseases. However, in Lyme disease, IgM antibodies may persist for years, suggesting persistent infection or a reactivation of latent infection (as is seen, for example, in toxoplasmosis, leishmaniasis and cytomegalovirus infection) [31]. A number of studies point to the importance of the IgM response in recurrent or persistent Lyme disease [32–36].

Physicians treating Lyme disease should consider the particular bands that test positive for an individual patient and the specificity of the bands to the disease [32,37]. Western blot bands have been shown to be important in the endemic setting of the region. A study by Engstrom and colleagues found that two of five bands gave them a specificity of 93 to 96% and a sensitivity of 100% in the 70% of the patients who manufactured antibodies [38]. Another study that included 186 defined patients and 320 negative controls, showed excellent sensitivity and specificity for IgM and a good sensitivity and specificity for IgG using two of five bands [39].

The issue of seronegativity with antibody detection techniques is significant. One researcher found that only three of 14 patients who were culture positive for *B. burgdorferi* had positive antibody titers [40]. Another group of researchers showed that only 70% of documented Lyme disease patients in their study had a significant antibody response [41,42]. Another group found that approximately 20% of patients with Lyme disease were seronegative [32]. Ironically, seronegative patients may be the least able to mount an effective defense to the infection and, hence, may be the worst effected [204].

Other tests can help corroborate a diagnosis of Lyme disease. Polymerase chain reaction (PCR) that detects the presence of *B. burgdorferi* DNA in blood, CSF, urine, synovial fluid or tissues, is regarded as highly specific, but has a low yield, particularly in body fluids [43,44]. Signs of CNS involvement include elevated CSF protein or pleocytosis, abnormal brain single-photon emission computerized tomography (SPECT), magnetic resonance imaging (MRI) or electroencephalogram (EEG), intrathecal antibody production or a positive PCR for *B. burgdorferi*, or a positive culture.

Lyme disease is a clinical diagnosis

Demonstration of active infection is not feasible as a matter of routine, given the insensitivity of the PCR test, the impracticality of culture tests, and the drawbacks of antibody detection methods. Conversely, the current state of diagnostic testing cannot demonstrate the eradication of *B. burgdorferi* (because negative test results do not mean an absence of infection). Due to weaknesses in laboratory tests, the diagnosis of Lyme disease remains primarily clinical, with the focus on vector exposure and symptoms that reflect the multisystemic nature of the disease, with laboratory tests playing a supporting role [205].

The CDC, US Food and Drug Administration (FDA), and NIAID have all expressed concern regarding the over-reliance on laboratory tests for diagnosing Lyme disease [21,47,205], with the FDA stating that tests 'should never be the primary basis for making diagnostic or treatment decisions. Diagnosis should be based on a patient history, including symptoms and exposure to the tick vector and physical findings' [21]. In accordance with these recommendations, most practitioners use a clinical definition of Lyme disease that includes a combination of symptoms and clinical signs with or without positive serological support [45], although some clinicians maintain that diagnosis should be supported by positive serology [46].

Misuse of the CDC surveillance criteria for diagnosis

Misdiagnosis also occurs because of misuse of the strict CDC surveillance case definition and testing standards for diagnosis. The CDC surveillance definition does not take into account neurological Lyme disease nor chronic Lyme disease, and therefore misses many confirmed Lyme cases. For surveillance purposes, the CDC requires five of ten IgG bands and two of three IgM bands for a positive result. Although a majority (89%) of patients with EM-confirmed Lyme disease develop an IgG response at some time during the disease, only 22% are positive by CDC criteria [41,42]. In addition, for its surveillance definition, the CDC recommends a two-tiered testing approach. However, this approach is problematic because the first tier test, the ELISA test, lacks sufficient sensitivity. The CDC has cautioned that this surveillance case definition was developed for national reporting of Lyme disease, and that it is not appropriate for clinical diagnosis [47].

As a CDC official explained, the distinction between diagnostic goals and surveillance goals is critical:

*'Surveillance case definitions are created for the purpose of standardization, not patient care…whereas physicians appropriately err on the side of over-diagnosis, thereby assuring they don't miss a case, surveillance case definitions appropriately err on the side of specificity, thereby assuring that they do not inadvertently capture illnesses due to other conditions'* [206].

The CDC further notes that it is inappropriate to use surveillance case definitions 'for establishing clinical diagnoses, determining the standard of care necessary for a particular patient, setting guidelines for quality assurance, or providing standards for reimbursement' [47].

Factors that may complicate treatment

*B. burgdorferi*, the spiral-shaped bacteria that causes Lyme disease, is an extremely complex organism. The genetic structure of *B. burgdorferi* is the most complex identified in a prokaryote [48]. Experimentally, *B. burgdorferi* has been shown to penetrate human fibroblasts and live intracellularly, even when the extracellular milieu contains bacteriocidal levels of ceftriaxone (Rocephin®, Roche) [202]. This mechanism may permit the spirochete to evade normal host defense mechanisms [202]. These findings are critically important, since chronic infections are highly dependent on intracellular asylum as a mode of persistence [49–51]. Intracellular pathogens are notoriously difficult to treat and cure [52].

