**EXHIBIT 18**

J. Oksi et al., <u>Comparison of oral cefixime and</u>
<u>intravenous ceftriaxone followed by</u>
<u>oral amoxicillin in disseminated Lyme borreliosis</u>,
Eur. J. Clin. Microbiol. Infect. Dis. 17(10): 715-19 (1998)

ABSTRACT ENCLOSED

FULL ARTICLE AVAILABLE At:

http://www.springerlink.com/content/27v5jbjk2r12b1bh/



≈ SpringerLink

Content Types    Subject Collections

English ▼



Journal Article

**Athens Authentication Point**

**Welcome!**

To use the personalized features of this site, please log in or register.

If you have forgotten your username or password, we can help.

**My SpringerLink**

Marked Items

Alerts

Order History

**Saved Items**

All

Favorites



*The*

2006 WINNER

*International*
*Information Industry awards*
*Best STM Information Product*

## Comparison of Oral Cefixime and Intravenous Ceftriaxone followed by Oral Amoxicillin in Disseminated Lyme Borreliosis

| | |
| --- | --- |
| Journal | European Journal of Clinical Microbiology & Infectious Diseases |
| Publisher | Springer Berlin / Heidelberg |
| ISSN | 0934-9723 (Print) 1435-4373 (Online) |
| Issue | Volume 17, Number 10 / November, 1998 |
| Category | Note |
| DOI | 10.1007/s100960050166 |
| Pages | 715-719 |
| Subject Collection | Biomedical and Life Sciences |
| SpringerLink Date | Thursday, February 19, 2004 |



...tion and Degradation of Proteins from the
...z, .J.H.J., Kikkert, M.

### Authors

J. Oksi, J. Nikoskelainen[1], M. K. Viljanen[3]

[1]Department of Medicine, Turku University Central Hospital, Kiinamyllynkatu 13, FIN-20520 Turku, Finland
[2]Department of Medical Microbiology, Turku University, Turku, Finland
[3]National Public Health Institute, Department in Turku, Turku, Finland

### Abstract

Two treatment regimens for disseminated Lyme borreliosis (mainly neurologic and musculoskeletal manifestations) were compared in a randomized trial. A group of 30 patients received oral cefixime 200 mg combined with probenecid 500 mg three times daily for 100 days. Another group of 30 patients received intravenous ceftriaxone 2 g daily for 14 days followed by oral amoxicillin 500 mg combined with probenecid 500 mg three times daily for 100 days. There was no statistically significant difference in the outcome of infection between the two groups. However, the total number of patients with relapses or no response at all and the number of positive polymerase chain reaction findings after therapy were greater in the cefixime group. The general outcomes of infection in patients with disseminated Lyme borreliosis after 3-4 months of therapy indicate that prolonged courses of antibiotics may be beneficial in this setting, since 90% of the patients showed excellent or good treatment responses.

Add to marked items
Add to shopping cart
Add to saved items
Request Permissions
Recommend this article

**Find**                    **more options**

⊙ Within all content
○ Within this journal
○ Within this issue

[...] Go

**Export this article**

Export this article as RIS | Text

Text

PDF

The size of this document is 145 kilobytes. Although it may be a lengthier download, this is the most authoritative online format.

Open: Entire document

**Referenced by**

1 newer article

1. Seidel, M. F. (2007) Differential diagnoses of suspected Lyme borreliosis or post-Lyme-disease syndrome. *European Journal of Clinical Microbiology & Infectious Diseases* [CrossRef]

**EXHIBIT 19**

[back to position papers]

**Note**: This is a long article. You may **download** and print this file for later reading, using Adobe Acrobat Reader.

Acrobat Reader may be downloaded by clicking on the Get Acrobat Reader icon:



# EVALUATION OF ANTIBIOTIC TREATMENT IN PATIENTS WITH PERSISTENT SYMPTOMS OF LYME DISEASE: AN ILADS POSITION PAPER

by Phillips S, Bransfield R, Sherr V, Brand S, Smith H, Dickson K, and Stricker R
April, 2003

The International Lyme and Associated Diseases Society (ILADS)*
P.O. Box 341461
Bethesda, MD 20827-1461


Address all correspondence to:

Raphael B. Stricker, M.D.

California Pacific Medical Center

450 Sutter Street, Suite 1504

San Francisco, CA 94108

Phone: (415) 399–1035

Fax: (415) 399–1057

E-mail: rstricker@usmamed.com

Key words: Lyme disease, borreliosis, long-term antibiotics, tickborne diseases.

* The International Lyme and Associated Diseases Society (ILADS) is an international multidisciplinary medical organization of researchers and

clinicians. ILADS has created an international forum to facilitate communication, scientific advancement and education of healthcare providers on the subject of Lyme and associated tickborne diseases. This paper was drafted by the authors and approved by the Board of Directors of ILADS. Members who contributed substantially to writing this position statement include:

Steven E. Phillips, M.D.
Greenwich Hospital
Greenwich, CT 06830

Harold A. Smith, M.D.
Driver-Smith Med Care
Bloomsburg, PA 17821

Robert Bransfield, M.D.
Riverview Medical Center
Red Bank, NJ 07701

Kathleen Dickson, B.S.
Pfizer, Inc. (Retired)
Groton, CT 06340

Virginia T. Sherr, M.D., F.A.P.A.
Private Practice of Psychiatry
Holland, PA 18966

Raphael Stricker, M.D.
California Pacific Medical Center
San Francisco, CA 94108

Stephen Brand, Ph.D.
University of Rhode Island
Kingston, RI 02881

## TABLE OF CONTENTS

ABSTRACT

    **Background and Objective**
    **Methods**
    **Results**
    **Conclusions**

INTRODUCTION

METHODS

RESULTS

DISCUSSION

CONCLUSIONS

AUTHOR CONTRIBUTIONS

REFERENCES

## ABSTRACT

**Background and Objective:**
The history of Lyme disease has been characterized by intense controversy over the diagnosis and treatment of this spirochetal infection. A recent high-profile article by Klempner et al. [1] focused attention on the optimal antibiotic treatment for chronic Lyme disease. Because this research study has generated significant conflict and confusion in the medical community, we undertook a critical analysis of its methodology and conclusions.

**Methods:**
The International Lyme and Associated Diseases Society (ILADS) reviewed the article according to established standards of evidence-based medicine. Study design and scientific objectivity were analyzed in light of peer-reviewed medical literature on chronic Lyme disease and associated tickborne illnesses.

**Results:**
Numerous methodologic weaknesses are noteworthy in the study. These include inappropriate study design with respect to the antibiotic treatment regimen; inappropriate selection and inadequate randomization of study patients; failure to explain positive cerebrospinal fluid findings, and failure to report objective neurocognitive assessments; failure to assess coinfection status of study participants; exclusion of pertinent findings from the final report, with inadequate follow-up of study participants; and failure to recognize that spirochetal infection cannot be excluded without adequate culture techniques.

**Conclusions:**
The study by Klempner et al. contains a series of interrelated errors. It fails to achieve its stated goal of being a long-term, properly randomized, placebo-controlled treatment trial. The study appears to be scientifically invalid and risks harming patients if its flawed conclusions are accepted uncritically by physicians. In view of the uninterpretable results of this study, further research into the use of long-term antibiotic therapy for chronic Lyme disease is warranted.

Return to top

## INTRODUCTION

Lyme disease is a multi-system illness caused by infection with the spirochete *Borrelia burgdorferi*. Although Lyme disease was officially recognized in the United States in 1975 in the Connecticut town from which it derives its name, the disease had been discovered almost a century before in Europe, where the "bullseye" rash known as erythema migrans (EM) and the late stage rash and deformity of acrodermatitis chronicum atrophicans (ACA) were first recognized [2].

Rudolph Scrimenti first documented the EM rash in the United States in 1970, five years before the official labeling of Lyme disease [2]. Scrimenti noted a striking similarity between his patient's expanding ring-shaped skin lesion and the "erythema chronicum migrans" lesions he knew, in part, from the writings of Sven Hellerstrom [3]. Scrimenti published *Erythema chronicum migrans* in the July 1970 issue of the *Archives of Dermatology*, stating that this lesion

was sometimes associated with significant neurologic symptoms [2]. Further, he postulated that spirochetes and/or rickettsiae caused the illness, which he thought was likely transmitted by ticks. His work established him as the actual discoverer of the disease that later came to be called Lyme disease. Yet both Scrimenti and Hellerstrom were openly ridiculed for their beliefs [4].

In the ensuing years, following Polly Murray's report in 1975 of an epidemic of multi-system illness including (but not limited to) arthritis in the now famous Connecticut town of Lyme [4], chronic and persistent sequellae of tick bites became common knowledge in both the scientific and lay communities. Those notably convinced included researchers such as Allen Steere, who in his early work wrote copiously on the subject of chronic neurologic and arthritic manifestations of Lyme disease, even in cases following antibiotic treatment [5]. In 1982, the spirochetal etiology of the disease was proven by Willy Burgdorfer [6], but this was only the beginning of what has since become a monumental task in understanding the pathogenesis of Lyme disease and its chronic manifestations, as outlined below.

A major problem with the diagnosis of Lyme disease stems from the variable results of serologic testing for its causative agent, *B. burgdorferi*. Indeed, well documented but seronegative Lyme disease has been widely reported in the medical literature [7–12], and the existence of seronegative infection is substantiated by the observation that the great majority of repeatedly infected deer remain seronegative for *B. burgdorferi* [13]. These observations raise doubt about the reliability of negative results using current Lyme disease tests, particularly when testing is aimed at the diagnosis of chronic as opposed to acute *B. burgdorferi* infections.

Just as seronegative but active Lyme disease has been documented in the scientific literature, so has active central nervous system (CNS) infection despite negative spinal fluid tests for *B. burgdorferi* [14,15]. Negative results are often obtained on cerebrospinal fluid (CSF) of known Lyme patients, including normal cell count and chemistry evaluations and absent Lyme antibody titers [14,15]. Consequently the absence of antibodies against *B. burgdorferi* in CSF cannot be relied on to rule out CNS infection with this organism. Given the foregoing, the diagnosis of *B. burgdorferi* infection should be made primarily on clinical grounds, with current serologies playing only supportive roles.

In addition to problems with diagnosis, it has been almost impossible to obtain a definition of cure for this illness due to inherent problems in culturing the organism. Without an easy method for culture, there has been no "gold standard" to assess treatment efficacy. Despite this uncertainty, some physicians insist that 30-day courses of antibiotic therapy are curative even for later stage Lyme disease. This belief persists despite seminal studies documenting that 30-day courses of antibiotics do not eradicate disseminated *B. burgdorferi* infection from mice, chimps and dogs [16–18]. Although animal data must be interpreted with caution, it is not surprising that many humans with late stage Lyme disease also are not cured of their symptoms with 30-day courses of antibiotics.

