**SAMUEL K. ANDERSON, Oregon State Bar ID Number 035060**
Internet E-mail address: sanderson@davisrothwell.com
**DAVIS ROTHWELL EARLE & XOCHIHUA P.C.**
111 Southwest Fifth Avenue, Suite 2700
Portland, Oregon 97204
Telephone: (503) 222-4422
Facsimile: (503) 222-4428

**JOSHUA BACHRACH,** *pro hac vice* **application to be submitted**
Internet E-mail address: joshua.bachrach@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKLER, LLP**
Independence Square West
The Curtis Center, Suite 1130 East
Philadelphia, PA 19106-3308
Telephone: (215) 627-6900
Facsimile: (215) 627-2665

Attorneys for Defendant John Alden Life Insurance Company dba Assurant Health

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **TALIA HINMAN** and **MELINDA HINMAN**, | No. CV-08-1070 PK |
| Plaintiff, | DEFENDANT'S RESPONSE TO PLAINTIFFS' CONCISE STATEMENT OF MATERIAL FACTS |
| v. | |
| **JOHN ALDEN LIFE INSURANCE COMPANY** d/b/a **ASSURANT HEALTH,** | |
| Defendant. | |

Defendant John Alden Life Insurance Company (hereinafter "Defendant" or "John Alden Life") hereby responds to Plaintiffs' Concise Statement of Material Facts as follows:

/////

Page 1 -   DEFENDANT'S RESPONSE TO PLAINTIFFS'
           CONCISE STATEMENT OF MATERIAL FACTS
L:\18\HINMAN\PLD\resp pls' concise statement.wpd

DAVIS ROTHWELL
EARLE & XOCHIHUA P.C.
111 SW Fifth Avenue, Suite 2700
Portland, Oregon 97204-3650
Telephone (503) 222-4422 • Facsimile (503) 222-4428

## GENERAL OBJECTION

Defendant objects to the exhibits as produced and referenced by Plaintiffs in so much as they contain only few citations to the Administrative Record. The Administrative Record was numbered and produced by Defendant to Plaintiffs so that citations from it would have continuity and ease of reference for this Court, as well as the parties. The undue burden of struggling to review an Administrative Record consisting of 3,275 pages in an attempt to locate documents referred to in Plaintiffs' motion is oppressive at best.

1.     Denied as stated. Defendant is not the Plan Administrator. Defendant is the Claim Administrator and a fiduciary of the Plan.

2.     Denied as stated. It is admitted only that at all relevant times hereto, Talia Hinman was insured as a dependent under Melinda Hinman's (Talia's mother) insurance plan, which was issued through her employer, Hinman Orchards. It is denied that Defendant is the Plan Administrator.

3-5.   Denied as stated. The information contained in these paragraphs are cited from "Patient's Clinical Presentation" at Green Oaks Medical Center, which is a writing whose terms and conditions speak for themselves. By way of further answer, the information contained therein, upon information and belief, is self-reported information by Talia Hinman and/or her parents.

6.     Denied as stated. The information contained in this paragraph is cited from "Patient's Documented Personal History" which was submitted with Ms. Hinman's Level

///

///

///

Page 2 -    DEFENDANT'S RESPONSE TO PLAINTIFFS'
            CONCISE STATEMENT OF MATERIAL FACTS
L:\18\HINMAN\PLD\resp pls' concise statement.wpd

DAVIS ROTHWELL
EARLE & XOCHIHUA P.C.
111 SW Fifth Avenue, Suite 2700
Portland, Oregon 97204-3650
Telephone (503) 222-4422 • Facsimile (503) 222-4428

One Appeal. This document is a writing whose terms and conditions speak for themselves. By way of further answer, the information contained therein, upon information and belief, is a self-reported history information by Talia Hinman and/or her parents.[1]

      7.      Denied as stated. Although having no citation to the Administrative Record, it is accepted that the document from which Plaintiffs quote are writings whose terms and conditions speak for themselves. By way of further answer, these documents also state Talia Hinman has Bilateral Iliopsoas Bursitis, migraine headaches associated with systemic viral illness and irritable bowel syndrome, among other things, contrary to plaintiffs' assertion that no diagnoses were made. (*See* Plaintiffs' Exhibit 3).

      8.      Denied as stated. The information contained in this paragraph is cited from Plaintiffs' Level Two Appeal which is a writing whose terms and conditions speak for themselves.

      9.      Denied as stated. The information contained in this paragraph is cited from Plaintiffs' Level One Appeal which is a writing whose terms and conditions speak for themselves.

      10.      Denied as stated. The information contained in this paragraph are conclusions drawn from writings whose terms and conditions speak for themselves.

      11.      Denied as stated. The information contained in this paragraph are conclusions drawn from writings whose terms and conditions speak for themselves. By way of further answer, there is no evidence-based medicine that antibiotic treatment for longer than one month has any improvement in outcome. (Declaration of Samuel K. Anderson, Ex. A, p. 91).

---

[1] For the convenience of this Court, this document is Plaintiffs' Level I Appeal of February 27, 2006 and can be found at Declaration of Samuel K. Anderson, Exhibit A, p. 61-76.

Page 3 -    DEFENDANT'S RESPONSE TO PLAINTIFFS'
             CONCISE STATEMENT OF MATERIAL FACTS
L:\18\HINMAN\PLD\resp pls' concise statement.wpd

DAVIS ROTHWELL
EARLE & XOCHIHUA P.C.
111 SW Fifth Avenue, Suite 2700
Portland, Oregon 97204-3650
Telephone (503) 222-4422 • Facsimile (503) 222-4428

12. Denied as stated. The information contained in this paragraph is cited from Plaintiffs' Level One Appeal which is a writing whose terms and conditions speak for themselves. By way of further answer, the same document cited to does not state that Ms. Hinman returned to a "normal life." Although noting improvement, it is also reported that Ms. Hinman continued to experience symptoms even after intravenous antibiotic treatment was complete. (Declaration of Samuel K. Anderson, Ex. A, p. 60).

13. Denied as stated. It is admitted that Plaintiffs filed two appeals, both of which were denied. Although the appellate decisions were based on the experimental treatment exclusion, they were also based upon sound clinical rationale as set forth by two doctors. (Declaration of Samuel K. Anderson, Ex. A, p. 90, 91, and 93).

DATED this 8th day of June, 2009.

**DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.**

By */s/ Samuel K. Anderson*
**SAMUEL K. ANDERSON, OSB # 035060**
(503) 222-4422
Attorneys for Defendant John Alden Life Insurance Company dba Assurant Health

Page 4 -   DEFENDANT'S RESPONSE TO PLAINTIFFS'
            CONCISE STATEMENT OF MATERIAL FACTS
L:\18\HINMAN\PLD\resp pls' concise statement.wpd

DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.
111 SW Fifth Avenue, Suite 2700
Portland, Oregon 97204-3650
Telephone (503) 222-4422 • Facsimile (503) 222-4428