**SAMUEL K. ANDERSON, Oregon State Bar ID Number 035060**
Internet E-mail address: sanderson@davisrothwell.com
**DAVIS ROTHWELL EARLE & XOCHIHUA P.C.**
111 Southwest Fifth Avenue, Suite 2700
Portland, Oregon 97204
Telephone: (503) 222-4422
Facsimile: (503) 222-4428

**JOSHUA BACHRACH,** *pro hac vice* **application to be submitted**
Internet E-mail address: joshua.bachrach@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKLER, LLP**
Independence Square West
The Curtis Center, Suite 1130 East
Philadelphia, PA 19106-3308
Telephone: (215) 627-6900
Facsimile: (215) 627-2665

Attorneys for Defendant John Alden Life Insurance Company dba Assurant Health

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **TALIA HINMAN** and **MELINDA HINMAN**, | No. CV-08-1070 PK |
| Plaintiffs, | **DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **JOHN ALDEN LIFE INSURANCE COMPANY** d/b/a **ASSURANT HEALTH,** | |
| Defendant. | |

///

///

///

Page 1 -   DEFENDANT'S CROSS-MOTION FOR
          SUMMARY JUDGMENT  L:\18\HINMAN\PLD\cross-motion SJ.wpd

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel hereby certifies that a good faith effort has been made to resolve the subject matter of this motion and, despite such efforts, this Court's ruling is necessary.

## MOTION

In accordance with Fed.R.Civ.P. 56 and L.R. 56.1, Defendant hereby moves this Court for summary judgment in its favor. This motion is supported by the Memorandum of Law in Support thereof, Defendant's Concise Statement of Material Facts and the Declaration of Samuel K. Anderson, Esquire and exhibit attached thereto.

DATED this 8th day of June, 2009.

**DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.**

By  */s/ Samuel K. Anderson*
**SAMUEL K. ANDERSON, OSB # 035060**
(503) 222-4422
Attorneys for Defendant John Alden Life Insurance Company dba Assurant Health

Page 2 -   DEFENDANT'S CROSS-MOTION FOR
          SUMMARY JUDGMENT   L:\18\HINMAN\PLD\cross-motion SJ.wpd

DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.
111 SW Fifth Avenue, Suite 2700
Portland, Oregon 97204-3650
Telephone (503) 222-4422 • Facsimile (503) 222-4428