**SAMUEL K. ANDERSON, Oregon State Bar ID Number 035060**
Internet E-mail address: sanderson@davisrothwell.com
**DAVIS ROTHWELL EARLE & XOCHIHUA P.C.**
111 SW Fifth Avenue, Suite 2700
Portland, Oregon 97204-3650
Telephone: (503) 222-4422
Facsimile: (503) 222-4428

**JOSHUA BACHRACH,** *pro hac vice* **application to be submitted**
Internet E-mail address: joshua.bachrach@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKLER, LLP**
Independence Square West
The Curtis Center, Suite 1130 East
Philadelphia, PA 19106-3308
Telephone: (215) 627-6900
Facsimile: (215) 627-2665

Attorneys for Defendant John Alden Life Insurance Company dba Assurant Health

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **TALIA HINMAN** and **MELINDA HINMAN**, <br><br>  Plaintiff, <br><br> v. <br><br> **JOHN ALDEN LIFE INSURANCE COMPANY** d/b/a **ASSURANT HEALTH**, <br><br>  Defendant. | No. CV-08-1070 PK <br><br> DECLARATION UNDER PENALTY OF PERJURY OF SAMUEL K. ANDERSON IN SUPPORT OF DEFENDANT'S CONCISE STATEMENT OF MATERIAL FACTS PURSUANT TO L.R. 56.1(a)(2), CROSS-MOTION FOR SUMMARY JUDGMENT, AND MEMORANDUM OF LAW IN SUPPORT OF ITS CROSS-MOTION FOR SUMMARY JUDGMENT |

Page 1 -   DECLARATION UNDER PENALTY OF PERJURY OF
          SAMUEL K. ANDERSON
          L:\18\HINMAN\PLD\Dec_SKA_MSJ.wpd

DAVIS ROTHWELL
EARLE & XOCHIHUA P.C.
111 SW Fifth Avenue, Suite 2700
Portland, Oregon 97204-3650
Telephone (503) 222-4422 • Facsimile (503) 222-4428

I, Samuel K. Anderson, declare under penalty of perjury that the foregoing is true and correct:

1. I am co-counsel for Defendant John Alden Life Insurance Company dba Assurant Health in this case.

2. This declaration is submitted in support of Defendant's Concise Statement of Material Facts Pursuant to L.R. 56.1(a)(2), Cross-Motion for Summary Judgment, and Memorandum of Law in Support of its Cross-Motion for Summary Judgment.

3. Attached as Exhibit A are true and accurate copies of documents from the Administrative Record relied upon by Defendant in support of Defendant's Concise Statement of Material Pursuant to L.R. 56.1(a)(2), Cross-Motion for Summary Judgment, and Memorandum of Law in Support of its Motion for Summary Judgment.

DATED this 8th day of June, 2009.

**DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.**

By  /s/ Samuel K. Anderson
**SAMUEL K. ANDERSON, OSB # 035060**
(503) 222-4422
Attorneys for Defendant John Alden Life Insurance Company dba Assurant Health

**Page 2 -** DECLARATION UNDER PENALTY OF PERJURY OF
SAMUEL K. ANDERSON
L:\18\HINMAN\PLD\Dec_SKA_MSJ.wpd

DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.
111 SW Fifth Avenue, Suite 2700
Portland, Oregon 97204-3650
Telephone (503) 222-4422 • Facsimile (503) 222-4428