***** FILE COPY *****



John Alden Life Insurance Company
501 West Michigan Avenue, Milwaukee, WI 53203
A Stock Company

# CERTIFICATE OF GROUP INSURANCE

We certify that You are Insured through Your Employer under the terms of the following Group Policy:

**Group Policy Number:**  G-67
**Group Policy Holder:**  JOHN ALDEN AGRICULTURAL INDUSTRIES GROUP
TRUST

Please see the Eligibility section for details on when Your insurance begins.

This Certificate outlines important features and rights of Your coverage and Our obligations. In case of conflict, the actual terms of the Group Policy on file with Our Company will control.

This Certificate replaces any prior ones that have been issued to You under any of Our Group Policies, as of this Certificate's effective date.

*A. Maybery-French*

**Secretary**

*Donald D. Hamm Jr*

**President**

EXHIBIT _A_
PAGE _1_ OF _72_

J-4000-OR (MED)

AR9

***** **FILE COPY** *****

EXHIBIT _A_
PAGE _2_ OF _93_

AR10

***** FILE COPY *****

# TABLE OF CONTENTS

BENEFIT SUMMARY

DEFINITIONS                                                          Section I

MEDICAL BENEFITS PROVISION                                          Section II
    Deductible Provisions
    Benefit Percentage and Coinsurance Amount
    Out-of-Pocket Limit
    Covered Medical Charges and Charges Not Covered
    Charges with Special Limitations

UTILIZATION REVIEW (U.R.) PROGRAM                                   Section III
    How to Obtain U.R. Certification
    U.R. Program Requirements
    Appeals

CATASTROPHIC CASE MANAGEMENT                                        Section IV

EXTENSION OF BENEFITS, CONTINUATION &                              Section V
PORTABILITY RIGHTS
    Extension of Medical Benefits
    State and Federal Continuation Rights
    Medical Portability Rights

COORDINATION OF BENEFITS                                            Section VI
    Purpose of this Provision
    Order of Benefits Determination
    Medicare as Secondary Payor

OUTPATIENT PRESCRIPTION DRUG BENEFITS                              Section VII
    Payment of Benefits
    Covered Outpatient Prescription Drug Charges
    Charges Not Covered
    Additional Provisions
    Identification Cards
    Claims Provisions
    Mail Order Pharmacy Services

ELIGIBILITY FOR COVERAGE                                            Section VIII
    Who is Eligible to Become Insured by This
    Certificate?
    How Do You and Your Dependents Become Insured?
    When is Insurance Effective?
    Newborn Children
    Adopted Children
    Deferred Effective Dates

TERMINATION PROVISIONS                                             Section IX
    Employee Insurance
    Dependent Insurance

EXHIBIT  A
PAGE  3  OF  93

AR11

***** FILE COPY *****

**GENERAL PROVISIONS**                                                    **Section X**
    Group Insurance
    Grace Period
    Contestability
    Premium Contributions
    Requests for Information
    Notice of Claim
    Claim Forms
    Proofs of Loss
    Time of Payment of Claims
    Payment of Claims
    Examinations
    Recovery Rights
    Interpretation of Certificate and Policy
    ERISA Claim Appeal Procedure
    Legal Actions
    Fraud

EXHIBIT A
PAGE 4 OF 93

AR12

\*\*\*\*\* FILE COPY \*\*\*\*\*

## BENEFIT SUMMARY

| | |
|---|---|
| **Effective Date of This Benefit Summary:** | This replaces any other Benefit Summary Previously Issued. APR 1,2005 |
| **Insured Employee:** | MELINDA HINMAN |
| **Employee's Effective Date:** | APR 1,2004 |
| **Certificate Number:** | 539153-0002-009 |
| **Dependent Coverage:** | CHILDREN ONLY TALIA M HINMAN |

| | |
|---|---|
| **Employer:** | HINMAN ORCHARDS |
| **Employer Group Number:** | 539153 |
| **Employer Effective Date:** | MAR 1,1990 |
| **Category of Employees Eligible:** | Full-Time Employees |

### SCHEDULE OF MEDICAL BENEFITS

| | |
|---|---|
| **Deductible** | |
|     Individual | $1,000 |
|     Family Limit | $3,000 |
| **Out-of-Pocket Limits - (Does not include the Deductible)** | |
|     Individual | $1,000 |
|     Family Limit | $2,000 |
| **Benefit Percentage** | 80% |
| **Maximum Lifetime Benefits Per Insured Person While Insured Under this Plan. Also Includes Specific Benefit Lifetime Maximums.** | $5,000,000 |
| **Penalties for:** | |
|     Not Meeting UR Requirements | 15% reduction in Covered Medical Charges\*, up to $1,000 per year |
|     Non-Emergency Use of the ER | 30% reduction in Covered Medical Charges\* |

\*before application of the Deductible and Benefit Percentage; the amount of the reduction will not be used to satisfy the Deductible or Out-of-Pocket limit.

CERTAIN CHARGES ARE LIMITED AS BRIEFLY DESCRIBED BELOW.  ALL COVERED MEDICAL CHARGES ARE FULLY EXPLAINED IN THE <u>COVERED MEDICAL CHARGES, CHARGES NOT COVERED</u>

EXHIBIT _A_

PAGE _5_ OF _93_

AR13

\*\*\*\*\* FILE COPY \*\*\*\*\*

AND DEFINITIONS SECTIONS OF YOUR CERTIFICATE.

Note: Year means a Calendar Year; January through December

| MEDICAL CHARGES | SCHEDULE |
|---|---|
| All Covered Medical Charges Not Specifically Listed Below | 80% after satisfaction of the Deductible |

**PROVIDER CHARGES**

| | |
|---|---|
| Physician Office Visit | 80% after satisfaction of the Deductible |
| Specialist Physician Office Visit | 80% after satisfaction of the Deductible |

**FACILITY CHARGES**

Hospital

| | |
|---|---|
| Inpatient | 80% after satisfaction of the Deductible |
| Outpatient | 80% after satisfaction of the Deductible |
| Emergency Room | 80% after satisfaction of the Deductible |
| Subacute Facility | 80% after satisfaction of the Deductible |
| Urgent Care Facility | 80% after satisfaction of the Deductible |
| Extended Care Facility 31 days per Year | 80% after satisfaction of the Deductible |
| Ambulatory Surgical Center | 80% after satisfaction of the Deductible |
| Hospice | 100% |
| Home Health Care | 80% after satisfaction of the Deductible |

**PREVENTIVE CARE**

| | |
|---|---|
| General Wellness Benefits | 80% after satisfaction of the Deductible |
| Routine Physical Examinations One exam per Year up to $250 in Covered Medical Charges | 80% after satisfaction of the Deductible |
| Well Child Care Pediatric preventive services for any insured child less than 3 years | 80% after satisfaction of the Deductible |
| Diagnostic X-ray and Lab | 80% after satisfaction of the Deductible |

EXHIBIT _A_
PAGE _6_ OF _93_

AR14

***** FILE COPY *****

**MEDICAL CHARGES**                              **SCHEDULE**

**OUTPATIENT THERAPIES**

Habilitative and Rehabilitative                  80% after satisfaction of the Deductible
Therapies, as defined in this Certificate
15 visits or $1,000 of Covered Medical Charges
per Year.

Treatment Therapies                              80% after satisfaction of the Deductible

**MENTAL ILLNESS AND CHEMICAL DEPENDENCY - COMBINED (APPLIES TO HIPAA SMALL EMPLOYERS)**

Maximum Benefit for Mental Illness and Chemical
Dependency for all care combined:
Insured adults and Dependent Children 18 and
older: $13,125

Dependent Children 17 and younger: $15,625

Mental Illness maximum benefits for Insured adults
and Dependent children 18 and older for each 24
months of coverage

*Inpatient Care: $5,000                          $0.00 per admission
                                                 80% after satisfaction of the Deductible

*Residential Care: $1,250                        80% after satisfaction of the Deductible

*Floating Benefit: $4,375

*Outpatient Care: $2,500                         $0.00 Copayment
                                                 80% after satisfaction of the Deductible

Maximum payable for all Mental Illness care
combined: $13,125

Mental Illness maximum benefits for Insured
Dependent children under age 18 for each 24 months
of coverage:

*Inpatient Care: $7,500                          $0.00 per admission
                                                 80% after satisfaction of the Deductible

*Residential Care: $3,125                        80% after satisfaction of the Deductible

*Floating Benefit: $2,500

*Outpatient Care: $2,500                         $0.00 Copayment
                                                 80% after satisfaction of the Deductible

*Maximum payable for all Mental Illness care
combined: $15,625

Chemical Dependency maximum benefits for Insured
adults and Dependent children 18 and older for each
24 months of coverage

*Inpatient Care: $5,625                          $0.00 per admission
                                                 80% after satisfaction of the Deductible

J-4000-OR (MED)                          7

EXHIBIT _A_
PAGE _7_ OF _73_                         **AR15**

***** FILE COPY *****

| MEDICAL CHARGES | SCHEDULE |
|---|---|
| *Residential Care: $4,375 | 80% after satisfaction of the Deductible |
| *Outpatient Care: $1,875 | $0.00 Copayment<br>80% after satisfaction of the Deductible |

