***** FILE COPY *****

immediately before the Enrollment Date, except those charges incurred 6 months after Your or Your Dependent's Effective date of Coverage; or

1.  If You are employed by a HIPAA Small Employer, 10 months following the start the any required Waiting Period; or
2.  If You are employed by a Large Employer, 10 months following the start the any required Waiting Period.

In the case of a Late Enrollee, the provision applies to all charges except those charges incurred 12 months after the Effective Date.

The Pre-Existing Condition Limitation will also apply to:
1.  any Dependent(s) added after the effective date of Your Certificate (unless such limitation is otherwise waived in Your Certificate); and
2.  any optional coverages added after the effective date of Your Certificate or Your Dependent's (s') coverage.

The Pre-Existing Condition Limitation does not apply to:
1.  pregnancy, including Complications of Pregnancy;
2.  genetic information in the absence of a diagnosis of the condition related to such genetic information;
3.  a newborn Dependent child who, as of the last day of the 30-day period beginning on the date of birth, is covered under Creditable Coverage;
4.  an adopted Dependent child under the age of 18 who, as of the last day of the 30-day period beginning on the date of adoption or placement for adoption, is covered under Creditable Coverage. This does not apply to coverage the adopted child may have had before such adoption or placement for adoption.

Items 3 and 4 immediately above will not apply to any individual after the end of the first 63-day period during all of which the individual was not covered under any Creditable Coverage.

### Credit for Previous Coverage

If You or Your eligible Dependent(s) were covered under Creditable Coverage prior to the Enrollment Date under this plan, We will credit the aggregate time You or Your eligible Dependent was covered under Creditable Coverage in determining whether the Pre-Existing Condition Limitation or Exclusion Period applies.

A period of Creditable Coverage will not be counted if, after such period and before the Enrollment Date under this plan, there was a 63-day period during all of which You or Your eligible Dependent(s) were not covered under any Creditable Coverage. A Waiting Period will not be taken into account in determining aggregate Creditable Coverage.

EXHIBIT _A_
PAGE _32_ OF _93_        AR40

***** FILE COPY *****

## SECTION III:    UTILIZATION REVIEW (U.R.) PROGRAM

This plan contains Utilization Review (U.R.) Requirements. <u>Please read these provisions carefully.</u> Your Medical Benefits will be affected if You do not fulfill the U.R. Requirements when You utilize a Non-Network Provider. When services are rendered by a Network Provider, the Network Provider is responsible for fulfilling any applicable U.R. Requirements provided You show Your I.D. Card before receiving services.    In the event the Network Provider neglects to satisfy the required U.R. Requirements, You will not be responsible for paying any penalties, subject to all other provisions of this Certificate. Remember to show your I.D. Card prior to receiving service by either a Network or Non-Network Provider.

When the U.R. Program is properly followed and the applicable medical care is Certified by the U.R Program, the charges subject to the U.R. Program as described in this section will be processed as stated in the Benefit Summary, subject to the "Covered Medical Charges", "Charges Not Covered" and all other provisions in the Medical Benefits section of Your Certificate and this section.

<u>Note that Certification of Medical Necessity through the U.R. Program does not guarantee payment of benefits.</u>

If You do <u>not</u> properly follow the U.R. Program, and if the required Certifications are not obtained, benefits for Covered Medical Charges will be reduced as described in Your Benefit Summary. The amount of reduction will not be used to satisfy any Deductible or Out-of-Pocket limit of this Certificate. The balance of any remaining Covered Medical Charges after the reduction will be processed subject to any applicable Deductibles, Benefit Percentages, and all other provisions and limitations of this Certificate.

U.R. Program means the utilization review program administered by Us or by the utilization review management service We designate (referred to as the U.R. Office). The program provides:

1.  Pre-treatment Review.  Review is performed for all pregnancies, all Scheduled Hospital Confinements all Scheduled inpatient surgeries and outpatient surgeries; the rental or purchase of any Durable Medical Equipment as described below; Home Health Care plans; before admission, performance, or acquisition.

2.  Concurrent Review.  Reviews are performed for Scheduled and Emergency confinements after admission and during the confinement.  Reviews may also be performed for Home Health Care plans during the course of treatment.

3.  Discharge Planning.  When necessary, arrangements are made to facilitate the most appropriate discharge or completion of Your course of treatment.

### HOW TO OBTAIN U.R. CERTIFICATION

For medical care that requires Certification, the U.R. Office must be contacted at the number listed on Your I.D. Card ahead of time, whenever possible by:

1.  telephoning the U.R. Office yourself; or
2.  having the attending Physician, or a relative or any other person contact the U.R. Office for You.

If required, Your Physician must provide to Us any requested medical information before the Certification can be completed.

### U.R. PROGRAM REQUIREMENTS

1.  <u>Hospital Admissions - Scheduled</u>
    The U.R. Office must be notified at least 10 business days (or as soon as it is possible) before any Scheduled Hospital admission to obtain Certification of the admission, including the number of days of Hospital Confinement.  The U.R. Office must be contacted again and additional Certification must be obtained for any additional days of Hospital Confinement beyond the number of days initially Certified.

2.  <u>Hospital Admissions - Emergency</u>
    When You are admitted to any Hospital on an Emergency basis, the U.R. Office must be notified within 2 business days after admission (or as soon as it is possible after admission) to obtain Certification, including the number of days of Hospital Confinement.  In any event, Certification must be obtained prior to discharge.  The U.R. Office must be contacted again and additional Certification must be obtained for

EXHIBIT A
PAGE 33 OF 93                    AR41

***** FILE COPY *****

any additional days of Hospital Confinement beyond the number of days initially Certified.

3.  Hospital Admissions - Maternity and Obstetrical
    If You have Pregnancy Benefits, Certification for obstetrical admissions, including the number of days of a Hospital Confinement, must be obtained:

    a.  Ten (10) days before any Scheduled Hospital admission; or
    b.  Within 24 hours or by the first business day (or as soon as it is possible) after any unscheduled Hospital admission during the course of pregnancy.

    The U.R. Office must be contacted again and additional Certification must be obtained for any additional days of Hospital Confinement beyond the number of days initially Certified.

    If You do not have Pregnancy Benefits, contact the U.R. Office only if Complications of Pregnancy, as defined in the Definitions section, occur requiring hospitalization.

4.  Outpatient Surgery
    The U.R. Office must be notified at least 10 business days before (or as soon as it is possible) to obtain Certification for any outpatient surgery. The surgery may be performed in an outpatient Hospital setting, outpatient freestanding surgical facility, or Physician's surgical suite. A second surgical opinion may be required by the U.R. Office before such Certification.

5.  Second Opinion
    A second opinion may be required for a recommended procedure or course of treatment and will be at the discretion of the U.R. Office. If a second opinion is required by the U.R. Office before the Certification of a procedure or course of treatment, such second opinion must be obtained from a (Network) Board Certified Physician of the same specialty who is not associated with the one who recommended the procedure or course of treatment. If the second opinion conflicts with the original recommendation, You may seek a third opinion. Covered Medical Charges for professional consultation when seeking a required second opinion, and third opinion if necessary, will be paid at 100%. These charges will not be subject to any Deductible.

6.  Durable Medical Equipment
    The U.R. Office must be notified at least 10 business days, or as soon as reasonably possible, before the rental or purchase of Durable Medical Equipment, as described below, to obtain Certification.

    a.  Ongoing rental of Durable Medical Equipment for which total rental charges exceed $500 or for which intended use exceeds 2 months, whichever comes first.
    b.  Purchase of Durable Medical Equipment which costs more than $500.

7.  Home Health Care
    If Your Physician recommends Home Health Care, the U.R. Office must be notified at least 10 business days before the Home Health Care is Scheduled to begin (or as soon as it is possible before such care begins) to obtain Certification.

**APPEALS**

The U.R. Office, upon notification, will determine (in consultation with Your Physician) whether or not Hospital Confinement, surgery, or other medical care is Medically Necessary. The U.R. Office will Certify all such medical care that is determined to be Medically Necessary or suggest other care options that may exist for treatment of the condition. For Hospital admissions, the U.R. Office will also Certify the number of days of confinement that are considered to be Medically Necessary. If the attending Physician feels, due to extenuating circumstances, that additional days are required to treat the condition properly, he or she may contact the U.R. Office to discuss the Medical Necessity of an extended length of stay and request Certification for additional days. Any medical care or confinement that is not determined to be Medically Necessary will not be Certified and will not be eligible for benefits. The U.R. Office will notify You promptly of its determination. It will also notify the Hospital and Your Physician.

If You or Your Physician do not agree with the decision of the U.R. Office, the decision may be appealed. The appeal can be initiated by telephone or by writing to the U.R. Office within 30 days after the initial Certification (or non-Certification). Standards for review are based on recommendations of the American Medical Association and other nationally recognized standards.

J-4000-OR (MED)                              34

EXHIBIT _A_
PAGE _34_ OF _93_

**AR42**

\*\*\*\*\* FILE COPY \*\*\*\*\*

## SECTION IV:     CATASTROPHIC CASE MANAGEMENT

When a Catastrophic Illness or Injury occurs, an Insured may require long-term care.  Catastrophic Case Management is a program whereby a case manager monitors patients requiring long-term care due to a Catastrophic Illness or Injury and explores and discusses coordinated and/or alternate types of appropriate medical care.  The case manager consults with the patient, the family and the attending Physician in order to develop a plan of care for approval by the patient's attending Physician and the patient.  This plan of care may include some or all of the following:

- monitoring Hospital, Extended Care Facility or Home Health Agency care;

- discussing care options;

- assisting in obtaining any necessary equipment and services; and

- contacting the patient and family to offer assistance and support.