*B. burgdorferi* displays an altered morphology, referred to collectively as L-forms. L-forms of many bacteria have long been shown to be central in setting up chronic infection [53,54]; and the existence of cell wall-deficient L-forms of *B. burgdorferi* suggests that antibiotic treatment failures will arise. Some researchers hypothesize that the ability of *B. burgdorferi* to change to a cyst form and back to a helical form may be major factors in the relapsing and persistent nature of Lyme disease [55–58].

Other factors that may complicate treatment include the existence of untreated coinfections and the slow rate of *B. burgdorferi* reproduction (many antibiotics rely on actively dividing organisms), as well as its ability to either suppress or evade the immune system [59–62].

### Divergent treatment options
#### Antibiotic treatment
The ideal antibiotics, route of administration, and duration of treatment for persistent Lyme disease are not established. No single antibiotic or combination of antibiotics appears to be capable of completely eradicating the infection [63], and treatment failures or relapses are reported with all current regimens, although they are less common with early aggressive treatment [22,63].

There are frequent discrepancies between *in vitro* and *in vivo* antibiotic results [22]. Preac-Mursic and colleagues found substantial variation in the kill rate of given antibiotics within different strains of *B. burgdorferi* and even within the same species. They described other factors that make antibiotic treatment more difficult, including the increased virulence of the infecting borreliae, the long generation time of the spirochete, infection in immunologically privileged sites, the inability of the antibiotic to penetrate these sites, and insufficient antibiotic dosage [64]. Given these variations, it is unlikely that a 'one size fits all' approach to treatment will be successful in Lyme disease.

Combinations of medications featuring different modes of action (e.g., cell wall acting vs. replication dependent) are common [65]. Among the factors to consider are tissue and CNS penetration, intracellular site of action, cell wall versus other mechanisms of action, patient tolerance and the existence of coinfections [66]. Route of administration plays a substantial role, with intravenous being the most effective, followed by intramuscular and then oral therapy [66]. Parenteral antibiotics are generally recommended when there is neurological involvement, carditis, or complicated Lyme arthritis [12].

#### No fixed treatment end point creates divergent treatment options
There are no reliable microbiologic or immunologic criteria to document active infection in Lyme disease [22,67,68]. Without reliable biological markers, the task of determining who has the disease, the effectiveness of a course of treatment or the end point of treatment is problematic. The lack of definitive diagnostic tests

for Lyme disease, not only means that diagnosis is a clinical determination, but also that the treatment end point must be determined by other means, becoming, by default an essentially clinical determination [30].

The NIAID notes the problem of false negatives and positives with the currently existing tests (the ELISA and western blot) and observes that:

*'Neither the western blot nor the ELISA tests are sufficiently quantitative to enable one to monitor and evaluate the efficacy of antibiotic therapy during the course of treatment…the availability of a test that is both sensitive and indicative of active infection with* B. burgdorferi *would also enable one to identify those patients who would benefit from antibiotic therapy, as well as to judge the effectiveness of such therapy on the resolution of infection'* [205].

#### Two Lyme camps
Given the current lack of a test that can demonstrate the eradication of *B. burgdorferi*, and the lack of studies determining the optimum length of antibiotic treatment or even the optimum choice of antibiotic [63], two different schools of practice have emerged. Some physicians treat for 30 days regardless of patient response unless relapse is shown by reliable objective measures [69]. Other physicians reason that if a diagnosis can only be made clinically because the current diagnostic tests are inadequate, then the determination of the treatment end point must also be made clinically [37]. The different approaches have crystallized into a polemic, and at times rancorous debate between the two Lyme camps [70].

A number of conflicting guidelines reflecting the views of the two Lyme camps have been promulgated over the years. Most recently, one set of guidelines was published under the auspices of the Infectious Disease Society of America (IDSA) [69], while another set was published by the International Lyme and Associated Diseases Society (ILADS) [37]. Both guidelines are evidence-based and peer reviewed, with the IDSA generally recommending standardized short-term treatment, and ILADS recommending individualized treatment based on the clinical course of the patient.

#### Short-term treatment approach
The short-term treatment approach is reflected in the IDSA guidelines. Although the IDSA itself is a large specialty organization, the panel that drafted the guidelines was narrowly drawn and consisted almost exclusively of academic researchers with well-known ideological views, representing one of the two Lyme camps. The guidelines advise that response to treatment is usually slow and may be incomplete but retreatment, after a 30-day course of antibiotics, is not recommended in the absence of reliable objective measures. The guidelines also state that there are no convincing published data showing that repeated or prolonged courses of oral or intravenous antimicrobial therapy are effective for such patients.