Indeed, there have been a number of peer reviewed publications demonstrating persistent infection with *B. burgdorferi* in humans despite multiple and extended courses of antibiotic therapy [19]. Persistent infection has been demonstrated repeatedly by both polymerase chain reaction (PCR) and histopathology [20-23]. Chronic infection has also been demonstrated by culture despite the well-known difficulties in harvesting *B. burgdorferi* from Lyme patients, and culture positivity has even been found in patients who are

seronegative for the Lyme spirochete [24–30]. In light of such data, it would be illogical to assume that persistent symptoms in chronically ill Lyme disease patients are not related to active infection with *B. burgdorferi*. Ironically, and in direct opposition to the extensive body of published data, some researchers have attributed chronic symptoms compatible with Lyme disease to alternative vague diagnoses, such as "post-Lyme syndrome," fibromyalgia, or chronic fatigue syndrome [31,32]. The recent article by Klempner et al. [1] amplified the dispute between widely differing medical factions and prompted the current analysis.

**Return to top**

## METHODS

The International Lyme and Associated Diseases Society (ILADS), an international multi-specialty medical organization, reviewed the article by Klempner et al. [1] in an objective and didactic fashion. The review was accomplished using principles of evidence-based medicine [33]. Specifically, the study design, patient selection criteria, data reporting and outcomes analysis were all subjected to scrutiny. The conceptual framework of the study was also analyzed with reference to the published medical literature on chronic Lyme disease and associated tickborne illnesses, which includes more than 12,000 articles in the peer reviewed medical literature [19].

**Return to top**

## RESULTS

In reviewing the article by Klempner et al [1], it became apparent that there are multiple serious methodological flaws inherent in the fabric of the work. First and foremost is the initial contention that the study was intended to be a double blind, placebo-controlled trial of long-term antibiotic treatment for chronic Lyme disease patients of both seronegative and seropositive status. The authors used a treatment regimen consisting of one month of intravenous ceftriaxone at 2 gm daily followed by two months of oral doxycycline at 200 mg daily [1]. These antibiotics differ markedly in their mode of action and bioavailability, with no scientific evidence backing the assumption that their effect is additive or that the combination qualifies as "long-term" treatment. Consequently the trial amounted to a short-term ceftriaxone protocol for re-treatment of patients who had, without apparent success, experienced comparable treatment in the past, thereby undermining the principal objective of the study. Furthermore, the doxycycline dose used in the study (200 mg daily) was inadequate for CNS penetration [34]. Since the study population had neurocognitive symptoms, it is puzzling that the authors would use a medication dosage that achieves only marginal CNS concentration. To make matters worse, the acceptable medication compliance rate was 75%, reducing the doxycycline dose to sub-therapeutic levels. This was a regrettable oversight because enforcing a better compliance rate using the correct dosage would have been simple, inexpensive, and safe.

A related problem with the study derived from participants' prior antibiotic treatment. If this truly had been a long-term antibiotic treatment trial, one could have compared short and long term antibiotic treatment efficacy given the participants' prior "failure" with short-term antibiotics. However, since this was in reality a short-term ceftriaxone re-treatment study, it fell prey to obvious selection bias in that many of the patients had already "failed" treatment with a short course of ceftriaxone, thus increasing the odds that they would do so again. This approach introduced significant selection bias

into the study.

Selection bias was a key problem throughout the trial. For example, evaluated patients were excluded from participation if they tested positive by polymerase chain reaction (PCR) for the presence of *B. burgdorferi* DNA, barring from the study the very patients who may have been most likely to benefit from antibiotics. In addition, despite the fact that PCR negativity was obligatory for inclusion in the study population, PCR was then reported in the body of the work as if it were a new "finding". This may mislead readers to conclude that chronic Lyme disease patients do not frequently have intermittently positive PCR reactivity following treatment with antibiotics.

Criticism over the exclusion of PCR positives was voiced in published correspondence by Bransfield et al. [35], to which Weinstein and Klempner replied, "We screened over 1800 patients for this study, and no patient was excluded for this reason, since no patient was found to have a positive PCR assay or culture for borrelia—*a result that confirms the absence of evidence of active infection in this clinical syndrome*" [36]. However, the fact that the authors did not find even a single positive *B. burgdorferi* PCR out of the 1800 previously identified Lyme disease patients is in direct contrast to prevailing medical experience [20–30]. Although *B. burgdorferi* PCR has clinical disadvantages in sensitivity (see Discussion), it has been shown to be a valuable tool for the documentation of persistent infection in chronic Lyme disease patients [20–22, 28]. Because the authors failed to find, even once, what other researchers have demonstrated repeatedly, doubt is raised as to the accuracy of their PCR methods. In sum, the statement by Klempner et al that they had confirmed the absence of active infection in this chronically ill population was patently inaccurate, as ample evidence has verified the persistence of *B. burgdorferi* infection in antibiotic-treated patients with chronic Lyme disease [20–30].

Additionally, randomization seems to have been insufficient in this research. Bransfield et al. state, "Furthermore, at baseline, the placebo and antibiotic groups appeared to have significantly different scores on the primary outcome measures. These observations suggest that randomization may have been inadequate, thereby invalidating the results of the study" [35]. Weinstein and Klempner respond, "The randomization protocol was adequate, since baseline values for the primary outcome measures in all patients were statistically equivalent in the placebo and antibiotic groups" [36]. However, the published data was in direct disagreement with their own statement because the authors report a number of significant pre-test differences between the placebo- and antibiotic-treated patients in the seronegative and seropositive groups. For example, among seropositive patients the baseline scores on the MOS Cognitive Scale were significantly worse in the antibiotic-treated cohort than in the placebo cohort. Furthermore, within the seronegative group of patients, the placebo cohort had significantly poorer baseline scores on the SF-36 Mental Component, the MOS Pain Scale and the Fibromyalgia Impact Questionnaire than the antibiotic-treated cohort. These baseline differences could have biased the outcome of the study.

Weinstein and Klempner further stated, "Moreover, each patient served as his or her own control, since the clinical response was measured by calculating a change in health status for each patient" [35]. This argument is unconvincing because the authors did not address their reported pre-test differences. In addition, since the trial was conceived as a randomized, placebo-controlled study, analysis of covariance in the randomized groups would have been more appropriate than analysis of intrapatient variation to address the issue

of inadequate patient randomization [37]. This type of analysis was apparently not performed.

While the study focused intensely on subjective neuropsychological testing, some noteworthy objective findings were reported succinctly without any discussion. For example, Klempner et al. found that over 25% of the enrollees had elevated CSF protein and that 8 had intrathecal production of *B. burgdorferi* antibodies. In patients with a history of well-documented Lyme disease and such CSF findings, these clinical parameters may be consistent with active neuroborreliosis. Instead, the authors focused on measurements of questionable utility in assessing chronic Lyme disease. Bransfield et al. criticized the authors in this regard by writing, "The neuropsychological scales used in the study were insufficient to assess the cognitive impairments in executive functioning and the psychiatric dysfunctions that are seen in patients with persistent Lyme disease. The SF-36 is a subjective assessment scale, based on the patient's self-perception. There was a paucity of objective measures to assess the patient's status" [35]. Weinstein and Klempner replied that the enrollees were given an "extensive battery of neurocognitive tests in addition to the SF-36. A forthcoming analysis of these data should help to demonstrate any cognitive impairment, should it exist" [36]. Yet the question arises as to why this "extensive battery" of neurocognitive tests was not discussed in this paper, where it might have aided in the serial analysis of the patients' neurocognitive dysfunction during antibiotic treatment.

Such omission raises the question as to what other data collected during this study was excluded from the formal report. For example, Klempner publicly alluded to his testing for CSF matrix metalloproteinases in these patients (Klempner MS, 11th Annual Diseases of Summer Conference, South County Hospital, Wakefield, RI, 2001), but this was not reported in the study. Since Klempner previously published on the presence of these markers both *in vitro* and *in vivo* in active neuroborreliosis [38, 39], we anticipated that the paper might have included this important objective data. Had it been revealed, it could have provided additional clues regarding the presence or absence of active neuroborreliosis, and thus might have added significantly to the study.

A final problem with the study's data analysis is the exclusion of possible Jarisch-Herxheimer reactions. As in syphilis, another spirochetal infection, Lyme disease patients frequently experience this symptom intensification upon initiation of antibiotic therapy [40–42], yet this was not evaluated. Failure to discuss this symptom complex is a serious oversight, since any assessment of interval change in patient status could not be conducted properly without consideration of such a common phenomenon. Indeed, for patients with active *B. burgdorferi* infection, worsening symptoms due to Jarisch-Herxheimer reactions potentially could have been troublesome enough to prompt their withdrawal from the study unless this complication had been discussed with them in advance.

**Return to top**

**DISCUSSION**

The methodologic deficits described above reflect the fact that the complexities of *B. burgdorferi* pathogenesis were not fully taken into consideration by Klempner et al. As a result, the authors ignored the critical context for exploring diagnostic factors and treatment responses in chronic Lyme disease. For example, *B. burgdorferi* has the ability to survive in divergent conditions of mammals and ticks by existing in a variety of forms that are ultrastructurally and metabolically distinct. Even in the tick, altered

Case 3:08-cv-01070-PK    Document 11-11    Filed 05/07/09    Page 12 of 39

morphologic forms of *B. burgdorferi* are present [43], but in the mammal, selective pressure from mammalian immune surveillance results in these altered forms becoming more common. These "host adapted" forms generally display altered morphology to varying degrees and are referred to collectively as L-forms or spheroplasts. *B. burgdorferi* spheroplasts, of which cystic forms and granules are sub-types, have been extensively documented *in vitro* and *in vivo* [44–53], both extracellularly and intracellularly [27, 47, 54–57]. Their ability to revert from host-adapted forms back to helical forms under appropriate conditions has been demonstrated *in vitro* [47, 58, 59].

To the uninitiated, it may be tempting to infer that *B. burgdorferi* cystic forms are degenerative bacterial fragments. This is not the case, since researchers have demonstrated protein synthesis requirements for spirochetal conversion into the spheroplast form [44]. Indeed, it has been unequivocally proven that *B. burgdorferi* cystic forms are virulent and infectious. Their infectivity, survival under extreme environmental conditions, and ability to revert back to helical forms *in vivo* have all been demonstrated by inoculation of *B. burgdorferi* cysts into mice and subsequent recovery of helical spirochetes from the animals [60]. As such, host-adapted forms of *B. burgdorferi* are considered to be major factors in the relapsing and persistent nature of Lyme disease [61–63].

Just as *B. burgdorferi* spheroplasts have altered metabolic requirements for growth, so too, do they have unique antibiotic sensitivities, altered surface protein expression, dramatically reduced surface area presented for immune surveillance, and the ability to cause multiple potential problems for PCR analysis. All of the foregoing helps to explain observations of antibiotic resistance, seronegativity, and even frequent PCR negativity in active disease [51, 54, 59, 63, 64]. The failure to address the complexities of the borrelial life cycle in the work by Klempner et al. is a serious error. For example, the fact that cystic forms demonstrate sensitivity to metronidazole while their helical kin are resistant, illustrates the point that *B. burgdorferi* spheroplasts have altered antibiotic resistance [65]. Attention to these forms during the initial study design might have resulted in different treatment decisions, with consideration that a cell wall-attacking cephalosporin may not have been the ideal antibiotic choice for treatment of cell wall-deficient organisms in patients with late-stage Lyme disease.