*Maximum payable for all Chemical Dependency care combined: $8,125

Chemical Dependency maximum benefits for Insured Dependent children under 18 for each 24 months of coverage:

| | |
|---|---|
| *Inpatient Care: $5,000 | $0.00 per admission<br>80% after satisfaction of the Deductible |
| *Residential Care: $3,750 | 80% after satisfaction of the Deductible |
| *Floating Benefit: $1,875 | |
| *Outpatient Care: $2,500 | $0.00 Copayment<br>80% after satisfaction of the Deductible |

*Maximum payable for all Chemical Dependency care combined: $13,125

## PREGNANCY BENEFITS

| | |
|---|---|
| Prenatal Care | 80% after satisfaction of the Deductible |
| Delivery/Facility Charges | 80% after satisfaction of the Deductible |
| Routine Nursery and Pediatric Care | 80% - Deductible Waived |

EXHIBIT A
PAGE 8 OF 43

AR16

***** FILE COPY *****

| MEDICAL CHARGES | SCHEDULE |
|---|---|

**TRANSPORTATION**

| Local ground ambulance | 80% after satisfaction of the Deductible |
|---|---|
| Air ambulance to nearest facility when Medically Necessary in lieu of local ground ambulance. | 80% after satisfaction of the Deductible |

**SURGERIES**

Transplants

| Designated Transplant Providers | 80% after satisfaction of the Deductible |
|---|---|
| Nondesignated Transplant Providers | 80% after satisfaction of the Deductible |

All Covered Charges for transplants are subject to the Transplant benefit limitations and exclusions described in the medical Benefits section of the Certificate

**OTHER LIMITATIONS - NETWORK AND NON-NETWORK**

| Temporomandibular Joint Disorder (TMJ) | Subject to all the other provisions of this Certificate, nonsurgical treatment of Temporomandibular Joint Disorder (TMJ), excluding orthodontics - $400 is the maximum benefit payable per Year for nonsurgical treatment of TMJ. |
|---|---|
| Medically Necessary surgery for Blepharoplasty, Abdominoplasty, Mammoplasty and Brow Ptosis (Brow lift) | Subject to all the other provisions of this Certificate, Medically Necessary surgery for Blepharoplasty, Abdominoplasty, Mammoplasty and Brow Ptosis (Brow lifts) is covered up to a maximum benefit of $1,000 per lifetime for all covered services combined, unless required due to an accidental Injury or underlying illness. |
| Dental Congenital Defects, dental treatment, tooth problems or tooth loss, including orthodontics | Subject to all other provisions of this Certificate, treatment for dental Congenital Defects, dental treatment, tooth problems or tooth loss, including orthodontics, is covered up to a maximum benefit of $2,000 per lifetime for all services combined.  Benefits are limited to conditions present at birth or diagnosed before age 5. |

**OPTIONAL MEDICAL BENEFITS**

| Supplemental Accidental Injury Benefit | Subject to all limits in this Certificate, the first $1,000 of Covered Medical Charges incurred, per Year while insured, due to one or more accidental injuries which occur while insured will be paid at 100% without application of the Deductible.  The accidental injury must be as a result of and occur within 90 days after the accident.  Any Covered Medical Charges incurred in excess of this $1,000 per Year will be payable at the appropriate benefit percentage, deductible and any other limits applicable to the services received and as described in this Benefit Summary. |
|---|---|

**OUTPATIENT PRESCRIPTION DRUG BENEFITS:**

Prescription Drug Copayment (for each prescription and each refill):

| Generic Drugs | $10 |
|---|---|
| Preferred Brand Name Drugs | $20 |
| Non-Preferred Brand Name Drugs | $40 |

Mail Order Pharmacy Services:

EXHIBIT _A_
PAGE _9_ OF _93_

AR17

***** FILE COPY *****

Prescription Drug Copayment (for each prescription and each refill):

Mail Order Generic Drugs                        $20
Mail Order Preferred Brand Name Drugs           $40
Mail Order Non-Preferred Brand Name Drugs $80

OPTIONAL BENEFITS NOT SELECTED

EXHIBIT __A__
PAGE _10_ OF _93_

AR18

J-4000-OR (MED)                              10

***** FILE COPY *****



John Alden Life Insurance Company
501 West Michigan Avenue, Milwaukee, WI 53203
A Stock Company

## CERTIFICATE RIDER

ATTACHED TO THE CERTIFICATE OF GROUP INSURANCE ISSUED TO YOU FOR COVERAGE UNDER ONE OF THE JOHN ALDEN OR JALIC GROUP TRUSTS.

**EFFECTIVE DATE:**     This Rider becomes effective on the date Your Employer becomes a participating employer under one of the above Group Trusts.

This Rider changes Your Certificate (in spite of anything to the contrary stated in Your Certificate) as follows:

### REPLACEMENT OF COVERAGE PROVISIONS

The provisions of this Rider apply <u>only</u> to those persons who were covered under the Employer's Prior Plan on the date the Prior Plan was discontinued, who are also enrolled under This Plan on the date this Rider becomes effective, as stated above.  Such persons must be either: (1) eligible for insurance under This Plan; or (2) not eligible, but for whom coverage was being validly continued under the Prior Plan on its date of discontinuance.

If under the terms of This Plan no Medical benefits are payable due to a Pre-Existing Condition as defined in the Certificate, for any such person insured for such benefits (as shown on his or her Benefit Summary), the Medical benefits of This Plan will nevertheless be payable, but <u>only</u> if such benefits would have been paid under the Prior Plan had it remained in force and are not payable because of termination of the Prior Plan. The amount of any such benefits payable under this provision, however, will not exceed the lesser of:

　　1.　the benefits of This Plan; or
　　2.　the benefits which would have been paid under the Prior Plan.

With respect to those persons not eligible to be insured under the terms of This Plan but for whom coverage was being validly continued under the Prior Plan, benefits as provided by this Rider will not be provided beyond the period of time coverage for any such person would have ceased under the terms of the Prior Plan had it remained in force.

Any Covered Medical Charges used to satisfy any Deductible Amount under the Prior Plan during the calendar Year of the change of plans may also be used to satisfy the Deductible Amount under This Plan.

<u>Definitions</u>

"Prior Plan" means any previous arrangement established by the Employer for providing group Medical coverage to its employees, provided such arrangement was in effect on the day immediately prior to the Effective Date of this Rider and was replaced by coverage under This Plan.

"This Plan" means the John Alden or JALIC Group Trust plan chosen by the Employer, as evidenced by this Certificate, which replaced the Employer's Prior Plan on the day immediately after the Prior Plan's discontinuance.

EXHIBIT $\underline{A}$
PAGE $\underline{11}$ OF $\underline{93}$

AR19

***** FILE COPY *****

Your Certificate is changed only as stated in this Rider. All provisions of the Certificate not changed by this Rider still apply.

CRPal

Secretary

EXHIBIT A
PAGE 12 OF 73

J-4000-RR NL (D&R)                                      12

AR20

***** FILE COPY *****

## SECTION I:        DEFINITIONS

**Activities of Daily Living**

These include, but are not limited to:
1.  Bathing: the ability to wash yourself in a tub, shower or by a sponge bath, with or without the aid of equipment.
2.  Dressing: the ability to put on and take off all garments You usually wear, including any Medically Necessary braces or artificial limbs, and to fasten and unfasten them.
3.  Eating: the ability to consume food by any means once it has been prepared and made available to You.
4.  Toileting: the ability to get to and from the toilet, get on and off the toilet and to maintain a reasonable level of personal hygiene, all with or without the aid of equipment.
5.  Transferring: the ability to move to and from a bed, chair or wheelchair with or without the aid of mechanical or support equipment.

**Alternate Treatment Therapies**

Any therapies not specifically defined as Habilitative, Rehabilitative or Treatment Therapies, including but not limited to past life therapy, herbal therapy, accupressure, aromatherapy, massage therapy, mind/body therapies using dance, humor and sound, rolfing and zone therapy.

**Ambulatory Surgical Center**

A facility that is mainly engaged in performing outpatient surgery.  It must:
1.   be staffed by Physicians and nurses, under the supervision of a Physician;
2.   have permanent operating and recovery rooms;
3.   be staffed and equipped to give Emergency care; and
4.   have written back-up arrangements with a local Hospital for Emergency care.

We will recognize a facility as an Ambulatory Surgical Center if it carries out its stated purpose under all relevant state and local laws and if it is either:
1.  accredited for its stated purpose by either the Joint Commission or the Accreditation Association for Ambulatory Care; or
2.  approved for its stated purpose by Medicare.

We will not recognize a facility as an Ambulatory Surgical Center if it is part of a Hospital.

**Birth Center**

A freestanding facility that is mainly a place for the delivery of a child or children at the end of an uncomplicated pregnancy, that meets one or both of the following two tests:
1.   it is licensed as a Birth Center under the laws of the state where it is located; or
2.   it meets all of the following requirements:
     a.    it is operated in accordance with the laws of the state where it is located;
     b.    it is equipped to perform all of the needed routine diagnostic and laboratory tests;
     c.    it has trained staff and equipment that is able to properly treat potential Emergencies of the mother and child;
     d.    it is operated under the full-time supervision of a Physician or a Registered Nurse (R.N.);
     e.    it has at all times a written agreement with at least one Hospital in the area for the immediate acceptance of a patient in the event of a complication;
     f.    it maintains all needed medical records for each patient.