Catastrophic Case Management begins when We determine it to be appropriate and as long as the patient is otherwise eligible for coverage under the Certificate.  The decision to begin Catastrophic Case Management is completely up to Us.  It is not automatically initiated for every Illness or Injury.

When the decision is reached by Us to begin Catastrophic Case Management, a case manager will coordinate and implement the Case Management program by providing guidance and information on available resources and suggesting alternate treatment plans.

John Alden, the attending Physician, and the patient must agree on any alternative treatment plan.  Once agreement to the treatment plan has been reached, We may authorize reimbursement for expenses as stated in the treatment plan.


NOTE: Catastrophic Case Management is a voluntary service.  The patient and family may choose not to participate.  Each treatment plan is individually tailored to a specific patient with the assistance of the patient's attending physician and should not be seen as appropriate or recommended for any other patient, even one with the same diagnosis.

EXHIBIT _A_
PAGE _35_ OF _93_                     AR43

***** FILE COPY *****

## SECTION V:    EXTENSION OF BENEFITS, CONTINUATION & PORTABILITY RIGHTS

**Extension of Medical Benefits**

If You or an Insured Dependent is totally disabled as defined below and under the care of a Physician at the time Medical Insurance stops as provided in the Termination section, Medical Benefits will continue to be payable as if the insurance had not stopped (without premium payment) but only for Covered Medical Charges incurred as a direct result of the Injury or Illness causing the total disability.  Coverage will continue until the earliest of:

1.   the date total disability ceases;
2.   the date You, or the Dependent, cease to be under the continuing care of a Physician with respect to the total disability (unless the maximum point of recovery has been reached);
3.   the date of eligibility for Medicare;
4.   the date You or Your Dependent are eligible for other coverage; or
5.   the end of the 12 month period of time that begins on the date insurance stops.

**IMPORTANT NOTE:  You must notify Us that You wish to exercise Your Extension of Benefits Right and when 1, 2, 3, or 4 above is applicable.  There are no Continuation Rights available to any Insured Person at the end of the Extension of Benefits period. If You wish to continue full coverage for You and Your Dependents, You must request to exercise Your Continuation Rights at the time Your insurance stops as described in the Continuation section.**

For purposes of this section, total disability means a condition that:

1.   begins while insured under this plan;
2.   is the result of an Illness or Injury;
3.   for You, completely prevents You from performing the usual duties of Your own job or occupation and
4.   for a Dependent, completely prevents the Dependent from performing the normal activities of a person of like age and sex.

**State Continuation Rights**

If You have been insured for Medical Benefits under this plan and/or any prior plan which this plan replaced, for at least three months in a row just prior to the date Your insurance stops due to Your termination of employment or membership in the group, You may elect to continue the Medical coverage under this plan for You and Your Insured Dependents, if any, as stated below.

Your Insured Dependents (if any) may also continue the Medical coverage under this plan if such coverage terminates because of the dissolution of Your marriage or Your death.
Your Dependents must, however, otherwise remain Eligible Dependents as defined, in order for coverage to continue.

You or Your Insured Dependent must make a written request for continuation. Such request must be made within 10 days after the later of:
1.   the date insurance stops; or
2.   the date You or Your Insured Dependent are notified in writing of the right to continue coverage;
but no later than 31 days after the date insurance stops.

You or Your Insured Dependent must pay in advance to the Employer the full group monthly cost for the coverage, including any portion usually paid by the Employer, in order to continue coverage.

Continuation Rights are not available to any person who is:
1.   eligible for Medicare coverage; or
2.   eligible for similar benefits under any other program, unless the person was covered under such program immediately before his insurance stops.

Continued Medical coverage will end on the earliest of:
1.   6 months after the date insurance would otherwise have ended;
2.   the end of the period for which the person has made payment, if he fails to make any required payment for

EXHIBIT __A__
PAGE _36_ OF _93_                AR44

***** FILE COPY *****

coverage;
3.  the premium due date on or next after the date the person becomes eligible for Medicare;
4.  the date the Group Policy is terminated; or
5.  the date the Employer ceases to be a Participating Employer under the Group Policy.

If the Employer replaces coverage with similar coverage under another group policy, the person will be eligible to continue coverage under the replacement plan for the remainder of the continuation period. If the person's coverage is continued under the replacement plan, benefits payable under the replacement plan will be the applicable level of benefits under the replaced plan reduced by any benefits still payable under that plan.

If You or Your Dependent are Hospital Confined when this plan terminates and is immediately replaced by a group health insurance plan issued by another carrier, Your or Your Dependent's coverage will continue under this plan until the earlier of the following:
for the remainder of the period of Hospital Confinement; or
benefits under the plan are exhausted.

You may also continue Medical coverage under this plan if Your insurance terminates because of termination of Your employment due to an Injury or Illness for which a Workers' Compensation claim is filed. You must pay to the Employer the full group monthly cost for the coverage, including any portion usually paid by the Employer, in order to continue coverage. Continued Medical coverage will end on the earlier of:
1.  the date You take Full-Time employment with another employer, or
2.  6 months from the date You first make payment for this continued coverage.

Continuation of Coverage for Former Spouse and Dependents

If Your employer employs 20 or more employees, Your Dependents may continue coverage under this plan if they are covered at the time of your death, divorce, dissolution of marriage, or legal separation and your surviving or former spouse is age 55 or older at the time of Your death, divorce, dissolution, or legal separation.

Your former spouse must give written notice to Us of the election to continue coverage within 60 days of legal separation or entry of a decree of dissolution of marriage or divorce. Your surviving spouse must give written notice to Us of the election to continue coverage within 30 days of Your death. We will acknowledge this notice within 14 days and notify the surviving or former spouse of the amount of monthly premium required to continue coverage.

Your former or surviving spouse must pay in advance the full group monthly cost for the continued coverage, including any portion usually paid by the Employer, plus an additional amount of two percent of the total employee and Employer contribution, in order for coverage to continue. The first premium must be paid within 45 days of the date of election of continuation under this section.

Medical coverage continued under this section will end on the earliest of:
1.  the end of the period for which Your former or surviving spouse has made payment, if the former or surviving spouse fails to make any required payment for coverage;
2.  the date the Group Policy is terminated, except that if a different group policy is made available to group members, the former or surviving spouse shall be eligible for continuation of coverage as if the original policy had not been terminated;
3.  the date the former or surviving spouse becomes insured under any other group health plan;
4.  the date on which the former or surviving spouse remarries and becomes covered under any other health plan; or
5.  the premium due date on or next after the date the former or surviving spouse becomes eligible for Medicare.

Continuation of Coverage During A Strike or Lockout

If You cease to work because of a strike or lockout, and Your Employer is paying all or a portion of the premium for Your medical coverage pursuant to the terms of a collective bargaining agreement, You may continue Your medical coverage subject to the following terms and conditions:
1.  Continuation of coverage is contingent upon:
    a.  Your payment to the union which represents You of the monthly premium required for this coverage;
    b.  the union collecting such payments from at least 75% of the persons who cease to work because of the strike or lockout; and,
    c.  the timely payment of premiums to Us by the union or unions as required under the group plan for

EXHIBIT _A_
PAGE _31_ OF _93_          AR45

***** FILE COPY *****

proper payment of premiums.

2. If any premium due is unpaid on the date work ceases, there will be no continuation unless such premium is paid by Your Employer or the union prior to the next premium due date.

3. The amount of Your monthly payment for continued coverage will be equal to the full group monthly cost for the coverage, including any portion usually paid by the Employer and, except as provided in item 4, such premium rate will be the applicable rate then in effect for coverage under the group plan or the date work ceases.

4. The premium rates for the group plan will be automatically increased by 20% on the premium due date on or next after the date work ceases due to the strike or lockout. Such increase will apply during the time coverage is continued under this special provision. We still have the right to increase the premium rates before, during and after the date work ceases if, in fact, We would have had the right to increase rates under the Group Policy if work had not ceased.

5. Your continued coverage under the special provision will cease on the earliest of:

   a. the end of the period of time for which the union has made payment for Your coverage, if the next payment due is not made;

   b. the premium due date for which monthly premium payments for continued coverage are received from less than 75% of the persons who are not working because of the strike or lockout;

   c. the premium due date on or next after the date You begin full-time work as an employee of an employer other than the Employer for whom You ceased to work because of the strike or lockout;

   d. the premium due date on or next after the end of the 6-month period from the date You ceased to work because of the strike or lockout; or

   e. the premium due date on or next after the date the strike or lockout ends.

6. If You have Dependents insured on the date You cease to work, in order to continue Your coverage, You must also continue coverage for Your Dependents by including the monthly cost for Dependents coverage with Your monthly payment for continued coverage.

7. Weekly Disability Income Benefits and LTD Benefits, if provided in the Certificate, will not continue under this special provision.