Physicians advocating the short-term treatment approach note the overlap of symptoms of persistent Lyme disease and other autoimmune diseases and hypothesize that any persistent

symptoms after treatment reflect an autoimmune process triggered by the infection. Basically, these physicians assume that the infection has been eradicated once the patient has received the presumptively adequate antibiotic treatment. They provide the patient with palliative treatment for the remaining symptoms. The assumption that the infection has been adequately treated is presumptive because:

- There have been no trials demonstrating the efficacy of the 30-day antibiotic treatment duration

- There is currently no diagnostic test that can establish the eradication of *B. burgdorferi*

- There is no evidence to support the hypothesis that the sole cause of the continuing symptoms is the presence of immune complexes

Terminating treatment despite persistent symptoms is a high-stakes risk for patients with progressive illness. In addition, steroids, which may be used to curb autoimmune conditions, increase the progression of active infection and are contraindicated for active Lyme disease [78]. Some physicians have characterized the termination of treatment despite persistent symptoms as medically sanctioned negligence [204], because termination of treatment may result in advanced neurological injury, debilitation and death [72].

The IDSA guidelines have drawn sharp criticism from treating physicians [204,207] and patients [208] because they make strong inflexible treatment recommendations based on weak evidence, place undue weight on flawed laboratory tests, discount the diagnostic value of patient symptoms, and fail to consider individual treatment response variability, coinfections, patient preferences, or treatment options. Moreover, they do not contain any data of note regarding the treatment of patients with late and chronic Lyme disease. The focus on reliable objective measures as a determinant for the continued treatment of symptomatic patients is particularly disturbing in light of the current state of diagnostic testing. Straubinger's animal studies proved persistent infection after antibiotic treatment only by harvesting 25 tissue samples from each dog at necropsy [44]. Animal studies indicate that considerable infection with *B. burgdorferi* in the CNS can be present without overt clinical signs [73]. As the CDC, NIAID and FDA have all acknowledged [21,47,205], the commercially available tests today simply cannot carry the weight of this load, which is why each of these agencies call for clinical diagnosis and discourage over reliance on laboratory tests.

### Long-term treatment

The longer-term treatment approach is reflected in the ILADS guidelines. ILADS is an interdisciplinary group of physicians and researchers dedicated to improving the diagnosis and treatment of tick-borne diseases. Members include neurologists, rheumatologists, internists, family practitioners, pediatricians, immunologists, ophthalmologists, dentists, and psychiatrists. The ILADS guidelines stipulate that laboratory tests should play a supportive role in the clinical diagnosis and treatment

determinations for Lyme disease. Similarly, the duration of therapy should be guided by clinical response to treatment, and treatment should continue until resolution of laboratory abnormalities and symptoms. The treatment guidelines discuss persistent, recurrent and refractory Lyme disease, treatment failure, and coinfection.

Physicians who advocate longer-term antibiotic treatment use an empirical approach based on the clinical evidence of active infection to determine treatment duration. Evidence of ongoing infection is determined by examining all clinical data, including persistence of symptoms, serologic testing, and other forms of corroborating tests such as MRI scans, SPECT imaging, neurocognitive testing, or other neurological indications. Ultimately, the determination of efficacy of therapy depends on the clinical response. One physician summarizes the treatment approach as follows:

*'Currently, no definitive tests are available for assessing the complete absence of spirochetes in patients. Only through a careful evaluation of individual clinical data can the optimum duration of treatment be established. Our observations indicate that if antibiotic therapy is terminated before the major active symptoms have cleared, a relapse is likely'* [74].

Physicians who advocate a long-term treatment approach point to:

- High rate of treatment failures using short-term antibiotics

- Studies showing persistent infection despite antibiotic treatment

- Clinical evidence that antibiotic treatment may suppress but not eradicate infection in some patients

- Clinical evidence of the benefit of longer treatment regimens

- Favorable clinical response of patients who are retreated

These physicians believe that it is too early for standardization of treatment regimens, and that these regimens should be individualized based upon the patient's symptoms and clinical course. From experience, they have seen that prolonged treatment regimens similar to those used in other chronic diseases such as tuberculosis and leprosy are more in keeping with the treatment needs of patients with persistent symptoms of Lyme disease. Although they acknowledge that immune reactivity may contribute to symptoms in chronic Lyme disease, they regard it as unlikely that this reactivity accounts for the majority of progressive symptoms in Lyme disease patients, particularly given that many of the symptoms characterized as inflammatory, improve in response to antibiotic treatment [19]. Moreover, some macrolide antibiotics have recently been shown to possess not only bacteriocidal effects, but also immunomodulatory effects [75].