In addition, had the authors addressed the intracellularity of *B. burgdorferi*, this might have broadened their choices of antibiotic therapy. Although the utility of ceftriaxone for Lyme disease has been documented, it has been similarly documented that this agent frequently does not fully eradicate human *B. burgdorferi* infections [19]. Cephalosporins do not achieve intracellular penetration, a fact that may partially explain well-known treatment failures associated with late stage Lyme disease. Indeed, *B. burgdorferi* has been documented within a variety of cell types, including but not limited to endothelium, fibroblasts, lymphocytes, macrophages, keratinocytes and synovial cells [17, 51, 54, 66–70]. These findings are critically important since chronic infections are highly dependent on intracellular asylum as a mode of persistence, and localization within eukaryotic cells protects *B. burgdorferi* from antibiotics [71, 72]. It is particularly surprising that the lead author agreed to use ceftriaxone in this study, since he previously authored a paper on the fibroblast-mediated protection of *B. burgdorferi in vitro* from concentrations of ceftriaxone achieved *in vivo* for the treatment of Lyme disease [71].

Another conceptual oversight in this study was the lack of consideration in the body of the manuscript of co-infections commonly found in Lyme disease

patients. In addition to *B. burgdorferi*, Ixodes ticks transmit other pathogens that may have infected the study patients, such as *Babesia*, *Ehrlichia* and *Bartonella* species [73–80]. These tickborne coinfections apparently were not considered in the evaluation of patients but could well have been clinically relevant and affected outcomes in the study, since they occur in approximately 10% to 66% of Lyme disease patients [73–78]. As with most tickborne illness, the clinical spectrum of these coinfections spans sub-clinical to life threatening presentations [75, 76], and they are underdiagnosed in all age groups [73].

Despite the severity of illness documented in this study's chronic Lyme disease patients, and the fact that neither ceftriaxone nor doxycycline effectively treats certain coinfections, this potential drawback was not mentioned in the body of the paper. Furthermore, aside from non-spirochetal co-infections that can be tested for, there are other tickborne spirochetal infections for which there is no commonly available testing [81, 82]. These unknowns also should have been mentioned in the body of the study since it is not clear to what extent they may cause or prolong illness or to what extent they are amenable to antibiotic therapy.

In summary, the methodologic problems of the study reflect an apparently inadequate appreciation of Lyme disease pathogenesis and persistence in patients with chronic symptoms of tickborne disease.

Return to top

## CONCLUSIONS

In our analysis, the study by Klempner et al. fell prey to a series of interrelated errors. The study began by missing its initial design goal of being a long-term, properly randomized, placebo-controlled antibiotic treatment trial for patients with chronic Lyme disease, simply because the treatment provided was not long-term. Many methodologic and conceptual aspects of the work were flawed, resulting in patient selection bias, sub-optimal antibiotic treatment regimens, faulty analysis and/or exclusion of data, and disregard for *B. burgdorferi* microbiology and pathogenesis.

Based on its many errors, much of the article by Klempner et al. is, in our opinion, scientifically invalid and risks harming patients if it is accepted uncritically by physicians who may not have the time or the expertise to analyze the work. Indeed, a majority of medical practitioners may, after reading this paper, inappropriately withhold treatment from patients with persistent Lyme disease [83]. This would be especially troubling since other peer reviewed medical research demonstrates that extended treatment with months of the correct choice of antibiotic therapies can be remarkably beneficial for patients with late-stage Lyme disease [84–86]. Certainly, long-term antibiotic treatment is medically accepted and approved for other chronic infectious diseases such as tuberculosis and leprosy [87–89]. We hope that future studies of long-term treatment of Lyme disease will be designed, implemented and analyzed in a more appropriate manner.

Return to top

## AUTHOR CONTRIBUTIONS

Dr Phillips wrote the initial manuscript, researched the initial references, initially coordinated the project and participated in many editing reviews. Dr

Bransfield wrote the initial outline, wrote and researched sections of the article, participated in many editing reviews and coordinated completion of the article. Dr Sherr wrote and researched sections of the article, served as a liaison to the ILADS board and participated in many editing reviews. Dr Brand wrote and researched a section of the article related to research design and participated in some reviews. Dr Smith wrote sections of the article, participated in many editing reviews, rewrote one of the revisions and checked for the accuracy of the references. Kathleen Dickson wrote sections and participated in editing reviews. Dr Stricker wrote a section on the study protocol, edited the section on coinfections, contributed assistance with the references, participated in final review of the manuscript and coordinated completion and submission of the article.

Return to top

## REFERENCES

1   Klempner MS, Hu LT, Evans J, Schmid CH, Johnson GM, Trevino RP, Norton D, Levy L, Wall D, McCall J, Kosinski M, Weinstein A. Two controlled trials of antibiotic treatment in patients with persistent symptoms and a history of Lyme disease. N Engl J Med 2001;345:85–92.

2   Scrimenti R. Erythema chronicum migrans. Arch Derm.1970;102:104–5.

3   Hellerstrom S. Erythema chronica migrans. Afzelia with meningitis. Southern Med J 1950;43:330–5.

4   Murray P. The widening circle. New York: St. Martin's Press, 1996.

5   Steere, A Malawista SE, Hardin JA, et al. Erythema chronica migrans and Lyme arthritis. The enlarging clinical spectrum. Ann Intern Med 1977;86:685–98.

6   Burgdorfer W, Barbour AG, Hayes SF, et al. Lyme disease: a tick-borne spirochetosis? Science 1982;216:1317–19.

7   Lawrence C, Lipton RB, Lowry FD, Coyle PK Seronegative chronic relapsing neuroborreliosis. Eur Neurol 1995;35:113–7.

8   Coyle PK, Schutzer SE, Deng Z, Krupp LB, Belman AL, Benach JL, Luft BJ Detection of *Borrelia burgdorferi*-specific antigen in antibody-negative cerebrospinal fluid in neurologic Lyme disease. Neurology 1995;45:2010–5.

9   Mouritsen CL, Wittwer CT, Litwin CM, Yang L, Weis JJ, Martins TB, Jaskowski TD, Hill HR Polymerase chain reaction detection of Lyme disease: correlation with clinical manifestations and serologic responses.Am J Clin Pathol 1996;105:647–54.

10  Paul A. [Arthritis, headache, facial paralysis. Despite negative laboratory tests Borrelia can still be the cause]. MMW Fortschr. Med 2001;143:17.

11  Pikelj F, Strle F, Mozina M. Seronegative Lyme disease and transitory atrioventricular block. Ann Intern Med 1989;111:90.

12  Fraser DD, Kong LI, Miller FW. Molecular detection of persistent *Borrelia burgdorferi* in a man with dermatomyositis. Clin Exp Rheumatol 1992;10:387–90.

13  Gallivan GJ, Barker IK, Artsob H, Magnarelli LA, Robinson JT, Voigt. DR Serologic survey for antibodies to *Borrelia burgdorferi* in white-tailed deer in Ontario. J Wildl Dis 1998;34:411–4.

14  Pfister HW, Preac-Mursic V, Wilske B, Einhaupl KM, Weinberger K. Latent Lyme neuroborreliosis: presence of *Borrelia burgdorferi* in the cerebrospinal fluid without concurrent inflammatory signs. Neurology 1989;39:1118–20.

15  Coyle PK, Schutzer SE, Deng Z, Krupp LB, Belman AL, Benach JL, Luft BJ Detection of *Borrelia burgdorferi*-specific antigen in antibody-negative cerebrospinal fluid in neurologic Lyme disease. Neurology 1995;45:2010–5.

16  Cadavid D, O'Neill T, Schaefer H, Pachner AR. Localization of *Borrelia burgdorferi* in the nervous system and other organs in a nonhuman primate model of Lyme disease. Lab Invest 2000;80:1043–54.

17  Montgomery RR, Nathanson MH, Malawista SE. The fate of *Borrelia burgdorferi*, the agent for Lyme disease, in mouse macrophages. Destruction, survival, recovery. J Immunol 1993;150:909–15

18  Straubinger RK; Summers BA; Chang YF; Appel MJ. Persistence of *Borrelia burgdorferi* in experimentally infected dogs after antibiotic treatment. J Clin Microbiol, 1997, 35: 111–6.

19  Doherty A, Lots of links on Lyme Disease 2003; accessible on the Internet at **www.geocities.com/HotSprings/Oasis/6455/lyme-links.html**

20  Nocton J J; Dressler F; Rutledge B J; Rys P N; Persing D H; Steere A C. Detection of *Borrelia burgdorferi* DNA by polymerase chain reaction in synovial fluid from patients with Lyme arthritis N Engl J Med 1994; 330:229–34.

21  Bayer M E; Zhang L; Bayer M H. *Borrelia burgdorferi* DNA in the urine of treated patients with chronic Lyme disease symptoms. A PCR study of 97 cases. Infection. 1996;24:347–53.

22  Priem S, Burmester GR, Kamradt T, Wolbart K, Rittig MG, Krause A. Detection of *Borrelia burgdorferi* by polymerase chain reaction in synovial membrane, but not in synovial fluid from patients with persisting Lyme arthritis after antibiotic therapy. Ann Rheum Dis 1998;57:118–21.

23  Cimmino MA, Azzolini A, Tobia F, Pesce CM. Spirochetes in the spleen of a patient with chronic Lyme disease. Am J Clin Pathol 1989;91:95–7.

24  Preac-Mursic V, Weber K, Pfister HW, Wilske B, Gross B, Baumann A, Prokop J. Survival of *Borrelia burgdorferi* in antibiotically treated patients with Lyme borreliosis. Infection 1989;17:355–9.

25  Preac Mursic V, Marget W, Busch U, Pleterski Rigler D, Hagl S. Kill kinetics of *Borrelia burgdorferi* and bacterial findings in relation to the treatment of Lyme borreliosis. Infection 1996;24:9–16.

26  Pfister HW, Preac-Mursic V, Wilske B, Schielke E, Sorgel F, Einhaupl KMJ. Randomized comparison of ceftriaxone and cefotaxime in Lyme neuroborreliosis. J Infect Dis 1991;163:311–8.

27  Preac-Mursic V, Pfister HW, Spiegel H, Burk R, Wilske B, Reinhardt S, Bohmer R. First isolation of *Borrelia burgdorferi* from an iris biopsy. J Clin Neuroophthalmol 1993;13:155–61.

28  Oksi J, Marjamaki M, Nikoskelainen J, et al. *Borrelia burgdorferi* detected by culture and PCR in clinical relapse of disseminated Lyme borreliosis. Ann Med 1999;31:225–32.

29  Phillips SE, Mattman LH, Hulinska D, Moayad H. A proposal for the

reliable culture of *Borrelia burgdorferi* from patients with chronic Lyme disease, even from those previously aggressively treated. Infection. 1998;26:364–7.

30 Honegr K, Hulinska D, Dostal V, Gebousky P, Hankova E, Horacek J, Vyslouzil L, Havlasova J. [Persistence of *Borrelia burgdorferi* sensu lato in patients with Lyme borreliosis]. Epidemiol Mikrobiol Imunol 2001;50:10–6.

31 Steere AC, Taylor E, McHugh GL, Logigian EL. The overdiagnosis of Lyme disease. JAMA 1993;269:1812–6.

32 Sigal LH, Patella SJ. Lyme arthritis as the incorrect diagnosis in pediatric and adolescent fibromyalgia. Pediatrics 1992;90:523–8.

33 Sox HC Jr. Using evidence to teach effective use of health interventions. Ann N Y Acad Sci 1993;703:245–9.

34 Dotevall L, Hagberg L. Penetration of doxycycline into cerebrospinal fluid in patients treated for suspected Lyme neuroborreliosis. Antimicrob Agents Chemother 1989;33:1078–80.