**Case Management**

John Alden Case Management is a collaborative process that is implemented for Catastrophic Illnesses and Injuries and promotes appropriate care and cost effective outcomes relating to the physical psycho-social and vocational health of individuals. It may include assessing, planning, implementing, coordinating and evaluating health related service options.

**Catastrophic Illness**

EXHIBIT _A_
PAGE _13_ OF _93_

AR21

***** FILE COPY *****

Any of the following Illnesses or Injuries:
1.  a spinal cord injury;
2.  a severe burn over 20% or more of the body;
3.  multiple trauma, including head Injury due to an accident;
4.  a premature birth;
5.  a CVA or a stroke;
6.  a Congenital Defect which severely impairs a bodily function;
7.  brain damage due to either an accident or cardiac arrest or resulting from a surgical procedure;
8.  a terminal illness with a prognosis of death within six months;
9.  Acquired Immune Deficiency Syndrome (AIDS);

or any other Illness or Injury which We determine is catastrophic in nature.

### Certification/Certified

Determination by the Utilization Review (U.R.) Office that the admission, surgery, care, treatment, orother service is Medically Necessary for the diagnosis and condition of the patient. Certification does not,however, guarantee or confirm that benefits will be provided under this Certificate. Benefits are subject toeligibility at the time charges are actually incurred and all terms, provisions, and exclusions of this Certificate.

### Chemical Dependency

The addictive relationship with any drug or alcohol characterized by either a physical or psychological relationship, or both, that interferes with the Insured Person's social, psychological or physicaladjustment to common problems on a recurring basis. "Chemical Dependency" does not include addiction to, ordependency on, tobacco, tobacco products or foods.

### Close Relative

1.  You or Your spouse;
2.  Your child, brother, sister, or parent; and/or
3.  Your spouse's child, brother, sister or parent.

### Complications of Pregnancy

1.  When pregnancy is not terminated, maternal conditions that require Hospital Confinement, whose diagnoses are distinct from pregnancy but are adversely affected by or are caused by pregnancy, suchas:
    a.  acute nephritis;
    b.  nephrosis;
    c.  cardiac decompensation;
    d.  missed abortion; and
    e.  hyperemesis gravidarum of such severity that hospitalization would be required.
2.  When pregnancy is terminated:
    a.  non-elective cesarean section;
    b.  ectopic pregnancy that is terminated; or
    c.  spontaneous termination of pregnancy that occurs during a period of gestation in which a viablebirth is not possible; "viable birth" means that the fetus has reached a stage that will permit it to liveoutside the uterus and is capable of living outside the uterus.

Complications of Pregnancy will <u>not</u> include false labor; pre-term labor; occasional spotting; Physician prescribed rest during the period of pregnancy; morning sickness; hyperemesis gravidarum other than aslisted above; scheduled, anticipated, non-Emergency, repeat Cesarean sections; and similar conditions associated with the management of a difficult pregnancy that do not constitute a nosologically distinctComplication of Pregnancy.

### Congenital Defect

An Illness, disorder, malformation or abnormality that was present from the moment of birth, or whichhas been diagnosed or treated during the growth and developmental process before five years of age.

### Cosmetic

Plastic surgery, cosmetic surgery or other treatment to preserve, improve, alter or enhance a person's

EXHIBIT $\underline{A}$

PAGE $\underline{14}$ OF $\underline{93}$    AR22

\*\*\*\*\* FILE COPY \*\*\*\*\*

appearance, whether or not for psychological or emotional reasons.

**Covered Medical Charges**

Medically Necessary charges which meet all provisions of this Certificate and the Group Policy andare, therefore, eligible for benefits under this Certificate.

**Creditable Coverage**

The following hospital, medical or surgical coverage You or Your Dependents had prior to enrollmentfor coverage under this plan, including coverage remaining in force on the Enrollment Date of this plan:

1.   a Group Health Plan;
2.   Health Insurance Coverage;
3.   Part A or Part B of Title XVIII of the Social Security Act (Medicare);
4.   Title XIX of the Social Security Act, other than coverage consisting solely of benefits underSection 1928 (Medicaid);
5.   Chapter 55 of Title 10, U.S.C. (CHAMPUS);
6.   a medical care program of the Indian Health Service or of a tribal organization;
7.   a state health benefits risk pool;
8.   a health plan offered under Chapter 89 of Title 5, U.S.C. (Federal Employee Health Benefits Program);
9.   a health plan under Section 5(e) of the Peace Corps Act (22 U.S.C. 2504 (e); or
10.  a public health plan.

**Custodial Care**

Any service or supply, either medical or non-medical, including room and board, which:
1.   is furnished mainly to help a person with a chronic medical condition meet his or herActivities of Daily Living;
2.   does not seek to cure; or
3.   can be furnished by someone who has no professional health care training or skills.

Even if an Insured Person is in a Hospital or other recognized facility, We will not pay forcare if it is custodial.

**Designated Transplant Provider** means any Physician, facility or supplier designated by John Alden Life Insurance Company to provide transplant services.

**Developmental Delay**

Mental or physical delays in childhood development due to underlying causes which are deemedsignificant by common medical standards.

**Disability/Totally Disabled**

A continuous condition resulting solely from Illness or Injury which prevents You from engaging inthe usual duties of Your own job or occupation or prevents a Dependent from engaging in normal activities ofa person of the same age and sex.  Total Disability must be certified by a Physician.

**Durable Medical Equipment**

Equipment that is:
1.   designed for and able to withstand repeated use;
2.   primarily and customarily used to serve a medical purpose;
3.   generally is not useful in the absence of an Illness or Injury; and
4.   suitable for use at home.

Durable Medical Equipment includes walkers, non-motorized wheelchairs, hospital-type beds, breathing equipment; apnea monitors; and any other durable medical equipment that would be approved as acovered item by Medicare standards.

Among other things, Durable Medical Equipment does not include air conditioners, air purifiers,humidifiers, dehumidifiers, elevators, ramps, stair glides, Emergency Alert equipment, handrails, heat appliances,

J-4000-OR (MED)                                15



EXHIBIT _A_
PAGE _15_ OF _93_          AR23

\*\*\*\*\* FILE COPY \*\*\*\*\*

improvements made to the home or place of business, waterbeds, whirlpool baths, exercise and massage equipment and adjustments made to vehicles. It also does not include equipment which can be used by multiple individuals.

**Emergency**

An medical condition that manifests itself by symptoms of sufficient severity that a prudent person possessing an average knowledge of health and medicine would reasonably expect that failure to receive immediate medical attention would place the health of the Insured Person, or a fetus in the case of a pregnant woman, in serious jeopardy.

Some examples of an Emergency are: apparent heart attack including, but not limited to, severe crushing chest pain radiating to the arms and jaw; cerebral vascular accidents; severe shortness of breath o difficulty in breathing; severe bleeding; sudden loss of consciousness; convulsions; severe or multiple injuries, including obvious fractures; severe allergic reactions; cyanosis; apparent poisoning.

**Emergency Medical Screening Exam**

The medical history, examination, ancillary tests and medical determinations required to ascertain the nature and extent of an Emergency medical condition.

**Emergency Services**

Those health care items and services furnished in an emergency department and all ancillary services routinely available in an emergency department to the extent they are required for the stabilization of the patient.

**Employer**

The employer named on the first page of the Benefit Summary.

**Enrollment Date**

The date You or Your Dependent(s) enroll for coverage under this plan or, if earlier, the first day of the Waiting Period for such enrollment. For Late Enrollees, Enrollment Date means the first date of coverage under this plan.

**Exclusion Period**

The period of time during which specific treatment or services are excluded from coverage.

**Experimental or Investigational**

A service or supply is Experimental or Investigational when We determine that it is:
1.  not of proven benefit for the particular diagnosis or treatment of a particular condition, as established by any of the reference compendia cited below; or
2.  not generally recognized by the medical community as effective or appropriate for the particular diagnosis or treatment of a particular condition; or
3.  provided or performed in special settings for research purposes or under a controlled environment or clinical protocol.

We will apply the following five criteria in determining whether services or supplies are Experimental or Investigational:
1.  Any medical device, drug, or biological product must have received final approval to be marketed by the FDA for the particular diagnosis or condition. Any other approval granted as an interim step in the FDA regulatory process, e.g., an Investigational Device Exemption or an Investigational New Drug Exemption, is not sufficient. Once FDA approval has been granted for a particular diagnosis or condition, use of the medical device, drug or biological product for another diagnosis or condition will require that one or more of the following established reference compendia recognize the usage as appropriate medical treatment:

    a.   The American Medical Association Drug Evaluations;
    b.   The American Hospital Formulary Service Drug Information; or
    c.   The United States Pharmacopeia Drug Information.