8. Coverage will not be continued for any persons unless the entity or entities responsible for collection of the premium payments for the persons for whom coverage is to continue agrees to keep adequate books and records and agrees to furnish Us all needed information and certifications to allow Us to properly pay claims. If We receive monies for any period for which We are not obligated to continue coverage, such amount received will be returned to the entity from which We received such monies, for refund to the persons from which they were collected. We shall have no responsibility to see that the money is properly refunded.

**COBRA Continuation**

FEDERAL REQUIREMENT - CONSOLIDATED OMNIBUS BUDGET RECONCILIATION ACT (COBRA) of 1985 as enacted, and later amended contains federal requirements for coverage.

COBRA federal legislation applies to any Employer (except the federal government and religious organizations) who:

1. maintains a group health plan; and
2. employed 20 or more Employees on a typical business day during the preceding Year.

For purposes of this section, "Employee" means all owners, partners, and common-law Employees (full-time and part-time Employees).

COBRA legislation requires that certain group plans allow qualified persons who would otherwise lose coverage under the plan as a result of a qualifying event, to elect to continue group health coverage after it would otherwise end provided the qualified person pays the premium payments plus an administrative fee. For this purpose, "group health coverage" includes any medical, dental, vision care and prescription drug coverages that are included in the group plan.

See Your Employer for details on this continuation provision.

**Coordination among Continuation Rights Sections**

An Insured Person may be eligible to continue his or her group health benefits under this Certificate's COBRA CONTINUATION RIGHTS (COBRA) section and under a STATE CONTINUATION section of this Certificate at the same time.

J-4000-OR (MED)                                        38

EXHIBIT A
PAGE 38 OF 93

AR46

***** FILE COPY *****

If an Insured Person elects to continue his or her group health benefits under both COBRA and under the State Continuation, the continuation periods:

a.   start at the same time;
b.   run concurrently; and
c.   end independently on their own terms.

While covered under more than one continuation right, the Insured Person:

a.   will not be entitled to duplicate benefits; and
b.   will not be subject to the premium requirements of more than one section at the same time.

IMPORTANT NOTE:  There are no Continuation Rights available to any Insured Person when:

1.   such person is entitled to Medicare coverage;
2.   such person's insurance stops because of failure to make any required premium contribution; or
3.   the Insured Person's Employer replaces this group plan of insurance with other similar group coverage within 31 days.
4.   this plan terminates even if termination occurs during any continuation period.

## PORTABILITY RIGHTS

### The Prevailing Portability Plan and the Low Cost Portability Plan

If Your Medical coverage stops for any reason under your group plan, except as stated in this section, You may be entitled to apply for either of the Prevailing Portability Plan or the Low Cost Portability Plan for You and Your then insured Dependents, without a statement of health. Coverage under the Prevailing Portability Plan and the Low Cost Portability Plan is provided without pre-existing condition limitations, exclusion periods or waiting periods. You may apply for either the Prevailing Portability or the Low Cost Portability Plan while covered under State Continuation coverage or COBRA continuation coverage, in place of State Continuation coverage or COBRA continuation coverage, or at the end of State Continuation Coverage or COBRA continuation coverage.

We will provide You with a notice of your Portability Rights if you lose coverage for any reason other than group replacement. Such notice will be mailed directly to You at the address currently on file with Us, within 10 days following the date of any administrative action taken by Us to initiate or document the loss of coverage.

Each insured who is an Eligible Individual under this provision must apply in writing for insurance under either of the Portability Plans on a form approved by Us in order to become insured. Application and payment of the first premium must be made to Us within 63 days after the date the insured's insurance ended under the prior group plan. The insurance under the Portability Plans will be come effective on the day following the date the insured's insurance under the group plan ended.

Each insured must apply for Dependent's Insurance under either of the Portability Plans, in writing, in order to become insured with respect to those dependents who are eligible Individuals under a Portability Plan. With respect to those persons who were covered as dependents under the prior group plan, application must be made at the same time the insured applies for a Portability Plan, along with the required additional premium payment for dependent's insurance. Insurance under a Portability Plan for such Dependents will become effective on the same day the insured's insurance becomes effective.

For purposes of this section, Eligible Individual means an individual who has been continuously covered for 180 days or more under one or more Oregon group health benefit plans and who has applied for portability coverage not later than the 63rd day after termination of the prior coverage. Except as otherwise provided, the term does not include an individual who remains eligible for the individual's prior group coverage or would remain eligible for prior group coverage in a plan under the federal Employee Retirement Income Security Act of 1974, as amended were it not for action by the plan sponsor relating to the actual or expected health condition of the individual, or who is covered under another health benefit plan or is eligible for the federal Medicare program.

The Prevailing Portability Plan and the Low Cost Portability Plans are renewed each time premium contributions are received. The plans are guaranteed renewable except for the following reasons:

1.   You fail to make, when due, any required premium payment.

J-4000-OR (MED)                                        39

EXHIBIT $A$
PAGE 31 OF 73          AR47

***** FILE COPY *****

2.  You or Your insured Dependents commit fraud or make a misrepresentation
3.  You or Your Insured Dependents fail to comply with plan provisions regarding renewability that have been approved by the Oregon Director of the Department of Consumer and Business Services.
4.  You or Your insured Dependents misuse Provider Networks.
5.  We cease to offer any group health benefit plan in Oregon and have provided appropriate notice to you and the Oregon Director of the Department of Consumer and Business Services.

We may also terminate Your Insurance if the Oregon Director of the Department of Consumer and Business Services finds that renewal would a) not be in the best interest of the insureds; or b) impair our ability to meet Our contractual obligations.

If you have any questions about Portability Rights or the Prevailing Portability Plan and/or the Low Cost Portability Plan, please contact John Alden Life Insurance Company's Customer Service Department at 1-800-305-2560.

J-4000-OR (MED)                          40

EXHIBIT _A_
PAGE _40_ OF _93_                    AR48

***** FILE COPY *****

## SECTION VI:    COORDINATION OF BENEFITS

**Purpose of This Provision**

You and/or Your Dependents may be covered for Medical and Dental Benefits (if applicable) by more than one plan. This provision allows Us to coordinate what We pay with what another plan pays.

We will coordinate   Medical and Dental Benefits (if applicable) for You and Your Dependents with benefits payable under other Plans that provide benefits or services in connection with medical or dental careor treatment through:

1. group, blanket or franchise insurance (other than school accident policies);
2. group hospital or medical service organizations, group practice, or other prepayment coverage on a group basis;
3. a labor management trustee plan, union welfare plan, Employer or Employee benefit plan, or any other arrangement of benefits for individuals of a group;
4. Medicare (Parts A & B) when You are  entitled to Medicare coverage.  For purposes of determining Your Medicare benefits, You will be deemed to have enrolled for all coverage for which You are  entitled under Medicare (Parts A and B), whether or not You actually enroll.  Please see the Medicare as Secondary Payor Provision below for additional information regarding Medicare;
5. any coverage under government programs or coverage required or provided by law, but not Medicaid.

Coordination means that benefits are paid so that no more than 100% of Your necessary, Reasonable and Customary expenses will be covered under the combined benefits from all plans.

### ORDER OF BENEFITS DETERMINATION

When there is a basis for a claim under this Plan and another Plan, this Plan is a secondary plan and its benefits are determined after those of the other Plan, unless:

1. the other Plan has rules coordinating its benefits with those of this Plan; and
2. both those rules and this Plan's rules, shown below, require that this Plan's benefits be determined before those of the other Plan.

This Plan determines its order of benefits using the first of the following rules that applies:

1. <u>Non-Dependent/Dependent.</u>    The benefits of the Plan that covers the person as a member (other than as a Dependent) are determined before those of the Plan that covers the person as a Dependent.

2. <u>Dependent Child/Parents Not Separated or Divorced.</u>    When this Plan and another Plan cover the same child as a Dependent of different Parents:

   a. the benefits of the Plan of the parent whose birthday falls earlier in a Year are determined before those of the Plan of the parent whose birthday falls later in that Year; but
   b. if both parents have the same birthday, the benefits of the Plan that has covered the parent longer are determined before those of the Plan that has covered the other parent for a shorter period of time.
   However, if the other Plan does not have the birthday rule, as described above, but instead has a rule based on the gender of the parent and if, as a result, the Plans do not agree on the order of benefits, the rule in the other Plan will determine the order of benefits.

3. <u>Dependent Child/Separated or Divorced Parents</u>    If two or more Plans cover a person as a Dependent child of divorced or separated parents, benefits for the child are determined in this order:

   a. first, the Plan of the parent with custody of the child;
   b. then, the Plan of the spouse of the parent with custody of the child; and
   c. finally, the Plan of the parent not having custody of the child.
   However, if the specific terms of a court decree state that one of the parents is financially responsible for the medical, dental or other health care expenses of the child, and We have been provided notice of those terms, the benefits of the Plan covering that parent will be determined first.

4. <u>Active/Inactive Member.</u>    The benefits of a Plan that covers a person as a member who is neither laid off nor retired (or as that member's Dependent) are determined before those of a Plan that covers that person as a laid off or retired member (or as that member's Dependent).  If the other Plan does not have this rule

**EXHIBIT** _A_
**PAGE** _41_ **OF** _93_

**AR49**

***** FILE COPY *****

and if, as a result, the Plans do not agree on the order of the benefits, this rule is ignored.

5.  <u>Longer/Shorter Length of Coverage.</u>  If none of the above rules determines the order of benefits, the benefits of the Plan that has covered a person longer are determined before those of the Plan that has covered that person for the shorter time.