### Validation of guidelines

The ILADS guidelines provide for validation using a single-center, prospective surveillance database and encourage additional treatment outcome studies, while no validation procedure is provided for the IDSA guidelines. ILADS notes that treatment following the IDSA guidelines has not been successful and recommends that centers employing the IDSA guidelines perform formal evaluations

Johnson & Stricker

of the results of their own programs. Validation of the two treatment approaches through outcome studies could provide critical information regarding the treatment of Lyme disease. Two factors to bear in mind, however, are insuring sufficiently long-term follow-up to capture meaningful relapse rates and recording patient symptom data. Patients who report disability analogous to congestive heart failure should not be considered well by any measure.

### Failure rates of short-term antibiotic treatment

The IDSA guidelines recommend intravenous antibiotics for 2 to 4 weeks or oral antibiotics for 4 weeks for the treatment of persistent Lyme disease [69]. There have been no human trials proving the effectiveness of 30-day antibiotic regimens [32]. However, animal studies demonstrate that, while this duration of treatment may reduce the bacterial load, it does not eradicate the organism [71]. A number of studies have found treatment failures ranging from 24 to 50% using short-term protocols (TABLE 1). The IDSA conclusion, that their protocols result in 'eventual recovery in most patients', only serves to highlight the issue – namely what level of success is necessary to support an inflexible treatment protocol. The question with persistent Lyme disease has never been what to do with the 50 to 76% who find short-term treatment approaches successful. The issue is how to treat those 24 to 50% who fail under this treatment approach.

The period of follow-up appears to be critical in determining relapse rates given the late recurrence of symptoms in initially recovered patients (TABLE 1). Short-term studies that do not follow patients over a period of years are of questionable value, given that the longer patients are followed after receiving antibiotic treatment, the higher the relapse rates climb [79]. Recognizing that relapse may occur long after treatment is discontinued, Donta defined cure as an absence of symptoms for a year or more following therapy in his study of 277 patients treated with tetracycline [32].

### Persistence of infection despite antibiotic treatment

The persistence of *B. burgdorferi* despite presumptively adequate antibiotic treatment has been repeatedly demonstrated by post-treatment isolations of the bacteria [65]. In fact, *B. burgdorferi* has been cultured from patients who have been given intensive antibiotic therapy with intravenous third-generation cephalosporins for 21 days to 1 year [80–84]. Due to the known limitations of the currently available tests, it is not practical to routinely obtain laboratory evidence of continuing *B. burgdorferi* infection in humans. However, the Straubinger canine studies, examining 25 tissue samples per dog, support the concept of elusive yet persistent *B. burgdorferi* infection [44], and isolation of the spirochete has been repeatedly demonstrated in patients with persistent symptoms of Lyme disease (TABLE 2). Thus, the weight of evidence favors persistent infection in chronic Lyme disease.

Table 1. Treatment relapses and failures of short-term therapy for *Borrelia burgdorferi* infection.

| Study | Relapse or failure | Comments | Ref. |
|---|---|---|---|
| Shadick *et al.* | 37% (69 out of 184) | Overall, 69 case patients (37%) reported a previous relapse of Lyme disease | [90] |
| Treib *et al.* | >50% (44 total) | 4.2 ± 1.2 years after a 2-week course of intravenous ceftriaxone (2 g daily), more than half of the 44 patients with clinical signs of neuroborreliosis and specific intrathecal antibody production had nonspecific complaints resembling chronic fatigue syndrome and showed persisting positive immunoglobulin M serum titers for *Borrelia burgdorferi* on western blot analysis | [36] |
| Valesova *et al.* | 38% (10 out of 26) | 3 years after treatment of 26 patients, 19 showed complete response or marked improvement; relapse occurred in six and new manifestations in four of the cases | [162] |
| Shadick *et al.* | 26% (10 out of 38) | Within 1 year of treatment, ten out of 38 patients reported relapse and had repeated antibiotic treatment (five patients with intravenous ceftriaxone) | [79] |
| Asch *et al.* | 28% (60 out of 216) | A mean of 3.2 years after treatment, 28% had relapsed with major organ involvement; 18% reinfected. *Borrelia burgdorferi* antibodies remained positive in 32%. 82 (38%) patients were asymptomatic. Clinically active Lyme disease found in 19 (9%). Persistent symptoms in 114 (53%) | [163] |
| Pfister *et al.* | 37% (10 out of 27) | A mean of 8.1 months after a 2-week course of intravenous cefotaxime or ceftriaxone, ten out of 27 patients were symptomatic, and *Borrelia burgdorferi* was isolated from the cerebrospinal fluid of one patient | [84] |
| Logigian *et al.* | 37% (10 out of 27) | 6 months after a 2-week course of intravenous ceftriaxone (2 g daily), 17 patients (63%) showed improvement, six (22%) showed improvement but then relapsed, and four (15%) showed no change in their condition | [164] |