35 Bransfield R, Brand S, Sherr V. Treatment of patients with persistent symptoms and a history of Lyme disease. N Engl J Med 2001;345:1424–5.

36 Weinstein A, Klempner M. Treatment of patients with persistent symptoms and a history of Lyme disease. N Engl J Med 2001;345:1424–5.

37 Brown RL. Using covariance modeling for estimating reliability on scale with ordered polytomous variables. Education Psychol Measurement 1989;49:26–39.

38 Perides G; Tanner-Brown LM; Eskildsen MA; Klempner MS. *Borrelia burgdorferi* induces matrix metalloproteinases by neural cultures. J Neurosci Res 1999;58:779–790.

39 Perides G; Charness ME; Tanner LM; Peter O; Satz N; Steere AC; Klempner MS. Matrix metalloproteinases in the cerebrospinal fluid of patients with Lyme neuroborreliosis. J Infect Dis 1998;177:401–8.

40 Maloy AL; Black RD; Segrurola RJ Jr. Lyme disease complicated by the Jarisch-Herxheimer reaction. J Emerg Med 1998;16:437–8.

41 Strominger MB, Slamovitis TL, Herskovtiz S; Lipton RB. Transient worsening of optic neuropathy as a sequelae of the Jarisch-Herxheimer reaction in the treatment of Lyme disease. J Neuroopthalmol 1994;14:77–80.

42 Moore JA Jarisch-Herxheimer reaction in Lyme disease. Cutis 1987;39:397–8.

43 Amosova LI. An electron microscopic study of Borrelia in the body of the female ixodid tick Ixodes persulcatus. Parazitologia 2000;34:234–40.

44 Alban PS; Johnson PW; Nelson DR. Serum-starvation-induced changes in protein synthesis and morphology of *Borrelia burgdorferi*. Microbiology 2000;146 (Pt 1):119–27.

45 Bruck DK; Talbot ML; Cluss RG; Boothby JT. Ultrastructural characterization of the stages of spheroplast preparation of *Borrelia burgdorferi*. J Microbiol. Methods 1995;23:219–28.

46 Benach JL. Functional heterogeneity in the antibodies produced to *Borrelia burgdorferi*. Wiener Klinische Wochenschrift 1999;111:985–9.

47 Preac-Mursic V; Wanner G; Reinhardt S; Wilske B; Busch U; Marget W. Formation and cultivation of *Borrelia burgdorferi* spheroplast L-form variants. Infection 1996; 24:218–26.

48 Cluss RG; Goel AS; Rehm HL; Schoenecker JG; Boothby JT. Coordinate synthesis and turnover of heat shock proteins in *Borrelia burgdorferi*: degradation of DnaK during recovery from heat shock. Infect Immunity 1996;64:1736–43.

49 Kersten A; Poitschek C; Rauch S; Aberer E. Effects of penicillin, ceftriaxone, and doxycycline on the morphology of *Borrelia burgdorferi*. Antimicrob Agents Chemo1995;39:1127–33.

50 Aberer E; Koszik F; Silberer M. Why is chronic Lyme borreliosis chronic? Clin Infect Dis 1997;25(Suppl 1):S64–S70.

51 Aberer E; Kersten A; Klade H; Poitschek C; Jurecka W. Heterogeneity of *Borrelia burgdorferi* in the skin. Am J Dermatopathol 1996;18:571–9.

52 Angelov L; Dimova P; Berbencova W. Clinical and laboratory evidence of the importance of the tick D. marginatus as a vector of *B. burgdorferi* in some areas of sporadic Lyme disease in Bulgaria. Eur J Epidemiol 1996;12:499–502.

53 Schaller M; Neubert Ultrastructure of *Borrelia burgdorferi* after exposure to benzylpenicillin. Infection 1994 22:401–406.

54 Hulinska D; Bartak P; Hercogova J; Hancil J; Basta J; Schramlova J. Electron microscopy of Langerhans cells and *Borrelia burgdorferi* in Lyme disease patients. Zbl Bakt 1994;280:348–9.

55 Nanagara R; Duray PH; Schumacher HR. Jr. Ultrastructural demonstration of spirochetal antigens in synovial fluid and synovial membrane in chronic Lyme disease: possible factors contributing to persistence of organisms. Hum Pathol 1996;27:1025–34.

56 Hulinska D; Jirous J; Valesova M; Hercogova J. Ultrastructure of *Borrelia burgdorferi* in tissues of patients with Lyme disease. J Basic Microbiol 1989;29:73–83.

57 MacDonald AB. Concurrent neocortical borreliosis and Alzheimer's disease: Demonstration of a spirochetal cyst form. Ann NY Acad Sci 1988;539:468–70.

58 Brorson O; Brorson SH. Transformation of cystic forms of *Borrelia burgdorferi* to normal mobile spirochetes. Infection 1997;25:240–6.

59 Brorson O; Brorson. *In vitro* conversion of *Borrelia burgdorferi* to cystic forms in spinal fluid, and transformation to mobile spirochetes by incubation in BSK-H medium. Infection 1998;26:144–50.

60 Gruntar I, Malovrh T, Murgia R, Cinco M. Conversion of Borrelia garinii cystic forms to motile spirochetes *in vivo*. APMIS 2001;109:383–8.

61 Zajkowska JM; Hermanowska-Szpakowicz T; Pancewicz SA; Kondrusik M. [Selected aspects of immunopathogenesis in Lyme disease]. Pol Merkuriusz Lek 2000;9:579–83.

62 Zajkowska JM; Hermanowska-Szpakowicz T; Kondrusik M; Pancewicz SA. [Neurologic syndromes in Lyme disease]. Pol Merkuriusz Lek 2000;9:584–8.

63 Brorson O; Brorson. A rapid method for generating cystic forms of *Borrelia burgdorferi*, and their reversal to mobile spirochetes. APMIS 1998;106:1131–41.

Case 3:08-cv-01070-PK    Document 10    Filed 05/07/09    Page 18 of 39

64  Wolf V; Wecke J. Formation of multiple treponemes. Zbl Bakt, 1994 280:297–303.

65  Brorson O; Brorson. An *in vitro* study of the susceptibility of mobile and cystic forms of *Borrelia burgdorferi* to metronidazole. APMIS 1999;107:566–76.

66  Ma Y, Sturrock A, Weis JJ. Intracellular localization of *Borrelia burgdorferi* within human endothelial cells. Infect Immun 1991;59:671–8.

67  Klempner MS, Noring R, Rogers RA. Invasion of human skin fibroblasts by the Lyme disease spirochete, *Borrelia burgdorferi*. J Infect Dis 1993;167:1074–81.

68  Dorward DW, Fischer ER, Brooks DM. Invasion and cytopathic killing of human lymphocytes by spirochetes causing Lyme disease. Clin Infect Dis 1997;25 (Suppl 1):S2–8.

69  Linder S, Heimerl C, Fingerle V, Aepfelbacher M, Wilske B. Coiling phagocytosis of *Borrelia burgdorferi* by primary human macrophages is controlled by CDC42Hs and Rac1 and involves recruitment of Wiskott-Aldrich syndrome protein and Arp2/3 complex. Infect Immun 2001;69:1739–46.

70  Girschick HJ, Huppertz HI, Russmann H, Krenn V, Karch H. Intracellular persistence of *Borrelia burgdorferi* in human synovial cells. Rheumatol Int 1996;16:125–32.

71  Georgilis K, Peacocke M, Klempner MS. Fibroblasts protect the Lyme disease spirochete, *Borrelia burgdorferi*, from ceftriaxone *in vitro*. J Infect Dis 1992;166:440–4.

72  Brouqui P, Badiaga S, Raoult D. Eucaryotic cells protect *Borrelia burgdorferi* from the action of penicillin and ceftriaxone but not from the action of doxycycline and erythromycin. Antimicrob Agents Chemother 1996;40:1552–4.

73  Krause PJ, Telford SR 3rd, Spielman A, Sikand V, Ryan R, Christianson D, Burke G, Brassard P, Pollack R, Peck J, Persing DH. Concurrent Lyme disease and babesiosis. Evidence for increased severity and duration of illness. JAMA 1996;275:1657–60.

74  Benach JL, Coleman JL, Habicht GS, MacDonald A, Grunwaldt E, Giron JA. Serological evidence for simultaneous occurrences of Lyme disease and babesiosis. J Infect Dis 1985;152:473–7.

75  Boustani MR, Lepore TJ, Gelfand JA, Lazarus DS. Acute respiratory failure in patients treated for babesiosis. Am J Respir Crit Care Med 1994;149:1689–91.

76  Marcus LC, Steere AC, Duray PH, Anderson AE, Mahoney EB. Fatal pancarditis in a patient with coexistent Lyme disease and babesiosis. Demonstration of spirochetes in the myocardium. Ann Intern Med 1985;103:374–6.

77  DeMartino SJ, Carlyon JA, Fikrig E. Coinfections with *Borrelia burgdorferi* and the agent of human granulocytic ehrlichiosis. N Engl J Med 2001;345:150–1.

78  Krause PJ, McKay K, Thompson CA, Sikand VK, Lentz R, Lepore T, Closter L, Christianson D, Telford SR, Persing D, Radolf JD, Spielman A; Deer-Associated Infection Study Group. Disease-specific diagnosis of coinfecting tickborne zoonoses: babesiosis, human granulocytic ehrlichiosis, and Lyme disease. Clin Infect Dis 2002;34:1184–91.

79  Eskow E, Rao RV, Mordechai E. Concurrent infection of the central mervous system by *Borrelia burgdorferi* and *Bartonella henselae*: evidence for a novel tickborne disease complex. Arch Neurol 2001;58:1357–63.

80  McQuiston JH, Paddock CD, Holman RC, Childs JE. The human ehrlichioses in the United States. Emerg Infect Dis 1999;5:635–42.

81  Lin T; Oliver JH Jr; Gao L; Kollars TM Jr; Clark KL. Genetic heterogeneity of *Borrelia burgdorferi* sensu lato in the southern United States based on restriction fragment length polymorphism and sequence analysis. J Clin Microbiol 2001;39:2500–2507.

82  Burkot TR; Mullen GR; Anderson R; Schneider BS; Happ CM; Zeidner NS. Borrelia lonestari DNA in adult Amblyomma americanum ticks. Emerg Infect Dis 2001;7:471–3.

83  Lorber B. Update in infectious diseases. Ann Intern Med 2002;137:974–80.

84  Oksi J, Nikoskelainen J, Viljanen MK. Comparison of oral cefixime and intravenous ceftriaxone followed by oral amoxicillin in disseminated Lyme borreliosis. Eur J Clin Microbiol Infect Dis 1998;17:715–9.

85  Petrovic M, Vogelaers D, Van Renterghem L, Carton D, De Reuck J, Afschrift M. Lyme borreliosis—a review of the late stages and treatment of four cases. Acta Clin Belg 1998;53:178–83.

86  Donta ST, Tetracycline therapy for chronic Lyme disease. Clin Infect Dis 1997;25(Suppl 1):S52–6.

87  Small PM, Fujiwara PI. Management of tuberculosis in the United States. N Engl J Med 2001;345:189–200.

88  Shaw IN, Natrajan MM, Rao GS, Jesudasan K, Christian M, Kavitha M. Long-term follow up of multibacillary leprosy patients with high BI treated with WHO/MDT regimen for a fixed duration of two years. Int J Lepr Other Mycobact Dis 2000;68:405–9.