AR24

EXHIBIT _____

PAGE 16 OF 93

***** FILE COPY *****

As an alternative to such recognition in one or more of the compendia, the usage of the drug will be recognized as appropriate if it is recommended by a clinical study and recommended by a review article in a major peer-reviewed professional journal. A medical device, drug or biological product that meets the above tests will not be considered Experimental or Investigational.

In any event, any drug which the FDA has determined to be contraindicated for the specific treatment for which the drug has been prescribed will be considered Experimental or Investigational;

2.  Conclusive evidence from the published peer-reviewed medical literature must exist that the technology has a definite positive effect on health outcomes; such evidence must include well-designed investigations that have been reproduced by non-affiliated authoritative sources, with measurable results, backed up by the positive endorsements of national medical bodies or panels regarding scientific efficacy and rationale;

3.  Demonstrated evidence as reflected in the published peer-reviewed medical literature must exist that, over time, the technology leads to improvement in health outcomes, i.e., the beneficial effects outweigh any harmful effects;

4.  Proof as reflected in the published peer-reviewed medical literature must exist that the technology is at least as effective in improving health outcomes as established technology, or is usable in appropriate clinical contexts in which established technology is not employable; and

5.  Proof as reflected in the published peer-reviewed medical literature must exist that improvements in health outcomes, as defined in item 3 above, is possible in standard conditions of medical practice, outside clinical investigatory settings.

### Extended Care Facility

An institution that meets all of the following requirements:
1.  it must be operated pursuant to law;
2.  it must be approved for payment of Medicare benefits or be qualified to receive such approval if requested;
3.  it must be primarily engaged in providing, in addition to room and board accommodations, skilled nursing care under a licensed Physician's supervision;
4.  Registered or Licensed Practical Nurses must supervise 24 hours a day; and
5.  a daily record for each patient must be maintained.

This includes intermediate care facilities, skilled nursing care facilities, nursing homes and convalescent homes.

Extended Care Facility does not include any institution that is primarily a clinic; a rest home; a home for the aged; a place for treatment of alcoholism or drug addiction and chemical dependency; a place for Custodial Care; or a facility for Mental Illness.

### Functional Nervous Disorder

Any mental or nervous disorder (including neuroses, psychoneuroses, psychopathy, psychosis or other emotional disorders); affective disorders (including bipolar disorder and major depression); Tourette's disorder; panic disorder; attention deficit disorder; developmental delay or other learning disorders; conduct disorder; alcoholism; drug addiction and chemical dependency.

### Grievance

A written complaint submitted by or on behalf of an Insured Person regarding the:
1.  availability, delivery or quality of health care services, including a complaint regarding an adverse determination made pursuant to Utilization Review;
2.  claims payment, handling or reimbursement for health care services; or
3.  matters pertaining to the contractual relationship between You and Us.

### Group Health Plan

An employee welfare benefit plan (as defined in section 3(1) of the Employee Retirement Income Security Act (ERISA) to the extent the plan provides medical care to Employees or their Dependents directly through insurance, reimbursement, or otherwise.

EXHIBIT __A__
PAGE __17__ OF __93__

AR25

***** FILE COPY *****

**Habilitative**

The process of developing a function that did not previously exist, but would normally be expected to exist.

**Habilitative Therapies**

Any of the following therapies when they provide a function that did not previously exist due to Congenital Defect:
1. therapy for autism;
2. therapies for learning disability or Developmental Delay.

**Health Benefit Plan**

Any hospital expense, medical expense, or hospital or medical expense policy or certificate, health care service contractor or health maintenance organization subscriber contract, any plan provided by a multiple employer welfare arrangement or by another benefit arrangement defined in the federal Employee Retirement Income Security Act of 1974 (ERISA) as amended.

Health Benefit Plan does not include: coverage for accident only; specific disease or condition only; credit; disability income; coverage of Medicare services pursuant to contracts with the federal government; Medicare supplement insurance policies; coverage of CHAMPUS (TRICARE) services pursuant to contracts with the federal government; benefits delivered through a flexible spending arrangement established pursuant to section 125 of the Internal Revenue Code of 1986, as amended, when the benefits are provided in addition to a group health plan; long term care insurance; hospital indemnity only; short term health insurance policies (the duration of which does not exceed six months including renewals); student accident and health insurance policies; dental only; vision only; a policy of stop-loss coverage that meets the requirements of ORS 742.065; coverage issued as a supplement to liability insurance; insurance arising out of a workers' compensation or similar law; automobile medical payment insurance or insurance under which benefits are payable with or without regard to fault and that is statutorily required to be contained in any liability insurance policy or equivalent self-insurance.

**Health Insurance Coverage**

Benefits consisting of medical care (provided directly, through insurance or reimbursement, or otherwise and including items and services paid for as medical care) under any hospital or medical service policy or certificate, hospital or medical service contract, or health maintenance organization contract offered by a health insurance insurer.

**HIPAA Small Employer,** for purposes other than determining premium rates for Medical Benefits, means an employer who employed an average of at least two (2) but not more than 50 employees on business days during the preceding calendar year and who employs at least two (2) employees on the first day of the plan year. In determining the number of employees, companies which are affiliated companies which are eligible to file a combined tax return for purposes of federal taxation will be considered one (1) employer.

**Home Health Agency**

An agency licensed as a Home Health Agency or an agency operated by state or local government which provides in the home, through its employees, the following services in the home:
1. part-time or intermittent skilled nursing services provided by a Registered Nurse or Licensed Vocational Nurse;
2. part-time or intermittent home health aide services which provide supportive services in the home under the supervision of a Registered Nurse or a physical, speech or occupational therapist;
3. physical, occupational or speech therapy; and
4. medical supplies, drugs and medicines prescribed by a Physician and related pharmaceutical services and laboratory services to the extent such charges or costs would be covered under the plan if the Insured Person was confined in a Hospital.

**Home Health Care**

Home Health services by a Home Health Agency for the care and treatment of an Insured Person who is under the direct care and supervision of a Physician but only if:
1. hospitalization would otherwise be required if Home Health Care were not provided; and
2. a Home Health Care treatment plan is established, in writing, and approved by a Physician.

EXHIBIT _A_
PAGE _18_ OF _73_

AR26

\*\*\*\*\* FILE COPY \*\*\*\*\*

Hospice

An agency that provides outpatient counseling and medical services and may provide room and board to a terminally ill person and that meets all of the following tests:
1.  it has obtained any required state or governmental Certificate of Need approval;
2.  it provides service 24 hours a day, 7 days a week
3.  it is under the direct supervision of a Physician;
4.  it has a Nurse Coordinator who is a Registered Nurse (R.N.);
5.  it has a Social Service Coordinator who is licensed;
6.  it is an agency that has as its primary purpose the provision of Hospice services;
7.  it has a full-time administrator;
8.  it maintains written records of services provided to the patient; and
9.  it is licensed as a Hospice, if licensing is required by state law.

Hospital

An institution that:
1.  is licensed and operated as a Hospital under the laws of the jurisdiction where it is located;
2.  provides, as its primary functions, for pay, on an inpatient basis:
    a.  facilities for medical and surgical diagnosis and therapy;
    b.  treatment and care for the sick and injured;
3.  is under the direction of a staff of Physicians; and
4.  provides nursing services 24 hours a day, every day, supervised by Registered Nurses (R.N.).

An institution may still be considered a "Hospital" even though it lacks surgical facilities if it has a written contractual arrangement with an accredited Hospital to perform surgery.

Hospital will not include an institution primarily used as a facility for:
1.  rest;
2.  Custodial Care;
3.  nursing;
4.  care for the aged; or
5.  care for alcoholism, drug addiction (except with respect to the benefits payable for Mental Illness, alcoholism, chemical dependency or drug addiction, if such facility otherwise meets the above definition of Hospital).

Hospital Confinement

Confinement as a registered inpatient. Two or more Hospital Confinements will be deemed one period of confinement unless separated by 2 consecutive weeks or more.

Illness

A bodily disorder, a Complication of Pregnancy; or a condition that the U.S. Centers for Disease Control (CDC) has determined to be predictive of an immune disorder including all diseases and conditions relating thereto or resulting therefrom; not a Mental Illness.

Injury

Bodily damage that is caused directly and independently of all other causes by an accident, but does not include intentional self-inflicted Injury or attempted self-destruction committed while sane or insane.

With respect to more than one Illness or Injury:
1.  if an Illness or Injury is due to causes that are the same or in any way related to the causes of a prior Illness or Injury; and
2.  there has been no complete recovery from the prior Illness or Injury;

the Illness or Injury will be deemed an extension of the prior Illness or Injury, instead of a new Illness or Injury.

Insured or Insured Person

The Employee and all Dependents insured by this Certificate.

J-4000-OR (MED)                              19

EXHIBIT __A__
PAGE _9_ OF _93_

AR27

***** FILE COPY *****

### Large Employer

An employer who employed at least fifty-one (51) employees on business days during the preceding calendar year and who employs at least two (2) employees on the first day of the plan year. In determining the number of employees, companies which are affiliated companies which are eligible to file a combined tax return for purposes of federal taxation will be considered one (1) employer.