Coordination procedures are outlined in detail in the Group Policy.

We may obtain or release any information needed to carry out the intent of this section.  You must inform Us if You or Your insured  Dependent(s) have coverage under other Plans when You make a claim.  We have the right to recover from You, or any other organization or person, any amounts that are overpaid.

## MEDICARE AS SECONDARY PAYOR

Congress has enacted provisions in a series of laws that increasingly result in Medicare being the secondary payor for Coordination Of Benefits purposes if an individual has other insurance coverage in addition to Medicare.

The rules require coverage under this Plan to pay before Medicare when:

1.  You and/or Your insured Dependent spouse is age 65 or older and Your Employer employs at least 20 persons (including part-time Employees) for a minimum of 20 weeks during the current or preceding Year.

2.  You and/or Your insured Dependent spouse is under age 65 and Your Employer employs at least 100 Employees, and is receiving Medicare benefits due to a disability. In this case, the Employer must have at least 100 people actively employed on 50 percent or more of the regular business days in the preceding Year.

3.  An Insured Person is covered under an Employer group health plan, is under age 65, and has end-stage renal disease (ESRD).  If an ESRD patient has health insurance coverage under an Employer group health plan, Medicare is secondary for 30 months from the beginning of dialysis.  Medicare is also secondary for 30 months for patients who receive kidney transplants.

This section regarding Medicare as a secondary payor  may not apply to Your Employer.  Please contact Your Employer to determine if these Medicare as Secondary Payor rules apply to this Plan.

EXHIBIT A
PAGE 42 OF 93          AR50

***** FILE COPY *****

## SECTION VII:     OUTPATIENT PRESCRIPTION DRUG BENEFITS

**Payment of Benefits**

Subject to the Charges Not Covered section which follows, We will pay Outpatient Prescription Drug Benefits for Covered Outpatient Prescription Drug Charges that You or Your insured Dependents incur.

To obtain benefits at a Member pharmacy, present Your ID card. Certain drugs require preauthorization prior to dispensing and review for possible coverage. Once You pay the Prescription Drug Copayment, any coinsurance and/or any Ancillary Charge, We will pay benefits up to a 30 consecutive day supply for each prescription or up to a 90 consecutive day supply for each prescription from the Mail Order Pharmacy Service unless restricted by the manufacturer's packaging or the prescription order. Some products may be subject to additional supply limits. If two or more drug products are packaged together, You may be required to pay a Copayment for each drug product in the packaging.

When a Member Pharmacy is used, the following provisions apply for Covered Outpatient Prescription Drug Charges. You pay any applicable Coinsurance and/or Ancillary Charge and:

1. When a covered Equivalent Generic Drug is available, and You receive that Equivalent Generic Drug, You pay the Generic Drug Copayment.

2. When an Equivalent Generic Drug is not available, and You receive a brand name drug, You pay the applicable brand name drug Copayment.

3. If You receive a brand name drug when an Equivalent Generic Drug is available, then You will pay the applicable brand name drug Copayment _plus_ the difference in cost between the brand name drug and the Equivalent Generic Drug.

When You have prescriptions filled at a pharmacy that is not a Member Pharmacy, You must pay for the prescription in full and then follow the instructions for filing a claim as outlined in the Claims Provision section. You will be reimbursed at the negotiated rate that would have been paid to a Member Pharmacy for the cost of the drug minus any applicable Copayment, Coinsurance and/or Ancillary Charge.

"Ancillary charge" means the difference between the actual charge and the Maximum Allowable Cost ("MAC") List charge or Drug Formulary medication charge. The Ancillary Charge does not count toward any Deductible or out-of-pocket limit.

"Copayment" (for purposes of the Outpatient Prescription Drug Benefits only) means the amount, as shown on the Benefit Summary, that You pay each time a prescription is filled _before_ benefits are paid. When a Member Pharmacy is used, You pay the Copayment directly to the Member Pharmacy each time a prescription is filled. Your Copayment applies after the Prescription Drug Deductible is satisfied.

"Drug Formulary" means a preferred drug list that We approve. We will periodically update the list.

"Equivalent Generic Drug" means a drug that has the same active ingredients as an equivalent brand name drug, does not carry any drug manufacturer's brand name on the label, and is not protected by a patent. It must be listed as a generic drug by Our national drug data bank.

"Maximum Allowable Cost ("MAC") List" means a list of Prescription Medications reimbursed at an Equivalent Generic Drug product level. We will periodically update the list.

"Member Pharmacy" means a pharmacy that is currently participating in this plan. A complete listing of the Member Pharmacies for this plan, and future updates to such listing, will be available to You.

"Prescription Legend Drug" means any medicinal substance that is required by the U.S. Food, Drug and Cosmetic Act to include the following wording on its label:    "Caution: Federal (or State) Law prohibits dispensing without a prescription".

Benefits paid under this section will be applied toward the Medical Maximum Lifetime Benefit.

EXHIBIT A
PAGE 43 OF 93

AR51

***** FILE COPY *****

Covered Outpatient Prescription Drug Charges

Subject to the Charges Not Covered section which follows, Covered Outpatient Prescription Drug Charges include only charges for:

1.  Drugs and medicines, in dosages and durations of treatment that are Medically Necessary for the care and treatment of a covered Illness or Injury;
2.  Drugs and medicines fully approved by the U.S. Food and Drug Administration;
3.  Prescription Legend Drugs;
4.  Compounded medications of which all active ingredients are covered Prescription Legend Drugs;
5.  Self-injectable insulin, on prescription only;
6.  Disposable insulin syringes, disposable blood/urine, glucose/acetone testing agents or lancets on prescription only.
7.  Drugs and medicines used for outpatient care for the treatment of Mental Illness or substance abuse, up to a maximum calendar year benefit of $500;
8.  Other drugs that, under applicable state law, may only be dispensed upon written prescription from a Physician or other lawful prescriber; and
9.  That do not exceed the Usual, Customary and Reasonable amount, as determined by Us;

provided that each prescription and each refill does not exceed a 30-day supply.

Payment for a prescription drug does not constitute any assumption of liability for any Illness Injury or condition under the Medical Benefits section of this Certificate. When a covered prescription drug is available under two or more names or manufacturers' packaging or when more than one covered drug may be used to treat a condition, We will cover the least expensive drug.

Charges Not Covered

Covered Outpatient Prescription Drug Charges do not include any charges:

1.  For drugs prescribed for a Pre-existing Condition.
2.  For drugs prescribed for care, services or treatment which are not Covered Medical Charges.
3.  For drugs not listed as formulary medications in the Drug Formulary or as preferred medications on Our preferred drug list.
4.  For drugs administered or dispensed by a Physician, a Hospital, rest home, sanitarium, Extended Care Facility, convalescent care facility, Nursing Home or similar Institution.
5.  For Infertility drugs, regardless of intended use.
6.  For contraceptives, oral or other, regardless of intended use. If Your plan includes Mail Order Pharmacy Services, this exclusion does not apply to Mail Order Pharmacy Services.
7.  For over-the-counter ("OTC") drugs not requiring a prescription (other than injectable insulin); and/or drugs that We determine have an over-the-counter equivalent or contain the same active ingredient(s) as over-the-counter medication.
8.  For compounded medications not containing all covered active ingredients and unit-dose drugs.
9.  For injectable drugs which We do not authorize to be paid under this benefit and the administration or injection of any drug.
10.  For drugs limited by Federal Law to investigational use; Experimental or Investigational drugs even when a charge is made; drugs without any U.S. Food and Drug Administration ("FDA") approved indications for use, FDA approved drugs or dosage regimens for indications or administration outside FDA approval, and DESI drugs (drugs determined by the FDA as lacking in substantial evidence of effectiveness).
11.  For immunization agents, biological sera, blood or blood plasma, self-injectables or other prescriptions requiring parenteral administration or use, except insulin, Heparin or Imitrex.
12.  For dietary supplements, vitamins and vitamin prescriptions (other than legend prenatal vitamins prescribed for pregnancy).
13.  For prescriptions refilled in excess of the number specified by the Physician.
14.  For prescriptions refilled after one year from the Physician's original order.
15.  For drugs delivered or administered by the prescriber.
16.  For any drug used for Cosmetic purposes or to promote growth (e.g., growth hormone).
17.  For herbal or homeopathic medicines and nutraceuticals.
18.  For Retin-A (tretinoin) and other drugs used in the treatment or prevention of acne or related conditions for an Insured Person age 30 and older.
19.  For medications used to treat, impact or influence "quality of life" or "lifestyle" concerns including but not limited to: smoking deterrence or cessation; obesity or weight management; prevention or treatment of hair loss; sexual function, dysfunction, inadequacy or desire; skin coloring or pigmentation;

EXHIBIT ___
PAGE 44 OF 73          AR52

***** FILE COPY *****

onychomycosis (nail fungus); social phobias; slowing the normal process of aging; memory improvement or cognitive enhancement.

20.  For DDAVP (desmopressin acetate) or other drugs used in the treatment of nocturnal enuresis (bedwetting) for an Insured under the age of eight.