89  Goto M. Chemotherapy of leprosy: theoretical basis of new guideline in Japan. Nihon Hansenbyo Gakkai Zasshi 2001;70:151–5.

[top of page][back to position papers]

PO Box 341461 Bethesda MD, 20827-1461
Phone: 301.263.1998   Fax: 301.263.0776
lymedocs@aol.com

**EXHIBIT 20**

Medical Hypotheses (2006) 67, 860—864



**ELSEVIER**

medical
hypotheses

http://intl.elsevierhealth.com/journals/mehy

# Is Lyme disease always poly microbial? — The jigsaw hypothesis

**David C. Owen** *

*University of Wales, College of Medicine, Accident and Emergency, Heath Park, Cardiff United Kingdom, Cardiff, United Kingdom*

Received 22 March 2006; accepted 30 March 2006

**Summary**   Lyme disease is considered to be caused by Borrelia species of bacteria but slowly evidence is accumulating which suggests that Lyme disease is a far more complex condition than Borreliosis alone. This hypothesis suggests that it may be more appropriate to regard Lyme disease as a tick borne disease complex. Over recent years numerous different microbes have been found in ticks which are known to be zoonotic and can coinfect the human host. The hypothesis suggests that multiple coinfections are invariably present in the clinical syndromes associated with Lyme disease and it is suggested that these act synergistically in complex ways. It may be that patterns of coinfection and host factors are the main determinants of the variable clinical features of Lyme disease rather than Borrelia types. An analogy with a jigsaw puzzle is presented with pieces representing Borreliae, coinfections and host factors. It is suggested that many pieces of the puzzle are missing and our knowledge of how the pieces fit together is rudimentary. It is hoped that the hypothesis will help our understanding of this complex, enigmatic condition.
© 2006 Elsevier Ltd. All rights reserved.

## Introduction

Lyme disease is a condition associated with spiro-chete bacteria of the Borrelia genus transmitted by ticks of the Ixodes species. This association was made in 1982 [1]. An expanding clinical entity of Lyme disease was already recognised [2]. Since its recognition Lyme disease has caused controversy within the medical profession with frequent lack of agreement about diagnosis and treatment. This paper suggests that a possible source of the confusion has been the preoccupation with Borrelia as the cause of Lyme disease. A hypothesis is presented that Borrelia alone does not result in the clinical syndromes we associate with Lyme disease.

The prevalence of Lyme disease in the USA is reported to be increasing [3]. This may partly reflect a true increase in incidence but is also likely to reflect increasing recognition of the disease. The CDC recognises that the reported cases of Lyme disease underestimate the true prevalence of Lyme disease. The true prevalence remains unknown [3].

The CDC criteria for reporting Lyme disease includes two tier serological testing [3] but it is accepted that this may not be appropriate for diagnosis in a clinical setting [3]. Both false posi-

* Tel./fax: +44 2920 486168.
  E-mail address: dcowen999@yahoo.co.uk.

0306-9877/$ - see front matter © 2006 Elsevier Ltd. All rights reserved.
doi:10.1016/j.mehy.2006.03.046

tive and false negative results can occur using sero-logically based tests and laboratories have been found to yield inconsistent results when reporting results of serological testing [4,5].

Culturing of spirochetes is difficult and Borrelia PCR testing has been suggested to hold promise for diagnosis [6] but the sensitivity of the test is low especially if blood is used as the material for testing [6].

Where the main clinical hallmark of Lyme disease, the Erythema migrans rash, is present diagnosis of Lyme disease in an endemic area is relatively straightforward and the diagnosis should be purely clinical [7]. Lyme disease may be present in the absence of EM however [8] and while some fear this may result in over-diagnosis of Lyme disease [8] it should be recalled that the true prevalence of Lyme disease is not known.

In Lyme disease classical inflammatory indices may be normal and objective features traditionally associated with infection such as temperature are usually absent although subjective symptoms such as chills are common [9]. As we have noted diverse presentations of Lyme disease occur and the encephalopathy may be the presenting feature [9,10].

The optimum treatment for Lyme disease has not been established [9]. Courses of treatment recommended in many medical textbooks may be adequate for early infection but will frequently fail in chronic Lyme disease. Retrieval of Borrelia by culture and PCR has been reported from Lyme disease patients even after repeated antibiotic courses [11,12].

Coinfections are being increasingly recognised in Lyme disease but their precise role is proving difficult to elucidate. There are many different micro-organisms found in ticks which are capable of causing a Zoonosis. They include species of Anaplasma (Erhlichia) [13], Babesia [14], Bartonella [15] Mycoplasma [16] and Rickettsiae [17] as well as others. All may be transmitted by other vectors as well as ticks and all have a very wide geographic distribution.

## The hypothesis

This hypothesis suggests that Lyme disease only results when certain synergistic combinations of micro-organisms occur in the host. Borreliosis alone may be an insufficient condition for the development of Lyme disease.

It is postulated that only in the presence of other micro-organisms in addition to Borrelia can Lyme disease develop. These other micro-organisms

may be tick borne, other vector borne or non vector borne microbes and may be bacterial, protozoan, viral or even fungal.

Pathogenic micro-organisms which may be chronic and are not associated with traditional markers of infection have been termed stealth organisms but this term has not been widely used in the medical literature to date.

An analogy with a jigsaw puzzle is suggested whereby symptomatic disease only occurs when certain pieces of the jigsaw puzzle are in place, the pieces representing coinfections, known and unknown, and host factors.

## Evidence for the hypothesis

(1) *Coinfections.* Coinfections are recognised to be important in Lyme disease [18] and it is not possible to consider the topic of Lyme disease without also considering coinfections although some authors have attempted to do this [7].

In one study of 240 patients diagnosed with Lyme disease 11% were found to have evidence of concurrent Babesia infection [19]. In another study of 27 Lyme disease patients 100% were found to have evidence of persistent Mycoplasma fermentans infection by PCR analysis despite previous lengthy antibiotic treatment [20].

The frequent finding of coinfections in Lyme disease patients is one piece of evidence suggesting that Borrelia alone may be insufficient for the development of Lyme disease. Just as it can be difficult to confirm the presence of Borrelia in Lyme disease it can also be difficult to confirm the presence of coinfections. This implies that we are likely to underestimate the frequency with which coinfections occur in Lyme disease.

Attempts to distinguish which symptoms are due to Borrelia and which are due to coinfections in a patient can be difficult. For example it has been reported that the symptoms of Babesia and Borrelia may be difficult to distinguish [19,21]. Presentation of Anaplasma infection is usually non specific with flu like symptoms similar to those which may occur in early Borrelia infection [22].

Since it is likely that there are coinfections which remain to be discovered a picture emerges that in Lyme disease multiple coinfections may be present in most if not all cases and attempting to ascribe different symptoms to different organisms will prove difficult.

Detection of the presence of the organisms associated with Lyme disease can be difficult for the following reasons:

(a) The organisms are few in number.
(b) The organisms are difficult to culture.
(c) There may be failure to elicit an antibody response due to insufficient antigen numbers, immunomodulation or immune evasion by the organisms.

(2) *Known carrier state for Borrelia*. There is evidence for a carrier state of Borreliosis [23] whereby an individual may harbour Borrelia but be asymptomatic. The frequency with which this occurs is not known since patients who are asymptomatic rarely have tests which would indicate the presence of viable Borreliae. In the context of this hypothesis latent Borreliosis may exist because of the absence of other necessary micro-organisms although many alternative mechanisms could be postulated to account for the phenomenon.

(3) *Variable clinical manifestations of Lyme disease*. We have already noted that the presentation of Lyme disease can be highly variable and there could be many possible reasons for this. One possible reason is that the variable manifestations correlate with variations in type and load of coinfections. As we have noted attempts to distinguish which symptoms are due to which coinfection in Lyme disease are difficult as would be expected if a complex, variable, poly-microbial eco-system is present.

One aspect of the variable clinical features of Lyme disease is the apparent difference in presentation between different geographic areas. For example differences have been noted between the American and European forms of the disease [7]. While this may in part be due to differences between strains of Borreliae it may also be that the differences reflect a differing coinfecting load in the two groups.

(4) *Multi-system nature of Lyme disease*. Lyme disease is a multi-system illness and this is recognised in the CDC criteria for diagnosis. Objective criteria for multi-system involvement may be absent and patients with confirmed Borreliosis on occasion have symptoms of multi-system involvement without signs [24]. Lyme disease patients frequently have differing symptoms [3,9,25] and this might lead one to question how it is that one condition can result in such a vast array of symptoms. This hypothesis suggests that the answer is that Lyme disease is not one condition but a disease complex caused by a variable system of interdependent micro-organisms.

(5) *Difficulty in treating Lyme disease*. It is known that Lyme disease can be difficult to treat [9,12] and there is evidence that Lyme disease treatment is more likely to be successful when

undertaken early on [26]. Various reasons have been suggested for the difficulties in treating the condition and there is evidence for a cystic, dormant form of Borrelia which is unresponsive to antibiotics [27]. In the context of the present hypothesis another possible reason for the difficulties in treatment could be the complex, variable microbial load.

(6) *Lyme like illness with Erythema migrans in the apparent absence of Borrelia burgdorferi — Masters or STARI disease*. The condition often referred to as Masters disease is a condition which may follow the bite of a Lonestar tick, *Amblyomma americanum* [28]. Masters Disease resembles Lyme disease but despite intensive efforts Borreliae have so far not been recovered from patients with this condition and the putative organism *Borrelia lonestari* has not been cultured [29,30]. Within lonestar ticks Borreliae have been found but their role in the pathogenesis of masters disease remains unproven [31]. Erythema migrans does occur following lone star tick bites [28] and Erythema migrans is normally considered to be pathognomonic of Borreliosis. However it may be the case that other types of micro-organisms found in the lonestar tick can produce Erythema migrans in the absence of Borrelia and this is consistent with the present hypothesis. Using a jigsaw puzzle analogy there may be sufficient pieces in place for Erythema migrans to develop in the absence of the jigsaw piece which represents Borrelia. The suggestion that Borrelia may sometimes not be necessary for the development of a Lyme disease like illness goes beyond the current hypothesis but it is plausible. In a recent study [32] it was found that the clinical features associated with Erythema migrans in Missouri where Lone star ticks are common were quite different to patients presenting with Erythema migrans from New York State where *B. burgdorferi* is prevalent in Ixodes ticks. While different Borrelia types may explain the differences in clinical features an alternative explanation is that the differences reflect the presence of different complements of coinfection.

## Evidence for synergism between Borrelia and coinfections

Implicit in this hypothesis is the concept that in Lyme disease Borrelia acts in concert with other micro-organisms for their mutual benefit but to the detriment of the host. It should be appreciated that if this hypothesis is true it will be virtually impossible to study synergism within the human

Is Lyme disease always poly microbial? — The jigsaw hypothesis                                            863

host since by the time people become symptomatic they will invariably be multiply coinfected.

In one study in humans [19] it was found that clinical symptoms appeared to be more severe in patients who had both Borrelia and Babesia infection than in either condition alone.