### Late Enrollee

An Employee or Dependent who enrolls in this plan subsequent to the initial enrollment period during which the individual was eligible for coverage but declined to enroll. A person will not be considered a late enrollee if the person enrolls during a Special Enrollment Period, or during an open enrollment period.

### Maintenance Care

Care that is provided solely to keep the patient's condition at the level to which it has been restored. Even if You or Your insured Dependent is in a Hospital or other recognized facility, We will not pay for care if it is primarily Maintenance Care.

### Medical Foods

Foods that are formulated to be consumed or administered enterally under the supervision of a Physician. They are specifically processed or formulated to be deficient in one or more of the nutrients present in the typical nutritional counterparts. They are for the medical and nutritional management of patients with limited capacity to metabolize ordinary foodstuffs or certain nutrients contained in normal foodstuffs, or have other specific nutrient requirements as established by medical evaluation. They are essential to optimize growth, health and metabolic homeostasis.

### Medically Necessary/Medical Necessity

A service or supply that We determine, at Our discretion, to be:
1. necessary for the symptoms and diagnosis or treatment of the Illness or Injury;
2. provided for the diagnosis, or the direct care and treatment, of the Illness or Injury;
3. in accordance with generally accepted medical practice;
4. not in excess of that level of care that is needed to provide safe, adequate and appropriate diagnosis or medical treatment;
5. not for convenience purposes (for example, the use of a brace to enable skiing or playing basketball);
6. the most appropriate level of medical care the Insured Person needs;
7. furnished within the framework of generally accepted methods of medical management currently used in the United States;
8. not Experimental or Investigational as defined in this Certificate; and
9. not for Maintenance Care as defined in this Certificate.

The fact that a Physician prescribes, orders, recommends or approves the care, the level of care or the length of time care is to be received, does not make the services Medically Necessary.

### Mental Illness

A condition which manifests symptoms for which the primary treatment is psychotherapy or psychotherapeutic methods or psychotropic medication, regardless of any underlying physical cause. A Mental Illness includes, but is not limited to, psychoses, neurotic and anxiety disorders, schizophrenic disorders, affective disorders, personality disorders, attention deficit disorders, and psychological or behavioral abnormalities associated with transient or permanent dysfunction of the brain or related neurohormonal systems.

In determining whether or not a particular condition is a Mental Illness, We may refer to the edition of the *Diagnostic and Statistical Manual of Mental Disorders* of the American Psychiatric Association that is most current at the time the Mental Illness is diagnosed. However, for purposes of this Certificate, alcoholism, drug addiction or chemical dependency is not considered Mental Illness.

**Nondesignated Transplant Provider** means any Physician, facility or supplier other than one designated by John Alden Life Insurance Company for an Insured Person to use for transplant services. A nondesignated provider may be a participating provider, as defined in this Certificate, but is not specifically authorized by John

EXHIBIT _A_
PAGE _20_ OF _93_          AR28

\*\*\*\*\* FILE COPY \*\*\*\*\*

Alden Life Insurance Company to provide transplant services.

### Nurse Midwife

A person who:
1.  is certified to practice as a Nurse Midwife;
2.  is licensed by a board of nurses as a Registered Nurse (R.N.);
3.  has completed a program for the preparation of Nurse Midwife that is approved by the state in which the person is practicing; and
4.  is practicing within the scope of the license of the state.

### Nursing Home Facility

See Extended Care Facility

Oregon Small Employer, for purposes of determining premium rates for Medical Benefits, means the employer named on the first page of Your Benefit Summary, and means a person, firm, corporation, partnership or association actively engaged in business that, on at least 50% of its working days during the preceding year, employed no more than 25 eligible employees and no fewer than 2 eligible employees, the majority of whom are employed within the state of Oregon and in which a bona fide partnership independent contractor or employer-employee relationship exists. "Small Employer" includes companies that are affiliated companies or which are eligible to file a consolidated tax return pursuant to ORS 317.715. "Small Employer" does not include small employers that purchase a health benefit plan through the Insurance Pool Governing Board.

### Partial Hospitalization

A mental health or substance abuse program operated by a Hospital which provides clinical services as an alternative or follow-up to inpatient Hospital care.

### Physician

A person who is:
1.  recognized and licensed under the laws of the state where treatment is received as qualified to treat the type of Injury or Illness for which a claim is made; and
2.  practicing within the scope of his/her license.

Physician includes, but is not limited to the following providers who meet the criteria noted above: women's health care providers (an obstetrician or gynecologist, physician assistant specializing in women's health, advanced registered nurse practitioner specialist in women's health or certified nurse midwife); optometrists; psychologists, nurse practitioners, clinical social workers, and physician assistants.

### Pre-Existing Condition

Any Illness (whether physical or mental) or Injury for which any medical advice, diagnosis, care or treatment was recommended or received during the six (6) months just before Your or Your Dependent's Enrollment Date for medical benefits under this certificate. Pregnancy and Genetic Information (in the absence of a diagnosis of a condition related to such information) are not considered pre-existing conditions.

### Prescription Medication

Drugs, biologicals and compounded prescriptions that can be dispensed only pursuant to a written prescription given by a Physician, that are listed and accepted in the United States Pharmacopeia, National Formulary, or AMA Drug Evaluations published by the American Medical Association, that are prescribed for human consumption, and that are required by law to bear the legend: "Caution - Federal Law prohibits dispensing without prescription."

### Prophylactic Surgery

Any surgery performed on an organ or tissue in which no disease process currently exists, and the surgery is being performed solely to prevent a disease process from becoming evident in the organ or tissue at a later date.

EXHIBIT __A__
PAGE __21__ OF __93__

AR29

***** FILE COPY *****

**Prosthesis/Prostheses**

Any device that replaces all or part of a missing body organ or body member.

**Reconstructive Surgery**

Surgery that is Restorative or improves bodily function to the level experienced before the eventwhich necessitated the surgery or, in the case of a Congenital Defect, to a level considered normal. Suchsurgery may have a coincidental Cosmetic effect, but the Cosmetic effect must not be the reason for thesurgery.

**Rehabilitative Therapy**

Specialized treatment for an Injury, or physical defect related to an Illness or Injury, which:
1. is an intense, comprehensive program of therapies and services provided by a multi-disciplinaryteam;
2. is designed to restore the patient's maximum function and independence;
3. is under the direction of a qualified Physician;
4. includes a formal written treatment plan with specific goals and objectives; and
5. can be provided in both an inpatient and outpatient setting.

Rehabilitative Therapies include cognitive therapy, physical therapy, occupational therapy, speech therapy, vision therapy and manipulative therapy.

**Residential Treatment Facility**

A residential or non-residential facility or program licensed, certified or otherwise authorized toprovide treatment of alcoholism, chemical dependency or Mental Illness pursuant to the law of the jurisdictionin which treatment is received.

**Scheduled**

A Hospital admission, surgery, or other care, treatment, test or service that Your Physician hasscheduled in advance by at least 24 hours.

**Skilled Nursing Care**

Services which are more intensive than Custodial Care, are provided by a Registered Nurse (R.N.) orLicensed Practical Nurse (L.P.N.), and require the technical skills and professional training of an R.N. orL.P.N.

**Skilled Nursing Facility**

**See Extended Care Facility**

**Special Enrollment Periods**

For Individuals Losing Other Coverage
You or Your eligible Dependent(s) are eligible to enroll for coverage under this plan without beingconsidered a Late Enrollee if each of the following conditions are met:
A. Your or Your eligible Dependent:
   1. were covered under a Group Health Plan or had Health Insurance Coverage at the time coverage under this plan was previously offered to You or Your eligible Dependent;
   2. You stated in writing at such time that coverage under such Group Health Plan or HealthInsurance Coverage was the reason for declining enrollment, but only if We or Your Employer required such a statement at the time of initial eligibility to enroll and You were provided with notice of that requirement (and the consequences of such a requirement) at that time;
   3. Your or Your Dependent's coverage was:
      a. under a COBRA continuation provision and the coverage under such provision was exhausted; or
      b. was not under a COBRA continuation and either:
         i) the coverage was terminated as a result of loss of eligibility for the coverage, including as a result of legal separate, divorce, death, termination of employment, or reduction in the number of hours of employment; or
         ii) employer contributions towards such coverage was terminated; and
   4. You request enrollment for Yourself or Your Dependent no later than 30 days after the date

J-4000-OR (MED)                                    22

AR30
EXHIBIT A
PAGE 22 OF 93

***** FILE COPY *****

    coverage as described above terminates; OR

B.    You or Your Dependent was covered under a group health benefit plan, including a policy issued through the Oregon Insurance Pool Governing Board, during the person's initial enrollment period and:
1.    stated during his initial enrollment period that coverage under another health benefit plan was the reason for declining enrollment;
2.    has lost coverage under another health benefit plan as a result of termination of employment, the termination of the other plan's coverage, death of a spouse, or divorce; and
3.    requests enrollment within 30 days after termination of coverage provided under another health benefit plan; OR

C.    You or Your Dependent was covered under an individual health benefit plan during his initial enrollment period, which commenced prior to October 1, 1996, and:
1.    stated during his initial enrollment period, which commenced prior to October 1, 1996, that coverage under another health benefit plan was the reason for declining enrollment;
2.    has lost coverage under another health benefit plan as a result of termination of employment, the termination of the other plan's coverage, death of a spouse, or divorce; and
3.    requests enrollment within 30 days after termination of coverage provided under another health benefit plan; OR

D.    The person is employed by an employer that offers multiple health benefit plans and the individual elects a different plan during his initial enrollment period; OR:

E.    The person is a spouse or child for whom a court has ordered coverage be provided under a covered employee's health benefit plan, and request for enrollment is made within 30 days after issuance of the court order.