21.  For drugs in connection with an accidental Injury or Illness that arises out of, or as the result of, any work for wage or profit; except that this exclusion will not apply to:
   a.  The sole proprietor, if the Employer is a proprietorship; or
   b.  A partner of the Employer, if the Employer is a partnership; or
   c.  An executive officer of the Employer, if the Employer is a corporation;
      for any such charges that result from accidental Injury or Illness that arises out of or as a result of any work for the Employer and then only if he or she is not required to have coverage under any Workers Compensation Act or similar law and does not have such coverage.

22.  For drugs used for outpatient care for the treatment of Mental Illness in excess of the limit reflected in the Covered Outpatient Prescription Drugs Charges section.

23.  For charges in excess of the Equivalent Generic Drug prescription.

24.  For more than We determine to be an average quantity of medication required to treat an immediate condition or symptom on an "as needed" basis or which We determine to be excessive in scope, duration or intensity of drug therapy needed for safe, adequate and appropriate care.

25.  For prescriptions issued principally for the convenience of the Insured Person or the Insured Person's family or Physician.

26.  For duplicate prescriptions, replacement of lost, stolen, destroyed or damaged prescriptions or prescriptions refilled more frequently than the prescribed dosage indicates.

27.  For drugs used to alter an Insured Person's genetic make-up.

**Additional Provisions**

Drugs and medicines which are covered under this Outpatient Prescription Drug Benefit will be excluded under any Medical Benefits and Dental Benefits for which You are also insured under this Certificate.  Such charges cannot be used to satisfy any Deductible or Out-of-Pocket Limit under such Benefits.

Charges which are payable under the Medical Benefits portion of the Certificate are not payable under the Outpatient Prescription Drug Benefit.  No benefits are payable under this benefit section for charges incurred on or after the date Your insurance and/or Outpatient Prescription Drug Benefits terminate.

**Identification Cards**

In connection with this benefit, You will receive an identification card or cards for Your use while insured, as explained in the Claims Provisions section.

You are required to turn in Your identification card or cards to Your Employer at the time coverage terminates. If You fail to do so and use Your card after coverage ends for You or Your Dependents, Your Employer is responsible for all drug claims made after the termination date.  Your Employer will also be responsible for any claim payment made after such termination date.  In either event, You may be held liable by Your Employer for the amount of charges You incur or that are paid on Your or Your Dependent's behalf, after the termination date of coverage.

**Claims Provisions**

When You go to a Member Pharmacy for Your Covered Outpatient Prescription Drugs, You need to:

1.  Present Your identification card to the pharmacist with Your prescription each time You need to have a prescription filled;
2.  Complete Your portion of the voucher (provided by the pharmacist) and sign the form verifying that the information is correct; and
3.  Pay to the pharmacist the difference between the charge for the prescription and the amount We pay.

The above applies to each prescription filled or refilled.

When You go to a pharmacy that is not a Member Pharmacy for Your Covered Outpatient Prescription Drugs, You need to:

1.  Pay the pharmacist the amount charged for the prescription;
2.  Have a Prescription Drug Claim Form completed and signed by You and the pharmacist; Your Employer

J-4000-OR (MED)                                    45

EXHIBIT A
PAGE 45 OF 93

AR53

***** FILE COPY *****

can give You the claim form; and

3. Forward the Prescription Drug Claim Form to the address shown on the form for reimbursement of benefits payable.

**Mail Order Pharmacy Services**

Outpatient Prescription Drug Benefits include coverage for home delivery of Prescription Maintenance Drugs.

"Prescription Maintenance Drugs" means drugs that are:

1. Covered under this Outpatient Prescription Drug Benefit and taken regularly to treat a chronic health condition; and
2. Oral contraceptives.

Under this provision, prescription drugs will be covered in amounts of up to a 90 day supply for each prescription and each refill.

If You choose home delivery of Prescription Maintenance Drugs, You or Your Dependent must mail the prescription, a completed order form and the applicable Copayment to the Mail Order Pharmacy Services provider. The name and address of the Mail Order Pharmacy Services provider along with order forms have been provided to You and Your Employer.

The following provisions apply for Covered Outpatient Prescription Drug Charges when You choose home delivery of Prescription Maintenance Drugs. You pay any applicable Coinsurance and/or Ancillary Charge and postage and handling charges:

1. When a covered Equivalent Generic Drug is available, and You receive that Equivalent Generic Drug, You pay the Mail Order Generic Drug Copayment.
2. When an Equivalent Generic Drug is not available, and You receive a brand name drug, You pay the applicable Mail Order brand name drug Copayment.
3. If You receive a brand name drug when an Equivalent Generic Drug is available, then You will pay the applicable Mail Order brand name drug Copayment plus the difference in cost between the brand name drug and the Equivalent Generic Drug.

The provider will fill the prescription and mail it along with a replacement order form to You or Your Dependent. It will be mailed to Your home or other location You designate.

J-4000-OR (MED)                              46

***** FILE COPY *****

Any reference to Dependent(s) coverage within this Certificate is contingent upon Dependent coverage being available and selected by You. If Dependent coverage is not available or selected, any reference to Dependent(s) coverage within this Certificate is not applicable to You and no coverage will be provided for Your Dependent(s), if any.

## SECTION VIII:   ELIGIBILITY FOR COVERAGE

WHO IS ELIGIBLE TO BECOME INSURED BY THIS CERTIFICATE?

\* Full-Time Employees who have completed the Employer's eligibility waiting period

\* Dependents (as defined in this Certificate) of Insured Full-Time Employees.


Note: You or Your Dependent will not be considered eligible to become insured under this certificate if:
- \*    Your Employer does not meet the definition of a Small Employer or Large Employer;
- \*    Enrollment was not requested within 31 days of original eligibility;
- \*    Enrollment is not being requested during a Special Enrollment Period.

"Full-Time Employee" means a sole proprietor, partner of a partnership, an independent contractor, or a person employed by the Employer who is performing all of the customary duties of the job and is paid a salary or wage by the Employer that meets or exceeds the minimum wage requirements of state or federal minimum wage law. The person must work a minimum of 30 hours per week, 48 weeks a year at any of the Employer's business establishments or other locations approved by the Employer within the United States or Canada. A partner, proprietor, independent contractor or corporate officer of the Employer, must be actively working in connection with conducting the Employer's business.

If You are employed by a Small Employer, the minimum hours per week for eligibility for Medical Benefits may be amended by Your Employer to be between 17.5 and 40 hours per week as long as the hour requirement is applied uniformity among all Employees. See Your Employer for the minimum hour requirements for eligibility for medical benefits. All other benefits provided under this plan, if any, will be subject to the hour requirement stated above.

The term "Full-Time Employee" does not include:

1. Any person who resides outside the U.S. or Canada, or who spends more than 60 consecutive days in any Year, outside the U.S. or Canada, whether for work or for pleasure; or
2. Any "seasonal" or "temporary" Employees who work less than 48 weeks a Year.

"Full-Time Employee" may be referred to as "Employee" throughout this Certificate.

If You are an Employee of more than one Employer insured under a plan issued by Us, You will be considered an Employee of only one of those Employers for the purposes of obtaining insurance.

Dependent means:

1. Your spouse by legal marriage;
2. Your unmarried Child under 19 years of age; and
3. Your unmarried Child over age 18 but under age 25 who is not employed 30 or more hours per week

"Child" means:

1. Your natural child;
2. A child as defined in the "Adopted Child " provision;
3. Your stepchild; and
4. any other child who is supported solely by You and who permanently resides in Your household in a regular parent-child relationship.

A child named in a qualified medical child support order (QMCSO) by a court of competent jurisdiction is also treated as a Dependent child under this Certificate when a copy of the QMCSO along with a completed, signed enrollment card is submitted. The forms must be submitted to Us within 31 days of finalization of the court order by an individual identified by the court of competent jurisdiction as authorized to request such enrollment.

EXHIBIT $A$

PAGE 47 OF 93                **AR55**

***** FILE COPY *****

A Dependent  DOES NOT INCLUDE a person who:

a.  is on active duty in any armed forces of any country;
b.  resides outside the U.S. or Canada or who spends more than 60  consecutive days in any Year,outside the U.S. or Canada; or
c.  is eligible for coverage as an Employee.
d.  is Your natural child for whom You have given up legal rights through adoption.

## HOW DO YOU AND YOUR DEPENDENTS BECOME INSURED?

To become insured, You must complete and sign an enrollment card within the first 31 days of IfYou are adding a Dependent after Your initial enrollment, You eligibility. must complete and sign a newenrollment form or an enrollment change form as specified below.   The enrollment form or enrollment change form must specify who is being insured.

Important Notes:

If both You and Your spouse work for the same Employer, only one of You may elect coverage foIn Your Dependent(s) and benefits cannot be coordinated under the same plan. addition, You and Your spousecannot be insured under this Certificate as both an Employee and a Dependent.

## WHEN IS INSURANCE EFFECTIVE?

Employee insurance will be effective on the Employer's effective date if You complete an enrollmentform and have satisfied the Employer's eligibility waiting period at the same time the The enrollment formmust be received by Us initial group enrolls for coverage. before coverage is effective.

Otherwise, Your coverage will be effective on Your Employer's next premium due date following thelater of:

1.  the date You enroll if You enroll within 30 days of satisfying the Employer's eligibilitywaiting period;
2.  the date You enroll if You enroll within the Special Enrollment Period; or
3.  the date You meet satisfactory evidence of insurability/eligibility requirements, when required or as permitted by law.