Using a mouse model it has been found that coinfection with *Babesia microti* and *B. burgdorferi* results in greater severity of carditis and arthritis than by either infection alone [33].

A similar finding of increased severity of Lyme arthritis has been found in mice coinfected with *Anaplasma phagocytophilum*, the agent of HGE, and *B. burgdorferi* [34]. In another study in mice coinfected with Anaplasma and Borrelia it was shown that an increase in spirochaete numbers occurred in the presence of Anaplasma [35]. It was postulated that the ability of *A. phagocytophilum* to functionally impair neutrophils was a possible mechanism for the observed synergy [35].

Beyond modification of the host immune response there are many possible mechanisms in which synergism between tick borne pathogens may occur but such discussion is beyond the scope of this article. Borrelia is a highly complex microbe [36] and certainly has the genetic capacity for complex interactions with the host, other tick borne and possibly non tick borne microbes.

## Implications of the hypothesis

If it is true that Lyme disease is invariably due to the presence of a complex of different micro-organisms then the implications are profound. The role played by Borrelia in the condition is diminished and it may become necessary to redefine Lyme disease in terms of a tick borne disease complex rather than a condition caused by Borrelia.

The hypothesis implies that Lyme disease as a tick borne disease complex will remain an illness which is diagnosed clinically. Difficulties will arise when tick borne micro-organisms are found in a patient who exhibits features of another illness and it may be that dual diagnosis will become more common.

An interesting implication of the hypothesis is that Lyme disease may develop in stages analogous to adding pieces to a jigsaw puzzle. Latent Borreliosis from an earlier tick bite may not become symptomatic until the necessary coinfections have been introduced.

An important implication of the hypothesis relates to treatment. The hypothesis suggests that treatment may need to be tailored to patients according to the complement of coinfecting organisms. This tailoring will be difficult to achieve until methods of detection of Borrelia and its coinfections are improved. In the meantime the hypothesis suggests that it is unlikely a definitive treatment protocol for Lyme disease will be found. If synergism is occurring between pathogens the hypothesis lends support to either a monotherapy or combination therapy approach as being reasonable.

The hypothesis has implications for clinical research into Lyme disease. It will be difficult to produce matching controls of Lyme disease patients for clinical trials as it is unlikely the full complement of the infecting load will be the same for any two cases. At the scientific level the hypothesis suggests that research into Lyme disease should focus on mechanisms of microbial interaction within the host. Such an ecological approach will be difficult technically but modern molecular biological techniques have enabled this work to begin [37].

Using the jigsaw puzzle analogy it is likely that numerous pieces of the puzzle are yet to be found: It is highly likely new coinfections and host factors will be discovered in this truly complex and highly evolved disease.

## References

[1] Burgdorfer W, Barbour AG, Hayes SF, Benach JL, Grunwaldt E, Davis JP. Lyme disease — A tick-borne spirochetosis? Science 1982;216:1317—9.

[2] Steere AC, Malawista SE, Hardin JA, Ruddy S, Askenase PW, Andiman WA. Erythema chronicum migrans and Lyme arthritis, the enlarging clinical spectrum. Ann Intern Med 1977;86:685—98.

[3] CDC. Lyme disease — United States, 2001—2002. MMWR 2004;53(17)365—9.

[4] Bakken LL, Case KL, Callister SM, Bourdeau NJ, Scell RF. Performance of 45 laboratories participating in a proficiency testing program for lyme disease serology. JAMA 1992;268:891—5.

[5] Luger SW, Krause E. Serologic tests for lyme disease — interlaboratory variability. Arch Intern Med 1990;150: 761—3.

[6] Aguero-Rosenfeld ME, Wang G, Schwartz I, Wormser GP. Diagnosis of Lyme borreliosis. Clin Microbiol Rev 2005;18:484—509.

[7] Hengge UR, Tannapfel A, Erbel R, Arendt G, Ruzicka T. Lyme borreliosis. Lancet Infect Dis 2003;3:489—500.

[8] Sigal LH. Toward a more complete appreciation of the clinical spectrum of *Borrelia burgdorferi* infection: early lyme disease without Erythema migrans. Am J Med 2003;114:74—5.

[9] ILADS Working Group. ILADS guidelines for Lyme disease. Expert Rev Anti-infect Ther 2004;2(1(Suppl.)).

[10] Fallon BA, Nields JA. Lyme disease: a neuropsychiatric illness. Am J Psychiatr 1994;151:1571—83.

[11] Preacc-Mursic V, Weber K, Pfister HW, Gross B, Baumann A. Survival of *Borrelia burgdorferi* in antibiotically treated patients with Lyme borreliosis. Infection 1989;17:355—9.

[12] Oksi J, Marjamaki M, Nikoskelainen J, Viljanen MK. *Borrelia burgdorferi* detected by culture and PCR in clinical relapse of disseminated Lyme borreliosis. Ann Med 1999;31:225–32.

[13] McQuiston JH, Paddock CD, Holman RC, Childs JE. The human ehrlichioses in the United States. Emerg Infect Dis 1999;5:635–40.

[14] Krause PJ. Babesiosis. Med Clin N Am 2002;86:361–75.

[15] Eskow E, Rao RS, Mordechai E. Concurrent infection of the central nervous system by *Borrelia burgdorferi* and Bartonella henselae. Evidence for a novel tick-borne disease complex. Arch Neurol 2001;58:1357–63.

[16] Tully JG, Rose DL, Yunker CE, Cory J, Whitcome RF, Willamson D. Helical mycoplasmas (spiroplasmas) from ixodes ticks. Science 1981;212:1043–5.

[17] Raoult D, Roux V. Rickettsioses as paradigms of new or emerging infectious diseases. Clin Microbiol Rev 1997;10:694–719.

[18] Thompson C, Spielman A, Krause PJ. Co-infecting deer-associated zoonoses: Lyme disease, babesiosis and ehrlichiosis. Clin Infect Dis 2001;33:676–85.

[19] Krause PJ, Telford SR, Spielman A, Sikand V, Ryan R, Christianson D, et al. Concurrent lyme disease and babesiosis. Evidence for increased severity and duration of illness. JAMA 1996;275:1657–60.

[20] Horowitz R. International Lyme and associated diseases conference. Philadelphia, October 2005.

[21] Pruthi RK, Spielman A, Telford SR. Human babesiosis. Mayo Clin Proc 1998;70:853–62.

[22] Olano JP, Walker DH. Human ehrlichioses. Med Clin N Am 2002;86:375–91.

[23] Pfister HW, Preac-Mursic V, Wilske B, Einhauple KM, Weinberger K. Latent Lyme neuroborreliosis: presence of *Borrelia burgdorferi* in the cerebrospinal fluid without concurrent inflammatory signs. Neurology 1989;39:1118–20.

[24] Logigian EL, Kaplan RF, Steere AC. Chronic neurological manifestations of Lyme disease. N Eng J Med 1990;323:1438–44.

[25] Liegner KB, Duray P, Agricola M, Rosenkilde C, Yannuzzi LA, Ziska M, et al. Lyme disease and the clinical spectrum of antibiotic responsive chronic meningocephalomyelitides. J Spirochaetal Tick-borne Dis 1997;4:61–73.

[26] Smith RP, Schoen RT, Rahn DW, Sikand VK, Nowakowski J, Parenti DL, et al. Clinical characteristics and treatment outcome of early lyme disease in patients with microbiologically confirmed Erythema migrans. Ann Int Med 2002;136:421–8.

[27] Brorson SH. In vitro conversion of *Borrelia burgdorferi* to cystic forms in spinal fluid and transformation to mobile spirochetes by incubation in BSK-H medium. Infection 1998;26:144–50.

[28] Masters EJ, Donnell HD. Lyme and/or Lyme like disease in Missouri. Missouri Med 1995;92:346–53.

[29] Barbour AG, Maupin GO, Teltow GJ, Carter CJ, Piesman J. Identification of an uncultivable Borrelia species in the hard tick *Amblomma americanum*: possible agent of a Lyme disease-like illness. J Infect Dis 1996;173:403–9.

[30] James AM, Liveris D, Wormser GP, Schwartz I, Montecalvo MA, Johnson BJB. *Borrelia lonestari* infection after a bite by an *Amblomma americanum* tick. J Infect Dis 2001;183:1810–4.

[31] Armstrong PM, Rich SM, Smith RD, Hartl DL, Spielman A, Telford SR. A new Borrelia infecting lone star ticks. Lancet 1996;347:67–8.

[32] Wormser GP, Masters E, Nowakowski J, McKenna D, Holmgren D, Ma K, et al. Prospective clinical evaluation of patients from Missouri and New York with Erythema migrans-like skin lesions. Clin Infect Dis 2005;41:958–65.

[33] Moro MH, Zegarra-Moro OL, Bjornsson J, Hofmeister EK, Bruinsma E, Germer JJ, et al. Increased arthritis severity in mice coinfected with *Borrelia burgdorferi* and *Babesia microti*. J Infect Dis 2002;186:428–31.

[34] Thomas V, Anguita J, Barthold SW, Fikrig E. Coinfection with *Borrelia burgdorferi* and the agent of human granulocytic ehrlichiosis alters murine immune response pathogen burden and severity of Lyme arthritis. Infect Immun 2001:3359–71.

[35] Holden K, Hodzic E, Feng S, Freet KJ, Lefebvre RB, Barthold SW. Coinfection with *Anaplasma phagocytophilum* alters *Borrelia burgdorferi* population distribution in C3H/HeN mice. Infect Immun 2005:2440–3444.

[36] Fraser C, Casjens S, Huang WM, Sutton G, Clayton R, et al. Sequence analysis of the multi-element genome of *Borrelia burgdorferi*, the Lyme disease spirochete. Nature 1997;309:580–6.

[37] Rosa PA, Tilly K, Stewart PE. The burgeoning molecular genetics of the Lyme disease spirochaete. Nat Rev Microbiol 2005;3:129–43.

Available online at www.sciencedirect.com



**EXHIBIT 21**

American Lyme Disease Foundation

# ALDF

American Lyme Disease Foundation, Inc.

P.O. Box 466, Lyme, CT 06371

Research • Education • Prevention

Home

# U.S. Maps and Statistics

## Lyme Disease Risk

Please Choose a State... [ Go ]



Legend
- ☐ No Risk
- ▨ Low Risk
- ▦ Medium Risk
- ■ High Risk

## Risk Classification:

**High Risk**: High density of host-seeking nymphal *I.scapularis* ticks.

**Medium Risk**: Medium density of host-seeking nymphal *I.scapularis* ticks or where at least 2% of *I. pacificus* ticks have been shown to be infected with *B. burgdorferi*.

**Low Risk:** Areas where *I. scapularis* or *I. pacificus* ticks have been reported, but host-seeking nymphs are extremely rare (*I. scapularis*) or infection prevalence is low (*I. pacificus*).

**No Risk:** No reports of *I. scapularis* or *I. pacificus* ticks.

## Data Sources:

Diuk-Wasser, M.A., Gatewood, A.G., et al., 2006. (Click here for abstract.)

American Lyme Disease Foundation.

CDC MMWR Supplement (ref) (Click here for document)
California Department of Health Services, Vector-Borne Disease Section (Click here for document).

## Reported Cases of Lyme Disease -- United States, 2004



- 1 dot placed randomly within county of residence for each reported case.