F.    The person's individual coverage under Medicaid, Medicare, TRICARE, Indian Health Service or a publicly sponsored or subsidized health plan, including but not limited to the Oregon Health Plan, has been involuntarily terminated within 63 days of applying for coverage in this plan.

The coverage will become effective in accordance with the "When Is Insurance Effective?" provision in the Eligibility for Coverage section of this certificate.

<u>Dependent Special Enrollment Period</u>

If You are enrolled for coverage under this plan (or You have met any Waiting Period and are eligible to enroll but did not enroll during a previous enrollment period) and You acquire a new eligible Dependent through marriage, birth, adoption or placement for adoption, We will provide a special enrollment period during which Your new eligible Dependent (and Yourself if not currently enrolled) may enroll. In the case of the birth or adoption of a child, Your spouse may also be enrolled as Your Dependent during this special enrollment period if Your spouse is otherwise eligible to enroll.

This special enrollment period will be no less than 30 days and will begin on the later of:

1.    the date dependent coverage is made available;
2.    the date of the marriage, birth, or adoption or placement for adoption.

The coverage will become effective in accordance with the "When Is Insurance Effective?" provision in the Eligibility for Coverage section of this certificate.

**Specialist**

A person who is:
1.    recognized and licensed under the laws of the state where treatment is received as qualified to treat the type of Injury or Illness for which a claim is made; and
2.    practicing within the scope of his/her license.

A Specialist is a Physician as defined by Our network, or as classified by the American Boards of Medical Specialties as a Specialist.

**Subacute Facility**

Subacute care is comprehensive, inpatient care designed for an individual who has had an acute Illness, Injury or exacerbation of a disease process. It is rendered immediately after, or instead of, acute hospitalization, to treat one or more specific, active, complex medical conditions or to administer one or more technically complex treatments in the context of a person's underlying long-term conditions and overall situation.

EXHIBIT _A_
PAGE _23_ OF _73_    **AR31**

***** FILE COPY *****

Subacute care is given as part of a specifically defined program, regardless of the site.

Subacute care is generally more intensive than traditional nursing facility care and less intensive than acute inpatient care. It requires frequent (daily to weekly) patient assessment and review of the clinical course and treatment plan for a limited time period (several days to several months), until a condition is stabilized or predetermined treatment course is completed.

Treatment Therapies

Any of the following therapies:
1.    cardiac rehabilitation;
2.    respiratory therapy;
3.    pulmonary rehabilitation.

Urgent Care Facility

A health care facility that is physically, organizationally and financially separate from a Hospital. The primary purpose is to provide immediate, short-term medical care without an appointment for minor conditions but where immediate medical care is necessary.

Usual, Customary and Reasonable

"Usual" means the charge billed by the provider, but not more than the charge the provider would make for the same treatment, service or supply in the absence of the coverage provided under this Certificate.

"Customary" means the amount, as determined by Us, which is representative of charges for the treatment, service or supply in the geographic cost area where it is received, as determined by the nationally recognized medical database in use by Us for the treatment, service or supply at the time the charge is incurred. A charge may be considered to exceed the Customary charge if the majority of all charges as reported to Us for the treatment, service or supply in the same or comparable geographic area are lower in amount.

"Reasonable" means the charge is justified, considering the nature, severity and complexity of the same or similar treatments, services or supplies.

Utilization Review (U.R.)

A pre-admission Certification, continuous stay review, outpatient treatment review (as required) and second surgical opinion program in which insureds must participate to receive the maximum benefit under the plan.

Waiting Period

The period of time that must pass before You and Your Dependents are eligible to be covered for benefits under the terms of this plan.

We, Us, and Our

John Alden Life Insurance Company.

Year

A calendar year (January 1 through December 31).

You and Your

You, the Insured Employee to whom this Certificate was issued.

EXHIBIT A
PAGE 24 OF 73

AR32

***** FILE COPY *****

## SECTION II:    MEDICAL BENEFITS PROVISIONS

### Deductible

In any one Year, the Deductible is the amount of Covered Medical Charges that You must pay separately for each Insured Person before We will begin to pay Our share of Covered Medical Charges. The Deductible must be satisfied each Year before We will begin to pay Our share of Covered Medical Charges for that Year. The Individual Deductible is shown on Your Benefit Summary.

### Family Deductible Limit

Any amount You pay toward satisfaction of the Deductible for You and Your Dependents, if any, will accrue toward satisfaction of the Family Deductible Limit stated on Your Benefit Summary.  As soon as this limit has been met, We will waive any further Deductible requirements for You and Your Dependents for the remainder of that Year.

### Benefit Percentage and Coinsurance Amount

The Benefit Percentage is the amount We will pay toward Covered Medical Charges.   The Coinsurance Amount   is the amount You must pay toward Covered Medical Charges after satisfaction of the Deductible. The Benefit Percentages are shown on the Benefit Summary.  Your Coinsurance Amount  can be determined by subtracting the Benefit Percentage from 100%.  If the Benefit Percentage is 100%, there is no Coinsurance Amount.

### Out-of-Pocket Limit

The Out-of-Pocket Limit is the total dollar amount of Covered Medical Charges that You must pay each Year, for each Insured Person before We will pay 100% for an Insured Person's Covered Medical Charges for the rest of that Year.  The Out-of-Pocket Limit for You and Your family is shown on Your Benefit Summary.

The Out-of-Pocket Limit does not include:
1.   Charges credited toward Your Deductible;
2.   The Coinsurance Amount for outpatient treatment of Mental Illness, alcoholism, chemical dependency and drug addiction;
3.   Penalties for non-compliance with plan requirements or inappropriate use of the Emergency Room;
4.   Any other Coinsurance Amounts for Covered Medical Charges which specifically state the amounts do not apply toward the Out-of-Pocket Limit.

### Termination of Coverage

All benefits cease upon termination of coverage, as described in the Termination section of this Certificate. You are required to turn in Your I.D. Card(s) to Your Employer or to Us at the time coverage ends.

### Payment of Benefits

We will pay medical benefits each Year in connection with Covered Medical Charges incurred while insured, as stated in the Schedule of Medical Benefits in Your Benefit Summary, subject to all applicable provisions in this Certificate.

### Maximum Lifetime Benefits Per Insured

The maximum amount of Medical Benefits payable during the entire time insured is as stated in the Schedule of Medical Benefits in Your Benefit Summary.  This limit applies to You and each of Your insured Dependents, separately, while insured under this plan, even if coverage is interrupted.  It also includes any specific benefit lifetime maximum amounts.

### Workers' Compensation

The medical benefits of this plan are not in lieu of and do not affect any requirement for Workers' Compensation insurance.

EXHIBIT _A_
PAGE _22_ OF _93_

AR33

***** FILE COPY *****

## COVERED MEDICAL CHARGES and CHARGES NOT COVERED

PLEASE NOTE: The categories provided are for descriptive purposes only and do not imply benefits not otherwise described in detail in this entire section.  Please read this and all other sections thoroughly.  Your benefits may be affected if You do not comply with all the applicable provisions of this Certificate.

I.    PROVIDER AND FACILITY CHARGES

We will cover charges:
1.    Made by a Physician for rendered medical care, treatment or surgery.
2.    For the following, which will be paid in accordance with HCFA Guidelines as published in the Federal Register:
    a.    co-surgeons; i.e., 2 surgeons, usually in 2 different specialities;
    b.    multiple surgeries performed during the same operative session; and
    c.    assistants at surgery.
3.    Made by a Hospital for room and board and routine nursing services, but not exceeding the Hospital's most common semi-private room rate.  If the Hospital does not have semi-private rooms, the maximum Covered Medical Charge for room and board will be 90% of such Hospital's lowest private room rate.
4.    Made by a Hospital for:
    a.    an Intensive Care Unit in excess of the amount stated above; and
    b.    all other Hospital services, but not for personal or non-medical items.
5.    Made by a Subacute Facility for room and board and routine nursing services.
6.    Made by an Urgent Care Facility for short-term medical care, services or supplies.
7.    Made by an Extended Care Facility for room and board and all other medical and surgical services and supplies requiring skilled nursing services, but only if confined as a registered bed patient, and not to exceed the limits stated in the Charges Not Covered section below.
8.    Made by a licensed and registered Ambulatory Surgical Center for surgical treatment, services or supplies.
9.    Made by a Hospice for
    a.    room and board and other necessary services and supplies furnished while confined in a Hospice;
    b.    part-time nursing care by or under the supervision of a Registered Nurse (R.N.);
    c.    Home Health aide services and nutrition services;
    d.    counseling services by a licensed social worker or licensed pastoral counselor; and bereavement counseling by a licensed social worker or licensed pastoral counselor for the patient's family members who are also insured under this plan, up to 15 visits or 6 months from the patient's date of death, whichever comes first.
10.    Made by a Home Health Agency for Home Health Care services in connection with a Home Health Care plan of treatment approved by Us, but not to exceed the Usual, Customary and Reasonable amount for such service.