To determine the Your Employer's premium is due premium due date, please contact Your Employer. This effective date is reflected on Your on the 1st or the 15th of each month. However, Your effectivedate may be delayed in accordance Benefit Summary. with the Deferred Effective Date provision if You are not atwork on the date Your insurance would otherwise be effective.

Each Dependent's insurance will be effective the later of:

1.  the date Your insurance is effective if You enroll Your Dependent(s) before that date; or
2.  the next premium due date following the date You acquire a Dependent, provided You enroll the Dependent within 30 days of that date (see the Newborn/Newly Adopted Child provision below forspecial effective dates);
3.  the next premium due date following the date You enroll such Dependent during a SpecialEnrollment Period (see the Newborn/Newly Adopted Child provision below for special effective dates); or
4.  the next premium due date following the date Your Dependent meets satisfactory evidence of insurability/eligibility, if required, if You enroll a Dependent more than 30 days after the date heor she became Your  Dependent.

provided You agree to pay any additional premium contribution to Your Employer which may be required.

To determine the Your Employer's premium is due premium due date, please contact Your Employer.Premium payments must be remitted to on the 1st or the 15th day of each month. Us by Your Employer.

Special Enrollment Effective Date (applies to Medical Benefits Only).

Subject to all other eligibility requirements stated above, the following special effective dates willapply to coverage requested under the Special Enrollment Period:

Coverage obtained under this plan due to loss of other coverage will be effective on the premiumdue date

J-4000-OR (MED)                                    48



EXHIBIT _____ A

PAGE 48 OF 93

**AR56**

***** FILE COPY *****

following the date of enrollment.

In the case of marriage, coverage will be effective no later than the first day of the firstmonth beginning after the date the completed request for enrollment is received by Us.

Coverage due to birth, adoption or placement for adoption will be effective on the date of birth,adoption or date of placement for adoption.

Evidence of Insurability/Eligibility means proof of good health or eligibility will be required before Your insurance, or the insurance for Your Dependent(s) is effective. The type and form of required proofwill be determined by Us in compliance with state and federal requirements in effect on the date this proofs required. Evidence of good health will not be required for medical benefits.

## NEWBORN CHILDREN

Insurance for a newborn will be effective from the date of birth if:
1.  Your insurance is in effect on that date;
2.  such child meets the definition of Dependent;
3.  You have completed, signed and submitted an enrollment form for such child within 31 days ofbirth; and
4.  You have paid any additional premium contribution to Your Employer which may be required.

Whether or not You enroll Your newborn Dependent within the first 31 days of birth, coverage willautomatically be provided for Your newborn Dependent from the moment of birth through the first 31 days followingbirth, if Your insurance is in effect on the date of birth, for Covered Medical Charges in connection with:

1.  Injury or Illness; and
2.  medically diagnosed prematurity or Congenital Defects, as defined.

Coverage will not meet all eligibility and enrollment extend beyond 31 days unless You requirementsspecified above.

## ADOPTED CHILDREN

Insurance for a will be effective from the date of child placed in Your home for adoptionplacement in Your home, without application of any Pre-Existing Condition limitation, if:
1.  Your insurance is in effect on that date;
2.  such child meets the definition of Dependent;
3.  You have completed, signed and submitted an enrollment form for such child within 31 days ofplacement in Your home for adoption; and
4.  You have paid any additional premium contribution to Your Employer which may be required.

"Placement for adoption" means the assumption and retention of a legal obligation for total orpartial support of a child in anticipation of adoption of such child.  The child's placement with the Insured Personterminates upon termination of such legal obligation.

## DEFERRED EFFECTIVE DATE

With regard to all coverage except medical benefits, if You are not at work as an Full-TimeEmployee on the effective date shown on the Benefit Summary, Your insurance will not become effective until the dateYou return to work as an Full-Time Employee.

If you are not at work as an Full-Time Employee on the effective date of any increase inbenefits, Your increase in benefits will not become effective until the date you return to work as an Full-TimeEmployee.

If the effective date falls on:
1.  a work holiday;
2.  a vacation day; or
3.  a scheduled non-work day;

You will be deemed to be at work on such date only if You were at work on the day beforeand the day after such period of time.

With respect to Medical Benefits only, if one of Your Dependents is confined in any institutionbecause of an

J-4000-OR (MED)                               49

EXHIBIT A
PAGE 49 of 95                    AR57

***** FILE COPY *****

Illness or Injury on the date any increase in that Dependent's benefit would become effective, theincrease in benefits with respect to that Dependent will not become effective until the date after his or herdischarge from the confinement.

With respect to coverage other than Medical Benefits, if one of Your Dependents is confined in anyinstitution because of an Illness, Injury or Pregnancy on the date his or her coverage would become effective,or on the date of any increase in benefits, the insurance, or any increase in benefits with respect to thatDependent will not become effective until the date after his or her discharge from confinement.

J-4000-OR (MED)                            50

***** FILE COPY *****

## SECTION IX:     TERMINATION PROVISIONS

YOU AND THE EMPLOYER ARE RESPONSIBLE FOR NOTIFYING US OF ANY CHANGES IN ELIGIBILITY, INCLUDING THE LACK OF ELIGIBILITY OF ANY INSURED PERSON.   COVERAGE WILL NOT CONTINUE BEYOND THE LAST DATE OF ELIGIBILITY REGARDLESS OF SUCH NOTICE.

Reporting Changes in Dependents Insured

You should notify Us within 60 days in writing or by completing an amended enrollment form when:

1. a Dependent ceases to be eligible;
2. You wish to cancel coverage for Your Dependents; or
3. You wish to change the type of Dependent(s) coverage for which You are insured; i.e., spouse only, child(ren) only, etc.;

so that any needed change in Your insurance and/or Your premium contribution may be made promptly.

EMPLOYEE INSURANCE:

Your insurance will automatically terminate on the earliest of the:

1. end of the premium month during which You cease to be an Employee of the Employer;
2. *end of the premium month during which You are no longer an Active Full-Time Employee (as defined in the Eligibility Section);
3. end of the premium month in which You are no longer in the "Category of Employee Eligible" as specified in the Benefit Summary;
4. date You fail to make, when due, any required premium contribution to Your Employer or, the date Your Employer fails to remit any premium payment to Us;
5. end of the premium month in which Your Employer no longer meets the minimum participation requirement under the Group Policy or under the Trust which is the Group Policyholder;
6. end of the premium month in which Your Employer ceases to be a Participating Employer under the Group Policy or under the Trust which is the Group Policyholder;
7. date the group policy terminates;
8. end of the premium month in which the Employer discontinues or suspends active business operations; or changes the nature of the business; or no longer exists because of dissolution, merger or otherwise; or

"Premium month" as used in 1 and 2 above means the period of time that begins on the:

1. First day of any calendar month and ends on the last day of the same calendar month, if Your Employer's premium due date is on the 1st of the month; or
2. 15th day of any calendar month and ends on the 14th day of the next following calendar month if Your Employer's premium due date is on the 15th of the month.

*EXCEPTIONS:

Your insurance will not stop solely because You do not meet the Full-Time requirement if Your:

1. absence from work is due to Illness or Injury; in such event, You will be considered a Full-Time Employee for a period not to exceed 12 months from Your last day of work, if the business continues operation and the Employer continues premium payments for Your coverage (except as may otherwise be provided in this Certificate). Failure by the Employer to provide proof of the business operation will end this exception period; or
2. absence from work is due to a temporary lay-off or leave of absence approved by Your Employer in such event, You will be considered an Full-Time Employee for a period not to exceed 2 months, if Your Employer continues premium payments for Your coverage.
3. absence from work is due to a leave of absence in accordance with any State or Federal Family Leave Act, You will be considered an Full-Time Employee for the time required under that Act.

DEPENDENT INSURANCE

Insurance for Your Dependents will automatically terminate on the earliest of:

1. the date Your insurance terminates; or

J-4000-OR (MED)                                          51          EXHIBIT _A_
PAGE _51_ OF _93_          AR59

***** FILE COPY *****

2. the date Your Dependent no longer qualifies as a Dependent as defined in the Eligibility Section.

**Exception to Dependent Termination**

If Medical Benefits for one of Your insured Dependent children would terminate, but at such time the child is incapable of self-sustaining employment due to mental retardation or physical handicap and is Dependent upon You for support, that child's Medical Benefits will be continued during such incapacity as long as:

1. You continue to pay the required premium for Your Dependent's insurance;
2. Your own insurance under this Plan remains in effect; and
3. You provide Us with required proofs of such child's incapacity. Initial proof of such child's incapacity must be furnished to Us within 31 days of his or her 19th birthday and thereafter as We request it) We will not require such proof more often than once a year after the child reaches age 21.