## Source

CDC Division of Vector-Borne Infectious Diseases.

**Reported Lyme Disease Cases Per State (1997-2003)**

| State | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|
| | | | | | | | **Reported Cases** |
| Alabama | 11 | 24 | 20 | 6 | 10 | 11 | 8 |
| Alaska | 2 | 1 | 0 | 2 | 2 | 3 | 3 |
| Arizona | 4 | 1 | 3 | 2 | 3 | 4 | 4 |
| Arkansas | 27 | 8 | 7 | 7 | 4 | 3 | 0 |
| California | 154 | 135 | 139 | 96 | 95 | 97 | 86 |
| Colorado | 0 | 0 | 3 | 0 | 0 | 1 | 0 |
| Connecticut | 2297 | 3434 | 3215 | 3773 | 3597 | 4631 | 1403 |
| Delaware | 109 | 77 | 167 | 167 | 152 | 194 | 212 |
| Florida | 56 | 71 | 59 | 54 | 43 | 79 | 43 |
| Georgia | 9 | 5 | 0 | 0 | 0 | 2 | 10 |
| Hawaii | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Idaho | 4 | 7 | 3 | 4 | 5 | 4 | 3 |
| Illinois | 13 | 14 | 17 | 35 | 32 | 47 | 71 |
| Indiana | 33 | 39 | 21 | 23 | 26 | 21 | 25 |
| Iowa | 8 | 27 | 24 | 34 | 36 | 42 | 58 |
| Kansas | 4 | 13 | 16 | 17 | 2 | 7 | 4 |
| Kentucky | 20 | 27 | 19 | 13 | 23 | 25 | 17 |
| Louisiana | 13 | 15 | 9 | 8 | 8 | 5 | 7 |
| Maine | 34 | 78 | 41 | 71 | 108 | 219 | 175 |
| Maryland | 494 | 659 | 899 | 688 | 608 | 738 | 691 |
| Massachusetts | 291 | 699 | 787 | 1158 | 1164 | 1807 | 1532 |
| Michigan | 27 | 17 | 11 | 23 | 21 | 26 | 12 |
| Minnesota | 256 | 261 | 283 | 465 | 461 | 867 | 474 |
| Mississippi | 27 | 17 | 4 | 3 | 8 | 12 | 21 |
| Missouri | 28 | 12 | 72 | 47 | 37 | 41 | 70 |
| Montana | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Nebraska | 2 | 4 | 11 | 5 | 4 | 6 | 2 |
| Nevada | 2 | 6 | 2 | 4 | 4 | 2 | 3 |
| New Hampshire | 39 | 45 | 27 | 84 | 129 | 261 | 190 |
| New Jersey | 2041 | 1911 | 1719 | 2459 | 2020 | 2349 | 2887 |
| New Mexico | 1 | 4 | 1 | 0 | 1 | 1 | 1 |
| New York | 3327 | 4640 | 4402 | 4329 | 4083 | 5535 | 5399 |
| North Carolina | 34 | 63 | 74 | 47 | 41 | 137 | 156 |
| North Dakota | 0 | 0 | 1 | 2 | 0 | 1 | 0 |
| Ohio | 40 | 47 | 47 | 61 | 44 | 82 | 66 |
| Oklahoma | 45 | 13 | 8 | 1 | 0 | 0 | 0 |
| Oregon | 20 | 21 | 15 | 13 | 15 | 12 | 16 |
| Pennsylvania | 2188 | 2760 | 2781 | 2343 | 2806 | 3989 | 5730 |
| Rhode Island | 442 | 789 | 546 | 675 | 510 | 852 | 736 |
| South Carolina | 3 | 8 | 6 | 25 | 6 | 26 | 18 |
| South Dakota | 1 | 0 | 0 | 0 | 0 | 2 | 1 |
| Tennessee | 45 | 47 | 59 | 28 | 31 | 28 | 20 |
| Texas | 60 | 32 | 72 | 77 | 75 | 139 | 85 |
| Utah | 1 | 0 | 2 | 3 | 1 | 5 | 2 |
| Vermont | 8 | 11 | 26 | 40 | 18 | 37 | 43 |
| Virginia | 67 | 73 | 122 | 149 | 156 | 259 | 195 |
| Washington | 11 | 7 | 14 | 9 | 9 | 11 | 7 |
| West Virginia | 10 | 13 | 20 | 35 | 16 | 26 | 31 |
| Wisconsin | 480 | 657 | 490 | 631 | 597 | 1090 | 740 |
| Wyoming | 3 | 1 | 3 | 3 | 1 | 2 | 2 |
| **TOTAL** | 12801 | 16801 | 16273 | 17730 | 17029 | 23763 | 21273 |

**Footnote**: Centers for disease control and prevention (CDC). Morbidity and Mortality report. "Lyme Disease - United States, 2001-2002," VOL. 53/No.17, P.365-369.

**CDC Editorial Note:** During 1991-2002, the reported incidence of LD nearly doubled. Most cases continued to occur in northeastern, mid-atlantic, and north-central states, and the largest population of cases continued to be reported among persons aged 5-9 years and 50-59 years, possibly as a result of greater exposure than other groups to infected ticks, less frequent use of personal protective measures, differential use of health-care services, and/or reporting bias. For



**American Lyme Disease Foundation, Inc.**

**P.O. Box 466, Lyme, CT 06371**

Home     RiskMap

# Lyme Disease Risk in Oregon



**Legend**

☐ No Risk
▨ Low Risk
▩ Medium Risk
■ High Risk

Copyright © 2006, American Lyme Disease Foundation, Inc., All rights reserved.
Inquires | Disclaimer | Privacy Statement

**EXHIBIT 22**

Text-Only Site    State Directory    Agencies A-Z    Accessibility     SEARCH    Advanced Help

**OREGON**    Business    Education    Human Services    Natural Resources    Public Safety    Recreation    Transportation

# Acute and Communicable Disease Prevention

Departments    Divisions

## Lyme disease statistics

*Cases by County of Residence and Year of Onset*
Cases by Age Group and Year of Onset
Cases by Month and Year of Onset

**Reported Cases by County of Residence and Year of Onset,**

**Oregon, 1994-2003**

Lyme disease

|  | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Baker** | | | | | | | | | | | |
| **Benton** | | 2 | | 1 | | | | | | 2 | 5 |
| **Clackamas** | 2 | 3 | | | | 1 | | 3 | 1 | 1 | 11 |
| **Clatsop** | | | | | | | | | 1 | | 1 |
| **Columbia** | | | | 1 | | | | | 1 | | 2 |
| **Coos** | | | | | | | | 1 | | | 1 |
| **Crook** | | | | | | | | | | | |
| **Curry** | | | | | | | | | | 1 | 1 |
| **Deschutes** | | 3 | 2 | | | | | | | | 5 |
| **Douglas** | | | 3 | | | | | | 1 | 1 | 5 |
| **Gilliam** | | | | | | | | | | | |
| **Grant** | | | | | | | | | | | |
| **Harney** | | | | | 1 | | | | | | 1 |
| **Hood River** | | | 1 | | | | | | 1 | | 2 |
| **Jackson** | 3 | 5 | 2 | 5 | 4 | 2 | 2 | 1 | 1 | 1 | 26 |
| **Jefferson** | | | | | | | | | | | |
| **Josephine** | | 1 | 1 | 3 | 3 | 4 | 3 | | 4 | 1 | 20 |
| **Klamath** | | 1 | 1 | | | | 1 | 1 | | | 4 |
| **Lake** | | | | | | | | | | | |
| **Lane** | | 3 | 1 | 3 | | | 1 | | | | 8 |
| **Lincoln** | | | 1 | 2 | | | | | | | 3 |
| **Linn** | | | | 2 | 1 | 1 | | | | 1 | 5 |
| **Malheur** | | | | 1 | | | | | | | 1 |
| **Marion** | | | 2 | | | | 1 | | | 2 | 5 |

| | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Morrow | | | | | | | | | | | |
| Multnomah | | 4 | | | 3 | 3 | 4 | 2 | 1 | 5 | 22 |
| Polk | | | | | 1 | | | | | | 1 |
| Sherman | | | | | | | | | | | |
| Tillamook | | | | | | 1 | | 1 | | | 2 |
| Umatilla | | | | | | | | | | | |
| Union | 1 | | | | 1 | | | | | | 2 |
| Wallowa | | | | | | | | 1 | | | 1 |
| Wasco | | | | | | | | | | | |
| Washington | | | | 2 | 5 | | 1 | 4 | | 1 | 13 |
| Wheeler | | | 3 | | | | | | | | 3 |
| Yamhill | | | | | | | | | 1 | | 1 |
| Total | 6 | 22 | 17 | 20 | 19 | 13 | 12 | 14 | 12 | 16 | 151 |
| *Blank cells = no cases | | | | | | | | | | | |

Return to top

**EXHIBIT 23**



> Division of Vector-Borne Infectious Diseases
> **Lyme Disease**
> CDC Home | Search | Health Topics A-Z
> Lyme Disease Home | DVBID Home | Contact Us

› **Prevention**
› **Transmission**
› **Symptoms**
› **Diagnosis**
› **Treatment**
› **Statistics**
› **Resources**
› **Contacts**

**Other Tick-Borne Diseases**

**Quick Links**

Updated!IDSA Guidelines for Treatment of Lyme Disease

Tick Management Handbook (Courtesy of CT AG. Experiment Station, New Haven ✂ 72 pages, 24,038KB)

Travel Information

Lyme and Pets

Tick Removal

**Lyme Disease Statistics**

**Maps**

Reported Cases of Lyme Disease, United States, 2005

**Charts and Tables**
Lyme disease cases reported to CDC

By Year

By State

By Age and Sex

By Month

By Symptoms

**Reports**
Lyme Disease Surveillance in Morbidity Mortality Weekly Reports

Lyme disease—United States, 2001-2002.

Lyme disease--United States, 2000.

Lyme disease--United States, 1999.

Surveillance for Lyme disease--United States, 1992-1998

**Frequently Asked Questions about Lyme Disease Surveillance**

**How are cases reported to CDC?**

As with most other diseases, reporting requirements for Lyme disease are determined by state laws or regulations. In most states, Lyme disease cases are reported by licensed health care providers, diagnostic laboratories, or hospitals. States and the District of Columbia share their data with CDC, which compiles and publishes the information for the Nation.

**Are more recent numbers available?**

Cases of Lyme disease and other reportable conditions are published each week in the MMWR . However, these weekly numbers are provisional and often change when all the data become available after the end of the year. CDC publishes finalized data, such as that above, only after all states & territories have certified their reports. Finalized data for a given year are generally not available until the fall of the following year.

**What is a surveillance case definition?**

Reporting of all nationally notifiable diseases, including Lyme disease, is based on standard surveillance case definitions developed by the Council of State and Territorial Epidemiologists (CSTE) and CDC. The usefulness of public health surveillance data depends on its uniformity, simplicity, and timeliness. Surveillance case definitions establish uniform criteria for disease reporting and should not be used as the sole criteria for establishing clinical diagnoses, determining the standard of care necessary for a particular patient, setting guidelines for quality assurance, or providing standards for reimbursement. To read the national surveillance case definition for Lyme disease, click here.