We will not cover charges:
1.    For any care, treatment or service given or ordered by a Close Relative or someone who is a member of Your household.
2.    By any provider of care who is not properly licensed and/or who renders care or services not approved as required.
3.    For private duty professional skilled nursing services.
4.    For telephone consultations.
5.    Made by a Hospital for personal or non-medical items, such as telephone, television, etc.
6.    Made by an Extended Care Facility which are in excess of:
    a.    50% of the most common semi-private room rate of the Hospital in which confined just prior to the Extended Care Facility confinement; and/or
    b.    31 days of Extended Care Facility confinement in any Year.
7.    For any Home Health Care services or supplies:
    a.    not included in the Home Health Care treatment plan;
    b.    provided for persons in the household other than the patient; or
    c.    provided by a person who normally resides in the patient's home or is a member of the patient's household.
8.    Made by a Hospice for bereavement counseling in excess of 15 visits or beyond 6 months from the patient's date of death for services provided for the patient's family members who are also insured under this plan.

EXHIBIT AR34 A
PAGE 26 OF 93

***** FILE COPY *****

## II.    PREVENTIVE CARE

We will cover charges:
1.    For general wellness services, care or treatment which include mammograms, pap smears, prostate examinations, occult blood tests and immunizations when either Medically Necessary or for preventive purposes, when performed by or at the direction of a Physician.
2.    For a routine physical examination (other than for well-child care) for preventive purposes when performed by or at the direction of a Physician, and including the office visits, related X-rays and laboratory services, up to the benefit limit shown in Your Benefit Summary.
3.    For well-child care (pediatric preventive services for any insured child less than 3 years of age). Such services are limited to out-patient office visits, routine physicals, immunizations and routine lab work.

We will not cover charges for any other routine "check-up" examinations, vision, hearing and diagnostic testing not involving the treatment of an Illness or Injury.

## III.   OUTPATIENT THERAPIES

We will cover charges for Habilitative, Rehabilitative and Treatment Therapies rendered by a licensed Physician or by a licensed therapist, subject to the benefit limits shown in Your Benefit Summary.

We will not cover charges:
1.    For any Alternate Treatment Therapies (or related services and supplies) that are not defined in this Certificate as Habilitative, Rehabilitative and Treatment Therapies.
2.    For Maintenance Care, as defined in this Certificate.
3.    For educational training therapy, services, supplies (including videos) and schools.

## IV.   MENTAL ILLNESS & CHEMICAL DEPENDENCY

We will cover charges:
Incurred for the treatment of Mental Illness and Chemical Dependency in a covered Facility or Program up to the benefit limits shown in Your Benefit Summary.

"Facility" means a corporate or governmental entity or other provider of services for the treatment of Chemical Dependency or for the treatment of Mental Illness.

"Program" means a particular type or level of service that is organizationally distinct within a facility. "Program" will include:
1.    programs or providers described in ORS 430.010, or approved by the office of Alcohol and Drug Abuse Programs, or approved by the Mental Health and Developmental Disability Services Division;
2.    programs accredited by the Joint Commission on Accreditation of Hospitals or by the Commission on Accreditation of Rehabilitation Facilities for the particular level of care and treatment for the Covered Medical Charges incurred;
3.    inpatient programs provided by health care facilities as defined in ORS 442.015 (16);
4.    approved or accredited residential programs or facilities, if the patient is staying overnight at the facility and is involved in a structured program at least 8 hours per day, 5 days per week; and
5.    programs in which staff are directly supervised or in which individual client treatment plans are approved by a person described in ORS 430.010(4)(d), and which meet the standards set by the office of Alcohol and Drug Abuse Programs or the Mental Health and Developmental Disability Services Division.

Please note:

The "Floating Benefit" is a discretionary amount that may be applied to either Inpatient or Residential treatment settings. In this case, Floating Benefits will be applied based on the patient's need.

Discrete medical or neurological diagnostic or treatment services, including any professional component of that service, costing in excess of $300, occurring concurrently with but not directly related to treatment of mental or nervous conditions, shall not be charged against the Mental Illness or Chemical Dependency inpatient benefit level.

We will not cover charges:

EXHIBIT  A
PAGE 21 OF 93

J-4000-OR (MED)                                    27

AR35

***** FILE COPY *****

1.  for the treatment of nicotine addiction, smoking cessation programs or other addiction treatments not otherwise covered under this certificate.
2.  educational programs to which drivers are referred by the judicial system nor for volunteer support groups.

## V.  PREGNANCY AND FERTILITY BENEFITS

We will cover charges:
1.  Listed under the Certificate Definition of Complications of Pregnancy.
2.  For vasectomy and tubal ligation.
3.  Made by a Hospital and Physician for the newborn child's routine nursery and pediatric care during the post-partum confinement. Thereafter, the newborn child must be enrolled as a Dependent under this plan as outlined in the "Eligibility" section of this Certificate.
4.  For services related to pregnancy and delivery. Covered Charges for Pregnancy will include inpatient hospital expenses in connection with childbirth for the mother and newborn child for no less than 48 hours following a vaginal delivery and 96 hours following a cesarean section delivery, unless the attending physician, in consultation with the mother, discharges the mother and/or newborn child earlier.
5.  Made by a Nurse Midwife for services provided in connection with a covered pregnancy and delivery of an uncomplicated birth only.
6.  Made by a Birth Center for care and treatment of a covered pregnancy for:
    a.  room and board and other necessary services and supplies; and
    b.  anesthetics and its administration.

We will not cover charges:
1.  For any birth control methods other than vasectomy and tubal ligation.
2.  For artificial insemination, in vitro or in vivo fertilization, or related services or procedures for the purpose or preparation of impregnation, including, but not limited to ultrasounds and lab work.
3.  For any procedure conducted for the purpose of reversing sterilization.
4.  For voluntary termination of pregnancy or selective reduction, unless the mother's physical health is in immediate jeopardy.

## VI.  MEDICAL EQUIPMENT, SUPPLIES AND PROSTHESES

We will cover charges:
1.  For the rental, up to but not to exceed the purchase price, of Durable Medical Equipment that would be approved as a covered item by Medicare standards for the patient's personal and exclusive use.  At Our option, We may authorize the purchase of equipment in lieu of its rental if the rental price is projected to exceed the purchase price of the equipment.  The provider must be one We authorize before the purchase is made.  Benefits will be paid over a 12-month period unless, at Our option, We agree to a lump sum payment.
2.  For the first temporary fitting and first permanent purchase of artificial limbs, larynx, eyes or other Prostheses, but only if required for replacement of natural parts of the body lost while insured.
3.  For the replacement of Prostheses that have been outgrown due to normal skeletal growth and/or wear and tear, but only after the insured has had the Prostheses for at least 5 years, has been continuously covered under this plan for at least 5 years, and only on a 5 year replacement basis thereafter.
4.  For the following medical and surgical services and supplies:
    a.  anesthesia and its administration;
    b.  diagnostic X-ray and laboratory examinations;
    c.  radiation therapy;
    d.  oxygen and other gases and their administration;
    e.  transfusion of any blood product including the preoperative harvest and storage of blood for up to 2 months prior to surgery; and
    f.  casts, splints, trusses, orthopedic braces and crutches.
5.  For radiologic or radioisotopic procedures performed on a Qualified Individual for the purpose of measuring bone mass or detecting bone loss.
    "Qualified Individual" means a person with a condition for which bone mass measurement is determined to be Medically Necessary by the Insured Person's attending Physician.

We will not cover charges:
1.  For the purchase or rental of air conditioners, air purifiers, motorized transportation equipment, escalators or elevators, swimming pools, waterbeds, exercise equipment or other similar items or



EXHIBIT A
PAGE 28 OF 73

AR36

***** FILE COPY *****

equipment that can be purchased without a prescription and can be used by multiple individuals.
2.  For any of the following:
    a.  equipment maintenance;
    b.  repair or replacement of damaged equipment;
    c.  duplicate equipment rentals and purchases;
    d.  motorized wheelchairs that would not be allowed by Medicare; or
    e.  replacement of equipment that has been outgrown due to other than normal skeletal growth.
3.  For services and supplies in connection with Custodial Care.

## VII.  TRANSPORTATION

We will cover charges:
1.  For local, professional ambulance service.
2.  For air transportation to the nearest available Hospital equipped to treat the condition, when Medically Necessary in lieu of local ambulance service, up to the limit stated on Your Benefit Summary.

We will not cover charges for transportation by private vehicle or travel time or lodging.