**Group Insurance Guarantee Renewability of Health Insurance Coverage**

Your Employer's plan of Health Insurance Coverage with Us is renewable at the option of Your Employer, and will continue in force unless one or more of the following occur:
1. Your Employer fails to pay premiums in accordance with the terms of this plan;
2. With respect to coverage for all Employees, Your Employer has performed an act or practice that constitutes fraud or made misrepresentation under the terms of this plan;
3. With respect to Your coverage and/or the coverage of Your Dependents, if You or one of Your Dependents or Your representative performs an act or practice that constitutes fraud or made an misrepresentation under the terms of this plan;
4. Your Employer has failed to comply with participation or contribution requirements, as determined by Us or in accordance with applicable state law;
5. We cease to offer or renew all small employer coverage in Oregon or in a particular service area in accordance with applicable state law;
6. For plan with provider networks features, when there is no longer any insured person in connection with the plan who lives, resides or works in the service area.
7. When the Director orders Us to discontinue coverage upon finding that the continuation of coverage would not be in the best interest of the enrollees or would impair the carrier's ability to meet contractual obligations.
8. For misuse of provider network provisions. "Misuse of provider network provisions" means a disruptive, unruly or abusive action taken by an enrollee that threatens the physical health or well-being of health care staff and seriously impairs the ability of Us or the participating providers to provide services to an enrollee.

This group health plan may be rescinded for fraud, material misrepresentation or concealment by Your Employer. Your or Your Dependent's coverage may be rescinded for fraud, material misrepresentation or concealment by You or Your Dependent.

If one or more of these circumstances occur, We have the right to terminate all insurance with respect to Your Employer. If we terminate insurance due to 2, 3, or 8 above, we will give 31 days advance written notice to Your Employer. If We do so, Your insurance, as well as the insurance for all other Employees of Your Employer, will stop as indicated in the "Termination of Insurance" section. If We terminate insurance due to 4 above, such termination will occur on the renewal date of the plan.

If we terminate this plan due to nonpayment of premiums, We will provide a notice to Your Employer 10 days prior to the end of the Grace Period informing Your Employer that the premium was not received and that the policy will be terminated as of the last day for which premium was paid if premium if not received by the end of the Grace Period. The notice will be in writing and sent by first class postage to Your Employer's last known address.

If we discontinue the particular type of health insurance plan under which You are insured, We will provide notice to Your Employer and each insured Employee of the discontinuance 90 days prior to the date of termination, and will offer Your Employer a choice of any other plan currently offered.

If we discontinue all group health insurance plans in the state, We will provide notice to the Director of the Department Consumer and Business Services, Your Employer, and each insured Employee of the discontinuance 180 days prior to the date of termination.

If we discontinue all group health insurance plans in a particular service area due to our inability to reach an agreement with a network of providers to provide services under the plan within that service area We will

EXHIBIT *H*
PAGE 52 OF 93                    **AR60**

***** FILE COPY *****

provide notice to the Director of the Department Consumer and Business Services, Your Employer, and each insured Employee of the discontinuance 90 days prior to the date of termination.

If We modify this plan in any way, such modifications will be made on the renewal date of the plan.

Certification of Periods of Prior Creditable Coverage Upon Termination

We will provide You and Your covered Dependents written certification of the period of Creditable Coverage You or Your Dependent satisfied under this plan, under COBRA continuation, if applicable, and the Waiting Period imposed for Medical Benefits coverage under this plan. This certification will be provided:

1. At the time You or Your Dependent cease to be covered under this plan or otherwise become covered under a COBRA continuation provision;
2. At the time You and Your covered Dependent cease to be covered under a COBRA continuation provision; and
3. Upon a request made on behalf of You or Your covered Dependent that is made no later than 24 months after the date coverage ceases as described in items 1 or 2 of this provision.

EXHIBIT _A_
PAGE _53_ OF _93_            AR61

***** FILE COPY *****

## SECTION X:      GENERAL PROVISIONS

### Group Insurance

The insurance coverage included on Your Benefit Summary and evidenced by this Certificate is group insurance provided under an Employee Welfare Benefit Plan as defined by ERISA, for which Your Employer is the sponsor and administrator.

Your insurance is provided contingent upon Your:

1.    Employer's continuing to be a Participating Employer under the Group Policy and under the Trust that is the Group Policyholder; and
2.    Employer's continuing to pay the required premiums due Us for the insurance for You and the other Employees of the Employer.

Except as otherwise stated in this Certificate, We also have the right to terminate all non Health Insurance Coverage with respect to Your Employer with 31 days advance written notice to Your Employer.  If we do so, Your insurance, as well as the insurance for all other Employees of Your Employer, will stop as indicated in the "Termination Provisions" section.    Please see the "Termination Provisions" section for Health Insurance Coverage termination provisions.

### Grace Period

Your insurance will end as of the last day for which premium has been paid, in accordance with the "Termination of Insurance" Section. However, a grace period of 31 days will be allowed following each premium due date after the first premium, unless We have been given written notice by the Employee as of the prior premium due date to cancel coverage. If premium is received during or by the end of the grace period, coverage will continue without interruption. If the premium due is not paid by the end of the grace period, Your coverage will be terminated as of the last day for which premium was paid.

If we terminate this plan due to nonpayment of premiums, We will provide a notice to Your Employer 10 days prior to the end of the Grace Period informing Your Employer that the premium was not received and that the policy will be terminated as of the last day for which premium was paid if premium if not received by the end of the Grace Period. The notice will be in writing and sent by first class postage to Your Employer's last known address.

### Contestability

During the first two years from the Effective Date of this Certificate, any misstatement made by You on the Request for Insurance may be used to contest a claim or coverage under this Certificate; thereafter only fraudulent misstatements may be used.

### Premium Contributions

Because this insurance is provided through Your Employer, Your Employer must pay the required premiums to Us on the premium due date.  Your Employer may, in turn, require You to contribute toward the cost of Your insurance.  Failure of Your Employer to pay any required premium to Us on time will result in the termination of Your insurance.

After your Employer's coverage is in effect, we have the right to change premium rates for the Employer if:
1.    the terms of coverage are changed;
2.    the number of Employees insured changes by the greater of 10% or two employees;
3.    an Employee enters a new age bracket;
4.    the Employer relocates; or
5.    there is a change in the composition of the group.

### Requests for Information

If We request information from Your Employer concerning eligibility or participation matters, and such information is not received within 15 days of such request, We will consider Your Employer to be non-compliant with plan participation requirements.  If we terminate insurance due to non-compliance with plan participation requirements, we will provide 31 days advance written notice to Your Employer.

J-4000-OR (MED)                                     54

EXHIBIT _A_
PAGE _54_ of _93_                    AR62

***** FILE COPY *****

### Notice of Claim

Written notice of claim must be given to Us within 90 days after the occurrence or commencement of any covered loss, or as soon thereafter as reasonably possible.  Notice may be given to Us at Our Executive or Administrative Office with information sufficient to identify the Insured Person with respect to whom claim is made.

### Claim Forms

We do not require a specific claim form in order to receive notice of a claim. You or Your Physician can comply with the requirements for furnishing proof of loss by submitting written proof within the time fixed in this Certificate for filing such proofs of loss.  Such written proof must cover the occurrence, the character, and the extent of the loss.

### Proofs of Loss

Written proof of loss of time on account of disability (where periodic payments depend upon continuing loss) must be furnished to Us at Our Executive or Administrative Office within 15 days after the end of the period of time for which claim is made; in case of claim for any other loss, written proof of loss must be furnished within 90 days after the date of the loss.  Failure to furnish such proof within the time required will not invalidate or reduce any claim if proof is furnished as soon as reasonably possible.  Except in the absence of legal capacity, however, We are not required to accept proofs more than one year from the time proof is otherwise required.

If additional information requested by Us to determine Our liability  for the loss is not provided within 50 days of Our request for additional information, the file on the claim will be closed; and no further action will be taken on the claim unless and until the additional information requested by Us is provided.

### Time of Payment of Claims

Subject to proper and timely written proof of loss: 1) Disability Income benefits for which periodic payment is provided will be paid each week; 2) LTD benefits for which periodic payment is provided will be paid each month. Any balance remaining unpaid at the end of Our liability will be paid promptly upon receipt of due written proof. We will pay all other benefits promptly upon receipt of due written proof of loss Major Medical and Dental Benefits (if any) will be paid no later than 30 days from the date of receipt of claim, unless the claim involves Coordination of Benefits or additional information is needed to pay such claim. In the event the claim involves Coordination of Benefits, We will have an additional 14 days to pay such claim. In the event more information is needed, You will be notified as to the reason for the delay within 30 days of receipt of the claim, and each 30 days thereafter until such claim is resolved.

### Payment of Claims

We will pay medical claims when coded according to the latest editions of the Physician's Current Procedural Terminology (CPT) Manual and ICD-9-CM Manual. We will not pay for claims that are improperly billed or duplicative in nature. All Medical and Dental benefits will be paid to the provider of the care or service for which the claim has been made, unless paid in full and otherwise requested by You; all other benefits will be paid to You; any accrued benefits unpaid at Your death will be paid to Your estate, except as may otherwise be provided for any specific benefits in this Certificate.

### Examinations

We have the right to have any Insured Person examined at Our own expense, when and as often as We may reasonably require while a claim is pending; We also have the right, in case of death, to have an autopsy made where it is not prohibited by law.

### Recovery Rights

### Subrogation and Reimbursement Generally.

In the event that the Insured Person recovers damages from a third party attributable to any such negligent act or omission, We will, to the extent of medical benefits or payments provided to or on behalf of the Insured Person, retain a right of reimbursement or be subrogated to all of the Insured Person's rights of recovery arising out of any claim or cause of action related to such third party's negligent act or omission.

EXHIBIT __A__

PAGE 55 OF 93

AR63

***** FILE COPY *****

Filing a Claim Against a Third Party and Other Actions.