☐ Top of Page

**CDC Home | Search CDC | Health Topics A-Z**

Page last reviewed April 2, 2007

Privacy Policy | Accessibility

| TABLE. Reported Lyme disease cases by state, 1993-2005 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| State | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | Incidence 2005* |
| Alabama | 4 | 6 | 12 | 9 | 11 | 24 | 20 | 6 | 10 | 11 | 8 | 6 | 3 | 0.1 |
| Alaska | 0 | 0 | 0 | 0 | 2 | 1 | 0 | 2 | 2 | 3 | 3 | 3 | 4 | 0.6 |
| Arizona | 0 | 0 | 1 | 0 | 4 | 1 | 3 | 2 | 3 | 4 | 4 | 13 | 10 | 0.2 |
| Arkansas | 8 | 15 | 11 | 27 | 27 | 8 | 7 | 7 | 4 | 3 | 0 | 0 | 0 | 0.0 |
| California | 134 | 68 | 84 | 64 | 154 | 135 | 139 | 96 | 95 | 97 | 86 | 48 | 95 | 0.3 |
| Colorado | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 1 | 0 | 0 | 0.0 |
| Connecticut | 1350 | 2030 | 1548 | 3104 | 2297 | 3434 | 3215 | 3773 | 3597 | 4631 | 1403 | 1348 | 1810 | 51.6 |
| Delaware | 143 | 106 | 56 | 173 | 109 | 77 | 167 | 167 | 152 | 194 | 212 | 339 | 646 | 76.6 |
| DC | 2 | 9 | 3 | 3 | 10 | 8 | 6 | 11 | 17 | 25 | 14 | 16 | 10 | 1.8 |
| Florida | 30 | 28 | 17 | 55 | 56 | 71 | 59 | 54 | 43 | 79 | 43 | 46 | 47 | 0.3 |
| Georgia | 44 | 127 | 14 | 1 | 9 | 5 | 0 | 0 | 0 | 2 | 10 | 12 | 6 | 0.1 |
| Hawaii | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| Idaho | 2 | 3 | 0 | 2 | 4 | 7 | 3 | 4 | 5 | 4 | 3 | 6 | 2 | 0.1 |
| Illinois | 19 | 24 | 18 | 10 | 13 | 14 | 17 | 35 | 32 | 47 | 71 | 87 | 127 | 1.0 |
| Indiana | 32 | 19 | 19 | 32 | 33 | 39 | 21 | 23 | 26 | 21 | 25 | 32 | 33 | 0.5 |
| Iowa | 8 | 17 | 16 | 19 | 8 | 27 | 24 | 34 | 36 | 42 | 58 | 49 | 89 | 3.0 |
| Kansas | 54 | 17 | 23 | 36 | 4 | 13 | 16 | 17 | 2 | 7 | 4 | 3 | 3 | 0.1 |
| Kentucky | 16 | 24 | 16 | 26 | 20 | 27 | 19 | 13 | 23 | 25 | 17 | 15 | 5 | 0.1 |
| Louisiana | 3 | 4 | 9 | 9 | 13 | 15 | 9 | 8 | 8 | 5 | 7 | 2 | 3 | 0.1 |
| Maine | 18 | 33 | 45 | 63 | 34 | 78 | 41 | 71 | 108 | 219 | 175 | 225 | 247 | 18.7 |
| Maryland | 180 | 341 | 454 | 447 | 494 | 659 | 899 | 688 | 608 | 738 | 691 | 891 | 1235 | 22.1 |
| Massachusetts | 148 | 247 | 189 | 321 | 291 | 699 | 787 | 1158 | 1164 | 1807 | 1532 | 1532 | 2336 | 36.5 |
| Michigan | 23 | 33 | 5 | 28 | 27 | 17 | 11 | 23 | 21 | 26 | 12 | 27 | 62 | 0.6 |
| Minnesota | 141 | 208 | 208 | 251 | 256 | 261 | 283 | 465 | 461 | 867 | 474 | 1023 | 917 | 17.9 |
| Mississippi | 0 | 0 | 17 | 24 | 27 | 17 | 4 | 3 | 8 | 12 | 21 | 0 | 0 | 0.0 |
| Missouri | 108 | 102 | 53 | 52 | 28 | 12 | 72 | 47 | 37 | 41 | 70 | 25 | 15 | 0.3 |
| Montana | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 |
| Nebraska | 6 | 3 | 6 | 5 | 2 | 4 | 11 | 5 | 4 | 6 | 2 | 2 | 2 | 0.1 |
| Nevada | 5 | 1 | 6 | 2 | 2 | 6 | 2 | 4 | 4 | 2 | 3 | 1 | 3 | 0.1 |
| New Hampshire | 15 | 30 | 28 | 47 | 39 | 45 | 27 | 84 | 129 | 261 | 190 | 226 | 265 | 20.2 |
| New Jersey | 786 | 1533 | 1703 | 2190 | 2041 | 1911 | 1719 | 2459 | 2020 | 2349 | 2887 | 2698 | 3363 | 38.6 |
| New Mexico | 2 | 5 | 1 | 1 | 1 | 4 | 1 | 0 | 1 | 1 | 1 | 1 | 3 | 0.2 |
| New York | 2818 | 5200 | 4438 | 5301 | 3327 | 4640 | 4402 | 4329 | 4083 | 5535 | 5399 | 5100 | 5565 | 28.9 |
| North Carolina | 86 | 77 | 84 | 66 | 34 | 63 | 74 | 47 | 41 | 137 | 156 | 122 | 49 | 0.6 |
| North Dakota | 2 | 0 | 0 | 2 | 0 | 0 | 1 | 2 | 0 | 1 | 0 | 0 | 3 | 0.5 |
| Ohio | 30 | 45 | 30 | 32 | 40 | 47 | 47 | 61 | 44 | 82 | 66 | 50 | 58 | 0.5 |
| Oklahoma | 19 | 99 | 63 | 42 | 45 | 13 | 8 | 1 | 0 | 0 | 0 | 3 | 0 | 0.0 |
| Oregon | 8 | 6 | 20 | 19 | 20 | 21 | 15 | 13 | 15 | 12 | 16 | 11 | 3 | 0.1 |
| Pennsylvania | 1085 | 1438 | 1562 | 2814 | 2188 | 2760 | 2781 | 2343 | 2806 | 3989 | 5730 | 3985 | 4287 | 34.5 |
| Rhode Island | 272 | 471 | 345 | 534 | 442 | 789 | 546 | 675 | 510 | 852 | 736 | 249 | 39 | 3.6 |
| South Carolina | 9 | 7 | 17 | 9 | 3 | 8 | 6 | 25 | 6 | 26 | 18 | 22 | 15 | 0.4 |
| South Dakota | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 1 | 1 | 2 | 0.3 |
| Tennessee | 20 | 13 | 28 | 24 | 45 | 47 | 59 | 28 | 31 | 28 | 20 | 20 | 8 | 0.1 |
| Texas | 48 | 56 | 77 | 97 | 60 | 32 | 72 | 77 | 75 | 139 | 85 | 98 | 69 | 0.3 |
| Utah | 2 | 3 | 1 | 1 | 1 | 0 | 2 | 3 | 1 | 5 | 2 | 1 | 2 | 0.1 |
| Vermont | 12 | 16 | 9 | 26 | 8 | 11 | 26 | 40 | 18 | 37 | 43 | 50 | 54 | 8.7 |
| Virginia | 95 | 131 | 55 | 57 | 67 | 73 | 122 | 149 | 156 | 259 | 195 | 216 | 274 | 3.6 |
| Washington | 9 | 4 | 10 | 18 | 11 | 7 | 14 | 9 | 9 | 11 | 7 | 14 | 13 | 0.2 |
| West Virginia | 50 | 29 | 26 | 12 | 10 | 13 | 20 | 35 | 16 | 26 | 31 | 38 | 61 | 3.4 |
| Wisconsin | 401 | 409 | 369 | 396 | 480 | 657 | 490 | 631 | 597 | 1090 | 740 | 1144 | 1459 | 26.4 |
| Wyoming | 9 | 5 | 4 | 3 | 3 | 1 | 3 | 3 | 1 | 2 | 2 | 4 | 3 | 0.6 |
| U.S. TOTAL | 8,257 | 13,043 | 11,700 | 16,455 | 12,801 | 16,801 | 16,273 | 17,730 | 17,029 | 23,763 | 21,273 | 19,804 | 23,305 | 7.9 |

* cases per 100,000 population

**EXHIBIT 24**

M.H. Ziska et al., Physician Preferences in the Diagnosis
and Treatment of Lyme Disease in the United States, INFECTION
24(2): 182-86 (1996)

ABSTRACT ENCLOSED

FULL ARTICLE AVAILABLE AT:

http://www.springerlink.com/content/j51754812078p4l7/

 

A service of the National Library of Medicine
and the National Institutes of Health

*www.pubmed.gov*

My NCBI [?]
[Sign In] [Register]
Entrez 2.0

All Databases   PubMed   Nucleotide   Protein   Genome   Structure   OMIM   PMC   Journals   Books

Search  PubMed        for                    Go   Clear

Limits   Preview/Index   History   Clipboard   Details

Display  Citation                    Show  20    Sort by    Send to

All: 1    Review: 1

About Entrez

Text Version

Entrez PubMed
Overview
Help | FAQ
Tutorials
New/Noteworthy
E-Utilities

PubMed Services
Journals Database
MeSH Database
Single Citation
Matcher
Batch Citation
Matcher
Clinical Queries
Special Queries
LinkOut
My NCBI

Related Resources
Order Documents
NLM Mobile
NLM Catalog
NLM Gateway
TOXNET
Consumer Health
Clinical Alerts
ClinicalTrials.gov
PubMed Central

☐ **1:** Infection. 1996 Mar-Apr;24(2):182-6.          Related Articles, Links

## Physician preferences in the diagnosis and treatment of Lyme disease in the United States.

**Ziska MH**, **Donta ST**, **Demarest FC**.

Lyme Disease Foundation, Hartford, Connecticut 06103-2610, USA.

To assess physician preferences in the diagnosis and treatment of Lyme disease, questionnaires were sent to physicians in various Lyme disease endemic areas in the U.S. Seventy-eight responses were analyzed. Both ELISA and Western blot were ordered by 86% of responders. Fifty percent of responders believed that 25% or more of patients who have Lyme disease were seronegative. The treatment was influenced by physician specialty. Antibiotic treatment for tick bite was prescribed by 20% of responders. Erythema migrans rash was treated by all responders without serologic confirmation. The median treatment duration of erythema migrans was 4 weeks. For post-erythema migrans Lyme disease, 43% of responders treat 3 months or more; for chronic Lyme disease, 57% of responders treat 3 months or more. Our survey documents significant differences between published recommendations and actual practices. Physician education and clinical trials are needed to clarify the reasons for these differences.

Publication Types:
- Research Support, Non-U.S. Gov't
- Review

MeSH Terms:
- Amoxicillin/therapeutic use
- Animals
- Anti-Bacterial Agents/therapeutic use*
- Bites and Stings/drug therapy*
- Blotting, Western/utilization
- Doxycycline/therapeutic use
- Enzyme-Linked Immunosorbent Assay
- Erythema Chronicum Migrans/diagnosis
- Erythema Chronicum Migrans/drug therapy
- Humans
- Lyme Disease/diagnosis*