## VIII.  COSMETIC TREATMENT OR SURGERY/DENTAL AND VISION RELATED BENEFITS

We will cover charges:
1.  For Cosmetic treatment or surgery for the following only:
    a.  correction of damage caused by accidental Injury sustained while insured under this plan, if such treatment or surgery is also performed while so insured; or
    b.  in connection with Congenital Defects present at birth, but only if the Insured Person was covered under this plan at birth or if the condition was diagnosed and documented prior to age 5.
2.  For Reconstructive Surgery and related expenses when required as a result of a Congenital Defect, accidental Injury, disease process or disease treatment.  The situation requiring the surgery must have occurred on or after Your original effective date of coverage, and continuous coverage must be maintained from the date of birth, accident or disease treatment.  NOTE: This criteria applies regardless of any Pre-Existing Condition limitation or waiver thereof.
3.  Medically Necessary surgery in connection with abdominoplasty, blepharoplasty, brow ptosis (brow lifts) and mammoplasty, up to the benefit limit shown in Your Benefit Summary when unrelated to treatment or repair due to an Illness or Injury.
4.  For services in connection with the non-surgical treatment of temporomandibular joint disorder (excluding braces or orthodontics) up to the benefit limit shown in Your Benefit Summary.  Surgical treatment will be covered the same as any Illness.
5.  For dental treatment, services or supplies (including orthodontics or braces) or surgery, but only if:
    a.  in connection with tooth problems or loss as a result of a Congenital Defect, up to the benefit limit shown in Your Benefit Summary;
    b.  required for repair or replacement of sound natural teeth damaged by an accidental Injury sustained while insured under this plan and performed while so insured and within 12 months following such Injury;
    c.  required for repair or replacement of sound natural teeth damaged during a course of treatment related to a disease process which occurs and is treated while so insured; or
    d.  for treatment of complete and partial bony impacted wisdom teeth and extraction of supernumerary teeth.
6.  For anesthesia, hospital and Physician expenses associated with any inpatient/outpatient dental procedure when performed on an insured Dependent child eight (8) years or younger.
7.  For eye refractions or examinations in connection with corrective lenses or hearing aids, but only when necessary because of Accidental Injury to a natural eye or ear, sustained while insured under such plan, and if such eye refraction or examination is also performed while so insured and within 12 months of the Injury.
8.  For maxillofacial prosthetic services considered necessary for adjunctive treatment.  Covered Charges include restoration and management of health and facial structures that cannot be replaced with living tissue and that are defective because of disease, trauma or birth and developmental deformities when such restoration and management are performed for the purpose of: a) controlling or eliminating infection; b) controlling or eliminating pain; or c) restoring facial configuration or functions such as speech, swallowing or chewing but does not include cosmetic procedures rendered to improve on the normal range of conditions.

EXHIBIT  A
PAGE 29 OF 73

AR37

***** FILE COPY *****

We will not cover charges:
1. For Cosmetic treatment or surgery, or any complication therefrom, that is not due to any othe reasons listed in the Covered Charges above.
2. For any services related to the management or treatment of any overweight or obesity conditions.
3. For treatment of varicose veins by injection.
4. For any Prophylactic Surgeries, as defined.
5. For Reconstructive Surgery and related expenses that are not due to any of the reasons listedn the Covered Charges above.
6. For any medical or Hospital care in connection with any dental treatment not otherwise listedabove as covered, when:
   a. Dental Benefits are not included on Your Benefit Summary; or
   b. such care is not in connection with a Congenital Defect; or
   c. such care is not directly related to an accidental Injury sustained while insured under this plan, performed while so insured and within 12 months following such Injury.
7. For eye refractions or examinations in connection with corrective lenses or hearing aids except as stated in the Covered Charges listed above.
8. For the purchase of corrective lenses or hearing aids.
9. For radial keratotomy or any other procedure performed to correct myopia or hyperopia.

IX. GENERAL MEDICAL CHARGES

We will cover charges:
1. For the care of a newborn child, but only if the child is enrolled under this plan asspecified in the Eligibility section of this Certificate; and only for treatment of Injury or Illness; or medically diagnosed prematurity and Congenital Defects, unless Pregnancy Benefits are included in this Certificate. If so, see Pregnancy and Fertility Benefits for additional provisions concerning Your newborn child.
2. For special dietary formulas available for therapeutic treatments under the supervision of a Physician, including, but not limited to, phenylketonuria (PKU) and enternal formulas Medically Necessary for the treatment of severe intestinal malabsorption, where the formula is the sole (or essential) source of nutrition.
3. For the treatment of inborn errors of metabolism that involve amino acid, carbohydrate and fat metabolism and for which medically standard methods of diagnosis, treatment and monitoring exist. Coverage must include expenses of diagnosing, monitoring and controlling the disorders by nutritional and medical assessment, including but not limited to clinical visits, biochemical analysis and Medical Foods used in the treatment of such disorders.
4. Self-injectables and certain other drugs specifically authorized by Us and obtained only through a prescription.
5. For human organ transplants, including Physician and Facility charges.

We will not cover charges:
1. For any services, treatments or supplies that are:
   a. not Medically Necessary for the treatment of an Injury or Illness which is being treated; or
   b. not recommended by a Physician.
2. For any and all services, treatments or supplies related to, or in association with, a courseof treatment that is Experimental or Investigational, as defined in this Certificate. We will also not cover any complications which result from an Experimental or Investigational course of treatment.
3. In excess of such charges as would be made in the absence of this insurance.
4. In excess of the Usual, Customary and Reasonable amount for services, treatments or supplies.
5. Incurred on or after the date insurance stops, as provided in the "Termination" section of this Certificate, except to the extent allowed in the "Extension of Benefits" section.
6. For any treatment that results from Injury or Illness that arises out of, or as a result ofany work for wage or profit, except that this exclusion does not apply to:
   a. the sole proprietor, if the Employer is a proprietorship;
   b. a partner of the Employer, if the Employer is a partnership;
   c. an executive officer of the Employer, if the Employer is a corporation;
   and then only if he or she is not required to have coverage under any Workers' Compensation Act or similar law and does not have such coverage.
7. For any services, treatments or supplies furnished in connection with a Pre-Existing Condition.
8. Due to intentional, self-inflicted Injury or attempted self-destruction, committed while sane or insane.
9. For treatment of any Illness or Injury due to war or any act of war, declared or undeclared.
10. As a result of voluntary participation in an assault, felony, insurrection or riot.

EXHIBIT 4
PAGE 30 OF 93          AR38

***** FILE COPY *****

11. For prescription drugs or medications, except as provided above or in the Outpatient Prescription Drug Benefits section of this Certificate.
12. For dietary and non-prescription supplements, except as stated in the Covered Charges section.
13. For complications of an excluded or not covered service;
14. For treatment, restoration or promotion of sexual function.
15. For charges related to a condition for which coverage is available under a prior plan's extension of benefits provision.

## X. Transplant Benefits

We will cover charges for any organ, tissue or cellular transplants reviewed and approved by John Alden Life Insurance Utilization Review or Case Management department prior to transplantation evaluation, testing, or donor search.

When a covered organ transplant is performed by a Nondesignated Transplant Provider, a lifetime maximum transplant benefit of $100,000 will be applied. The maximum amount for potential donor and actual donor expenses is $10,000 for each transplant and is applied to this lifetime maximum transplant benefit. Included in the Nondesignated Transplant Provider lifetime maximum transplant benefit are covered charges beginning on the date the covered organ transplant is performed, through follow-up care for 12 months post transplantation, including any and all outpatient and inpatient care, facility fees, professional fees and donor expense.

When a covered organ transplant is performed by a Designated Transplant Provider, Covered Medical Charges will be subject to the Medical Benefits Maximum Lifetime Benefit as shown on the Benefit Summary. The maximum amount for potential donor and actual donor expenses is $10,000 for each transplant and is applied to the Medical Benefits Maximum Lifetime Benefit.

Transplant related claims for all covered organ transplants, combined transplants, and sequential transplants performed by either a Designated Transplant Provider or a Nondesignated Transplant Provider will apply towards the Medical Benefits Maximum Lifetime Benefit.

Covered charges include the following solid organ transplants and marrow reconstitution or support:
Solid Organ Transplants
* Heart
* Lung
* Combined Heart/Lung
* Combined Kidney/pancreas
* Liver (Candidates for liver transplantation must have abstained from alcohol for one year immediately prior to transplantation.)
* Kidney
* Cornea

Marrow Reconstitution or Support (often called Bone Marrow Transplant or Stem Cell Transplant) is a transplantation procedure in which human blood precursor cells are administered to a patient following myelosuppressive or ablative therapy. Such cells may be derived from bone marrow or circulating blood, obtained from the patient in autologous harvest, or from a matched donor for an allogenic transplant. The marrow reconstitution and support procedure includes all chemotherapy, the harvesting, and reinfusion of the marrow or blood precursor cells.

We will not cover charges:
1. For multiple organ, tissue and cellular transplants during one operative session, except for a heart/lung, double lung or simultaneous kidney/pancreas transplant;
2. For any non-human (including animal or mechanical) organ transplant;
3. For transplants approved for a specific medical condition, but applied to another condition;
4. For the purchase of an organ or tissue; or
5. For any charge in excess of the maximums described above.

Charges with Special Limitations

Pre-Existing Limitation

Covered Medical Charges do not include any charges incurred in connection with a Pre-Existing Condition for which medical advice, diagnosis, care or treatment was recommended or received during the six month period

EXHIBIT A
PAGE 31 OF 93

AR39