In the event that an Insured Person files a claim, lawsuit or otherwise seeks to recover damages from a third party arising from the negligent act or omission of such third party, the Insured Person will include in such lawsuit a claim for the medical benefits or payments provided to or on behalf of the Insured Person by Us. An Insured Person will take such action, furnish such information and assistance and execute and deliver all instruments that We may require to enforce Our reimbursement and subrogation rights under this Certificate.

Attorneys' Fees and Other Costs.

In the event that We engage an attorney or other agent for the purpose of enforcing Our subrogation or reimbursement rights as stated in this provision against an Insured Person's failure to cooperate with Us, the prevailing party in any legal action or other proceeding brought to enforce such rights will be entitled to an award of its costs, including, without limitation, reasonable attorneys' fees associated with all trial and appellate proceedings.

Notice, Right of Intervention.

The Insured Person will provide Us with timely written notification in the event the Insured Person or the Insured Person's Dependent suffers Injury or Illness by virtue of the negligent act or omission of a third party. Such a notice must inform Us (i) of the nature of the Injury or Illness; (ii) the names, addresses and phone numbers of any insurance companies or other third parties who may be responsible for payment of damages suffered by the Insured Person or Dependent; (iii) a description of the accident or occurrence that the Insured Person reasonably believes was responsible for the Injury or Illness at issue and the approximate date(s) upon which such accident or occurrence occurred; and (iv) the name of any legal counsel retained by an Insured Person in connection with any such accident or occurrence. In the event that an Insured Person brings a lawsuit, counterclaim, cross-claim or any other action in connection with any such accident or occurrence, We will be provided with copies of all pleadings, notices and other documents and papers that relate to Our rights of reimbursement or subrogation under this Agreement. We reserve the right to intervene in any proceeding in which an Insured Person is a party to the extent that such intervention is reasonably necessary to protect Our rights of reimbursement or subrogation under this Agreement.

Interpretation of Certificate and Policy

We have discretion to construe and interpret the terms and provisions of the Policy and Certificate to make determinations regarding issues which relate to eligibility for benefits, to decide disputes which may arise relative to an Insured's rights and to decide questions of Plan interpretation and those of fact relating to the Policy and Certificate and the payment of claims.

Certificates are issued in accordance with existing state and federal law. In the event new state or federal laws are enacted which conflict with current provisions of the Certificate, the provisions of the Certificate impacted will be administered in accordance with the new laws despite anything in the Certificate to the contrary.

ERISA Claim Appeal Procedure

In compliance with the provisions of the Employee Retirement Income Security Act of 1974 (ERISA), John Alden Life Insurance Company will provide a written explanation of the reason it denies, in whole or in part, a claim for benefits under the plan described in this Certificate. If there is any question about the settlement or denial of a claim You (or Your Beneficiary in case of death) have the right to request a full and fair review of that claim.

The review process is as follows:

*   Within 60 days of receiving a claim denial, a certified letter must be sent to Us stating the reasons for appeal and any additional information to support the claim.

*   To help Us identify and process the appeal, include either a photocopy of Our letter of denial or clearly identify in Your letter the Employee's Certificate number, the person for whom claim was made, the provider and amount of the claim, the date claim was made, and the date it was denied.

*   After We review the written information, You or Your Beneficiary or representative may appear personally to give further written or verbal support to the claim and review any pertinent documents.

EXHIBIT ____
PAGE 50 OF 93

AR64

***** FILE COPY *****

\*     Within 60 days of the written appeal, We will notify You or Your Beneficiary by mail of the final decision and the specific reason for the decision.

Grievance Procedure

In addition to the ERISA Claim Appeal Procedure outlined above, You may file a Grievance with Us.

If You are dissatisfied with the outcome of Your initial Grievance, You are entitled to a first or second grievance appeal.

We will acknowledge receipt of all grievances and appeals no later than the seventh day after receipt of the grievance or first or second appeal.

Once an initial Grievance or first or second appeal is received by Us, the complaint will be reviewed and resolved no later than 30 calendar days from the date notice of the initial Grievance or the appeal is received by Us. With regard to the initial Grievance, We may have an additional 15 days to resolve the issue if before the 30th day We give a notice of delay to You or Your representative. Such notice will include the specific reason for the delay. However, these standards for timeliness do not apply: when the period of time is too long to accommodate the clinical urgency of the situation; the You or Your Dependent do not cooperate; or circumstances beyond the control of a party prevent that party from complying with the standards, but only if the party that is unable to comply gives notice of the specific circumstances to the other party when the circumstances occur.

At Your request, You have the right to appear in person before a Grievance committee to present written or oral information and to question the determination which resulted in the Grievance. We will inform You in writing of the time and place of the meeting at least seven (7) calendar days before the meeting.

In the event the Grievance concerns Emergency care, the Grievance will be resolved within four (4) business days of our receipt of the Grievance.

An otherwise applicable standard for timeliness, as described above, will not apply when:
1.     The period of time is too long to accommodate the clinical urgency of the situation;
2.     You or Your Dependents does not reasonably cooperate; or
3.     Circumstances beyond the control of a party prevent that party from complying with the standard but only if the party who is unable to comply gives notice of the specific circumstances to the other party when the circumstances arise.

We will treat an appeal from a decision by a medical consultant or peer review committee as a second appeal under these Grievance Procedures.

Examination of Records

By acceptance of the benefits of this plan, You shall be deemed to have consented to the examination of medical records for purposes of utilization review, quality assurance and peer review by Us or Our designee.

Legal Actions

No action at law or in equity will be brought to recover on the policy until 60 days after the required written proof of loss has been furnished. No such action may be brought more than 3 years after the time written proof of loss is required to be furnished.

Fraud

If an Insured Person commits fraud in any way connected with this Certificate of Insurance, such Insured Person's and Insured Person's Dependents' coverage is voided automatically, without notice.

EXHIBIT _A_
PAGE _57_ OF _93_



**ASSURANT**
Health

501 W. Michigan Avenue
P.O. Box 3264
Milwaukee, WI 53201-3264
Phone: 800-454-5105

www.assuranthealth.com

September 15, 2005

**FILE COPY**

Talia Hinman
% Melinda Hinman
3643 Scott Rd.
Hood River, OR 97031

Claimant: Talia Hinman
Policyholder: Melinda Hinman
Policy: 539153-9-D00
Reference #: 052563810
Treatment/Service: 86617 / 86256 / 99001 / 86682
Date(s) of Service Not Certified: 3/31/05 – 6/23/05
Reason Treatment/Service Not Certified: Experimental and Investigational

Provider: N/A
Facility: Immungenex, Inc.
Supplier: N/A

Screening Criteria: Generally Accepted Medical Principles

Dear Talia Hinman:

The Health Management Department has received notice that the member named above has received medical service(s). The case was referred to our Physician Advisor. Based upon the medical information provided, we have determined that the requested treatment or service as indicated above is Experimental and Investigational.

This service meets the definition of experimental and investigational in your contract and thus, is excluded by your contract. The applicable exclusion language states: We will not cover charges: For any and all services, treatments or supplies related to, or in association with a course of treatment that is Experimental or Investigational, as defined in this Certificate. We will also not cover any complications which result from Experimental or Investigational course of treatment.

The clinical rationale regarding this decision is: 17 y/o female was apparently first seen 10-12-04. The medical record does not document a chief complaint, any symptoms or reason for visit. The medical record does not support provider assessment of probable Lyme disease in this patient who does not live in a Lyme disease area: there is no documentation of tick exposure; there is no documentation of symptoms; there is no documentation of a thorough medical examination including a neurological examination. The medical record does document an E/I practice with plan for 2-4 months of antibiotics and testing for heavy metals without documentation of exposure, symptoms, or physical examination findings. Lyme IgG western blot test did not support diagnosis of Lyme disease. Patient had apparently tested positive 5-04 for 4 of 10 bands

Assurant Health markets products underwritten by Time Insurance Company, Union Security Insurance Company and John Alden Life Insurance Company.

EXHIBIT A
PAGE 58 OF 93

AR1554

**FILE COPY**

Page 2

and equivocal for 3 bands. For 3-29-05 date of service: there is no physical examination, there is no history of recurrent tick exposure to document necessity of repeat Western Blot and other infectious organisms tests done 3-29-05. The medical record does not support 99215 for 3-29-05 date of service. All services 11-16-04 through 6-21-05 are related to an E/I practice pattern; certificate of insurance excludes coverage of E/I services.

You have the right to appeal this decision. Please see the enclosure for the appeal procedure. This decision does not alter, limit or restrict in any manner the attending physician's ultimate patient care responsibility.

The screening criteria listed above was relied upon in making this determination. If your coverage with us is through an employee benefit plan that is established or maintained by an employer or employee organization, you have the right to request a copy of the screening criteria, which will be provided to you free of charge.

If you have any questions regarding this decision or your right to appeal, you may contact us by:

➢ Writing to us at:
   Assurant Health
   Health Management
   PO Box 3264
   Milwaukee, WI 53201-3264
➢ Faxing us at 414-299-7555
➢ Calling the Appeals Coordinator at 800-454-5105, Ext. 6239

Sincerely,

Health Management Department

cc:   Immungenex, Inc.
      797 San Antonia Rd.
      Palo Alto, CA 94303

Enclosure: Insured's Right to Appeal – OR

DN/tg

EXHIBIT A
PAGE 54 OF 93

AR1555