**Christine Green, M.D.**
**Green Oaks Medical Center, PC**
5050 El Camino Real
Suite 110
Los Altos, California 94022
650-964-6700/ 650-964-3495

achieve that goal; she is a resilient and determined young woman and pushed herself through. Ms. Hinman noted that after oral antibiotics most vertiginous episodes resolved, nausea became rare and her fatigue significantly improved. Low fevers, nocturnal diaphoresis and rashes resolved. She could exercise carefully, not to her previous athletic level but she could start working out in a gym. However she continued to have joint pain in her neck, low back and hips. She also has neuropathic symptoms in her hip, neck and low back. Headaches have decreased but not resolved. Meningeal symptoms including photophobia and phonophobia continued to a lesser degree.

Rocephin, 2grams daily for 3rd stage Rheumatologic and Neurologic Lyme unresponsive to oral treatment. Rocephin was continued as per ILADS standard of care until symptoms had resolved.
(http://guidelines.gov/summary/summary.aspx?doc_id=4836&nbr=003481&string=lyme)
After stopping Rocephin some residual photo and phono phobia returned, however the other symptoms have resolved and the patient is able to return to work and continue her education

Sincerely,

Christine Green MD

2-27-06

Level One Appeal For Talia Hinman : 539153-9-D00

For denial of services for references #052563800
#052563807
and    #052563810
and any associated services

Dale and Melinda Hinman
Group # 539153
3643 Scott Rd.
Hood River, Oregon 97031
(541) 354-2365

EXHIBIT A
PAGE 151 OF 93

Linda Tising,

Thanks for seeing our case to review. This is a level one appeal for Talia Hinman concerning reference numbers:

#052563800, #052563807, #052563810

We are concerned, however, because Talia has had a surgery; in order to administer IV Rocephin, she needed a Groshong catheter implanted. The catheter also had to be removed and I know, of course, there are associated charges beside surgery. But we are lacking a denial. When I phoned John Alden, they said the service was denied under the explanation "cosmetic". We are talking about an intravenous tube protruding from a young girls' chest. Implant was 7/05; removal around was 10/05. We would like to include these services in this appeal. If Assurant Health reasoning is indeed that this is a cosmetic treatment, argument is fairly straightforward. This is certainly NOT a cosmetic enhancement, and the Groshong was the best choice for this patient and treatment.

Thanks so much,

Dale and Melinda Hinman
Group #539153

EXHIBIT _A_
PAGE _6 2_ OF _93_

## PROVIDENCE HOOD RIVER MEMORIAL HOSPITAL
### 811 13TH Street Hood River OR 97031 (541)386-3911

DIAGNOSTIC X-RAY
Patient:    HINMAN,TALIA ELISE
Exam Date: 07/26/05

| | |
|---|---|
| MR #: | 0000025335 |
| Acct #: | H0520701848 |
| DOB: | 05/15/87 |
| Ord Phys: | GARCIA,JOHN M |
| Location: | O/P |
| CI #: | 4498278    HCPCS:    71010 |

STUDY:
AP portable chest.

CLINICAL INDICATIONS:
Groshong catheter placement.

FINDINGS:
A Groshong catheter is in place, entering via the right subclavian approach, ending with the catheter in the plane of the superior vena cava at the level of the carina. There is no evidence of pneumothorax or pleural fluid collection. The lungs are clear with no infiltrates or masses. Heart and mediastinal structures are normal in size and contour.

IMPRESSION:
Groshong catheter placed in satisfactory position. Radiographically normal chest.

Job 25607

Read by: PAUL D QUIST
LDK        : 07/27/05 0837

FINAL

Copy To:    GAY,ANTHONY SCOTT
COLUMBIA GORGE FAMILY MED
1108 JUNE ST
HOOD RIVER, OR 97031

EXHIBIT A
PAGE 63 OF 73

JUL 2 8 2005

AR1690

Providence Health by 8/18/2005 8:33 AM PAGE 1/2 RightFax

**Providence Health Services**
1151 May Street  Hood River, OR 97031
541-387-6125 Fax: 541-387-6321

*August 18, 2005*
Page 2

Chart Document

Home: (541)806-5454

**TALIA ELISE HINMAN**
Female  DOB: 05/15/1987    MRN: H0000025335    Ins: JOHN ALD (JOHN ALDEN/PPOR PROFEE)
Grp: 53915300020009

HEENT: The head is normocephalic. The neck is soft without masses or asymmetry. There is no cervical or supraclavicular lymphadenopathy. The clavicles are normal. LUNGS: Clear to auscultation.
HEART: Regular rhythm without murmur or gallop.

IMPRESSION
Stage 3 Lyme disease with need for daily infusion of Rocephin for 60 days.

RECOMMENDATION
Placement of a right subclavian Groshong catheter was discussed and recommended. The alternative of a Port-A-Cath was discussed; however, there would be a sizable residual scar on her upper breast which she would very much like to avoid. She has no concerns whatsoever about an external catheter present for 60 days and certainly prefers having the Groshong over a big scar. The procedure, including risks such as bleeding and pneumothorax, were discussed with she and her mother. They appear to understand and Talia agrees to proceed. Surgery will tentatively be scheduled tomorrow, although because of previously scheduled cases surgery will likely be late in the afternoon and may need to be rescheduled. This will be done under local anesthesia with conscious sedation.

Thank you for involving me in Talia's care.

John M. Garcia, MD
jg/dn

cc: Tony Gay, MD

Signed by John M. Garcia MD on 07/27/2005 at 8:50 AM

EXHIBIT A
PAGE 64 OF 93

AR1691

Table of Contents

A. Diagnostic Guidelines ........................................................................... 2
B. Definition of "confirmed" .................................................................... 3
2. Three Requirements of Diagnosis ............................................................ 4
   A. Clinical manifestations........................................................................ 4
      i. Patient's documented clinical symptoms......................................... 4
      ii. Patient's documented clinical history .............................................. 4
      iii. Patient's documented personal history ........................................... 5
   B. Epidemiolic information; exposure ..................................................... 5
   C. Laboratory evaluation ......................................................................... 6
      i. The etiological nature of B. burdorferi ........................................... 6
      ii. The ELISA........................................................................................ 6
      iii. Western blot..................................................................................... 7
      iv. Laboratory evaluation of this patient........................................... 8
3. Treatment is NOT evidence of a E/I practice ......................................... 8
4. Specific Commentary; standard of care.................................................. 9
5. Conclusion .............................................................................................. 11
6. References................................................................................................ 13

Supporting Documents:

Section A - Dr. Green's Case Evaluation, January 17, 2006

Section B – Oregon Tick Vector
      Isolation of *Borrelia Burgdorferi* from *Neotoma Fuscipes*, *Peromyscus Maniculatus*, *Peromycus Boylii*, and *Ixodes Pacificus* in Oregon

Section C – Relapse / Persistence of Lyme Disease Despite Antibiotic Therapy

Section D – Seronegativity in Lyme borreliosis and Other Spirochetal Infections

EXHIBIT $A$
PAGE 105 OF 93

Page 1

This is a level 1 appeal argument for denial of services for the following references and all services, service dates, and provider/facilities included:

#052563800, #052563807, and #052563810

We contend that Talia Hinman has been properly diagnosed as to have Lyme disease with Arthritis, Encephalopathy and Neuropathy and that Assurant Health is incorrect in it's denial of claims. The reasons for this are as follows:

A. Diagnostic Guidelines

Assurant Health has applied improperly developed diagnostic criteria to this case. Clinical diagnosis in the United States does not require the criteria as cited by Assurant Health, rather, this Insurer has used diagnostic criteria created and endorsed by the CDC solely for the purpose of national surveillance. Use of this criteria for clinical diagnosis is denounced by the both CDC and federal law.

A specific example of this is the third criteria requirement, which states need for "either an EM rash, or both positive ELISA and Western Blot. This is a literal stating of a "presumptive" case definition as devised by the CDC; not however, for purposes of clinical diagnosis. The CDC cites this disclaimer alongside both confirmed and presumptive case definitions: "A restrictive case definition is intended to enhance the specificity of surveillance. Reduced sensitivity and, therefore, exclusion of atypical presentations may result". The CDC further states: "This surveillance case definition was developed for national reporting of Lyme disease; "it is not appropriate for clinical diagnosis.". These statements are emphatically upheld by Public Law 107-116, Departments of Labor Health and Human Services, and Education, and Related Agencies Appropriations Act 2002, signed by President Bush 1-10-2002. As quoted from wording included in the bill:

"The committee recognizes that the current state of laboratory testing for Lyme disease is very poor. The situation has led many people to be misdiagnosed and delayed proper treatment. The vaccine clinical trial has documented that more than one third (36%) of the people with Lyme disease did not test positive on the most sophisticated tests available. The ramifications of this deficit in terms of unnecessary pain, suffering, and cost is staggering."... "The committee is distressed in hearing of the widespread misuse of the current Lyme disease surveillance case definition. While the CDC does states that "this surveillance case definition was developed for national reporting of Lyme disease: it is NOT appropriate for clinical diagnosis", the definition is reportedly misused as a standard of care for healthcare reimbursement, product (test) development, medical licensing hearings, and other legal cases. The CDC is encouraged to aggressively pursue and correct the misuse of this definition."

This legal position is further supported by evidence based research. "Recent studies (6) by the group responsible for Lyme proficiency testing for the College of American Pathologists (CAP), came to the conclusion that the currently available



EXHIBIT A
PAGE 66 OF 93

Page 2

AR1693

ELISA assays for Lyme disease do NOT have adequate sensitivity to meet the two tiered approach recommended by the CDC/ASPHLD group (2). The requirement of positive results for both the ELISA and Western blot, is not only inappropriate use of criteria, but scientifically invalid as well.

Another example of Assurant Health's misapplication of diagnostic criteria exists within the second criteria requirement for diagnosis. Literal adherence to the wording of this guideline would mean exclusion, for diagnosis and consequent treatment, of any persons not living within or traveling through an endemic area. This would be a grave disappointment to the 56 Oregonians who were confirmed CDC positive between 2000 and 2003, or the 18 who were reported for 2005 (1). The CDC does in fact state that Lyme disease occurs in all fifty of the United States. Again, surveillance criteria are devised with lessened consideration of risk associated with issues of exclusion and probability. The same cannot be applied to clinical diagnosis. Criteria which may be correct but incorrectly applied (ie; criteria applicable to surveillance purposes, but not to clinical diagnosis), does not constitute a standard of care.

## B. Definition of "confirmed"

Insurer states that "patient did not meet one or more of (3) diagnostic criteria, And, that "the treatment of Lyme disease in the absence of a confirmed diagnosis is investigational." Patient contends, first, (and argued above), that the diagnostic criteria as cited by Assurant Health is inapplicable. Further, patient has not found anything in her certificate which defines either "confirmed" nor the word "confirmed " as it relates to Investigational. Reference to the word "confirmed" by the CDC, is again, based on a standard which was devised for research purposes and national surveillance and not clinical diagnosis. A patient's Lyme infection might be "confirmed," by virtue of a positive PCR tissue sample, but the "characteristic sparsity of organisms (62)" makes this such a rare test result, that no medical body of knowledge would or has considered excluding a patient without it. There are some "recommendations," but again, these do not define confirmation of disease, only the validity of positive and negative test results. For example, a position paper by Peter Tugwell cites "recommended" parameters for serology testing, but his admitted basis are medical/scientific abstracts which exclusively examines cost effectiveness issues in regard to probabilities (44). The Division of Microbiology and Infectious Disease state that "diagnosis must be based on characteristic clinical findings in which the results of laboratory tests play a supportive role". The IDSA has published guideline criteria for treatment, but not for diagnosis; it does not address the issue of diagnosis of third or late stage Lyme at all; though Oregon State Health Services, Sept. 2005, divides Lyme disease into these three distinct categories. The ILADS (International Lyme And Associated Disease Society) is a defensible body as a standard of care and does offer diagnostic guidelines, which are as follows: "Lyme disease is a clinical diagnosis based on patient history, including symptoms and exposure to the tick vector and physical findings". Most practitioners interpret this to mean a clinical definition of Lyme disease that includes a combination of symptoms and clinical signs with serological support."(11).

2. Three Requirements of Diagnosis (as stated by Assurant Health)

Patient believes diagnosis has been based on clinical manifestations, epidemiologic information and laboratory information (see "A" Dr. Green). For further argument:

A. Clinical manifestations

i. Patient's documented clinical symptoms

Talia Hinman's symptoms are well documented (see "A" Dr. Green). Contrary to "non-specific complaints", Talia's health has been seriously and specifically compromised. Her symptoms included:  Substantial fatigue, fever, abnormal or swollen lymphs, sweats and chills, weight loss, persisting and constant headache, severe light sensitivity, severe joint pain in hips, knees and neck, intermittent migraines, vomiting, abdominal pain, alternating diarrhea and constipation, sleep disturbance, severe back pain, vertigo, poor memory and ability to read or focus, mood swings. **While any of these symptoms might individually suggest other conditions, the combination of neurological, arthritic, and gastrointestinal symptoms is highly suggestive, if not definitive of late stage Lyme disease.** Talia's symptoms were of a severity, that, despite an array of prescriptive medications; for, migraine, stomach pain, acid reflux, joint inflammation and/or and bowel inconsistency, ten months of rest, and a regimen of vitamins, she was still unable to function at a basic level; unable to sit or rest in any position without considerable unabated pain, unable to drive, read or focus or attend school. Talia's appointment was discussed and supported by Dr. Anthony Gay (primary care, see medical record) who stipulated that he would like to review Dr. Green's recommendations. He did so and found them satisfactory.

ii. Patient's documented clinical history

Clinical history is documented. (see medical records) Between January and October of 2004, Talia was seen by primary care physician ten times, and referred to eight different specialists. Specialists included: a PNP Pediatric Gastroenterology, Two separate Gastroenterologists, an ENT specialist, a Neurologist, a Psychologist, an Infectious Disease specialist, and an Endocrinologist. Dr. Green, therefore, had benefit of patient's fairly exhaustive medical history. This gave Dr. Green opportunity to consider or dispel alternative etiological causes, for example, thyroid dysfunction, brain abnormalities (tumor), chemical and hormonal imbalances, etc.. by means of:  MRI's, CT scans, x-ray, Monospot, CBC, chemistry panel, amylase, metabolic tests, endoscope with biopsies, etc...Also included in this compiled medical record, are anecdotal descriptions of Talia's symptoms as documented by each specialist as well as each visit with primary care.

Assuring Health has challenged Dr. Green's testing for heavy metal toxicity, however this is an appropriate consideration for differential diagnosis. Assurant Health has not challenged the x-ray for mediastinal adrenopathy nor testing for toxoplasmosis, though both were of doubious possibility. Talia does live in the midst of a working fruit orchard

which is annually sprayed with a copper/oil solution. Perhaps because she could not possibly determine the potential ingredients of other sprays as well, Dr. Green felt this was a prudent test. Our drinking water is glacial from Crystal Springs co-operative and our irrigation is from our own artesian spring.

### iii. Patient's documented personal history

Personal history is documented. Prior to illness in 2004, Talia was an extremely vital and vibrant personality. She had required minimal medical attention throughout childhood and adolescence. Progressive joint pain is documented beginning in 2003, which was not relieved by regular chiropractic appointments, physical therapy, orthopedic aides, or an appointment with an Osteopathic Surgeon. Talia was well recognized in her community as an outstanding athlete in basketball, softball and snowboarding. (4A school varsity starter, District MVP and team MVP softball fast-pitch) Well known for character, stamina, humor. Tag student (Talented and Gifted). Dr. Green is able to form a baseline of personality and health before onset of illness, and develop a sense of chronology.

### B. Epidemiolic information; exposure

Patient lives in Hood River, Oregon. In late 2002, she had intensive care of an injured owl, which was found to be laden with tiny ticks. Oregon State Health Services (Sept 2005) cites that the "Ixodid tick bite is generally painless and many LD patients have no recollection of a tick bite, so the absence of a tick bite history is not inconsistent with a diagnosis of LD"(1). Another source cites that fewer than 50% of all Lyme disease patients recall a tick-bite (45). In it's nymph stage, when likely to bite, this tick is larger than the size of a poppy seed, and is almost translucent. Talia has no recollection of either EM rash or tick bite, though an EM rash could have conceivably gone unrecognized. Talia is very active outdoors; camping, fly-fishing, etc... We live rurally, on wooded acreage, and are regularly visited by an assortment of wildlife, such as skunk, raccoon, deer, game birds, etc...Talia also has an assortment of pets. Her father and brother are hunters, and dress and process game (deer and elk) in our garage. She has played on a traveling ASA softball team, since she was 12, and in 2002-2003 traveled from the Canadian border/northern Washington to Southern California, including Florida. As softball players, these girls are constantly on the ground, open fields, etc... She has been camping in Josephine County, OR. Oregon had 56 confirmed cases of Lyme between 2000 and 2003. The majority of these were in Josephine County (see "B"). Hood River County had one "confirmed" case in 2005. Hood River has a notably passive reporting policy; The County Health Department does not require (nor is aware) of "presumptive" case distinctions, and there is no medical community awareness as to offering serology testing to confirm EM rashes. A study of tick "capture" in Oregon has shown infection with Lyme from four different vector hosts (see "B" Ore. Tick)

## C. Laboratory evaluation

Dr. Green's medical judgment concerning laboratory results is best described in her own document. (see "A" Dr. Green). Also:

### i. The etiological nature of B. burdorferi

We DO find it factually significant, that the complexities of the Lyme organism have as yet evaded research's best efforts to find a definitive test to either unequivocally confirm active infection, or to prove it's eradication. This is due to a number of variables. Lyme spirochetes can penetrate human fibroblasts and live intracellularly (58); intracellular pathogens are notoriously difficult to treat and cure(24,25,26,27). Lyme is related to the same structural agents as syphilis and relapsing fever (1); both of which are notable for their persistent nature despite treatment. Lyme can infect immunologically privileged sites which makes antibiotic penetration difficult (30). Also, Lyme displays an altered morphology, referred to as L-forms, cell wall deficient L-forms, and cyst form. This pathogen's ability to change from L-form to cyst and back to a helical form may be instrumental in it's ability to evade the host's normal defense mechanisms (28,29,58). An irony exists, because serology tests identify markers; our antibody response. This means that the same complex biological properties inherent of this pathogen, as just described, are the very mechanisms which allow it to evade the human host's defensive response; antibody production. Therefore, "seronegative patients may be the least able to mount an effective defense against the infection and may be the worst infected"(59). Additional examples of this phenomenon exist; for example:

   -Rawlings JA., found that of 14 culture positive patients, only 3 had positive antibody titers (8).
   -Auguero-Rosenfield et al., showed that (only) 70% of documented LD patients had significant antibody response (4,5).
   -Donta ST., found that approximately 20% of Lyme disease patients were seronegative (22). And,
   -Engstrom et al., confirm (3) that almost one third of all Lyme patients are IgG seronegative during the first year.

### ii. The ELISA

   -"Recent studies (6) by the group responsible for Lyme proficiency testing for the College of American Pathologists (CAP) came to the conclusion that the currently available ELISA assays for Lyme disease do NOT have adequate sensitivity to meet the two-tiered approach recommended by the CDC/ASPHID group (2).
   -Bakken et al (6) stated that a screening test must have a sensitivity >95% to adequately screen for Lyme disease and that the currently available ELISA tests do not meet this criteria.
   -**Aguero-Rosenfeld et al: Two years after physician diagnosed EM rash, 45% of patients were negative by ELISA (4,5)**

-If patients are treated early with antibiotics, their antibody response may be
   reduced or curtailed (7).

**ELISA has not been found to have adequate sensitivity, by College of
American Pathologists. It can also be reduced or curtailed by early antibiotic
treatment. Medical history shows Talia was prescribed Augmentin 875mg for 21
days in April'04, before her ELISA, which was negative.**

### iii. Western blot

CDC criteria for positive Western Blot is 5 of 10 antibody bands for IgG
positivity. The study this criteria was based on, used EM rash patients within a short
period of their disease onset. They drew blood every two weeks during a four month
period and any positive event (5 of 10 bands) was counted as a positive patient, even if
they were negative at a different time in the study. The study excludes two of the most
important and specific antigens, 31 kDa (OspA) and 34 kDa(OspB), which appear later
in response. These same antigens were also excluded from the IgM. A number of
studies demonstrate the effect of applying this surveillance based criteria to actual case
diagnosis:
-   -Hilton et al (10) showed that in his study group of 50 patients with confirmed
       Lyme, 4 patients would have been missed by excluding 31 kDa(OspA) and 34
       kDa(OspB).
-   -CLIA certified Igenex Laboratory (33)would have missed 2 of 18 proficiency
       samples by excluding antibodies to these two antigens.
-   -Engstrom et al (3) found that 2 of 5 bands gave them a specificity of 93 to 96%
       and a sensitivity of 100% in the (only) 70% of patients who made antibody.
-   -Aguero-Rosenfeld et al (5)L found that **although a majority (89%) of patients
       with EM rash developed IgG antibodies detected by Western Blot
       sometime during disease, only 22% were positive by the criteria of the
       CDC/ASPHLD.**

Again, such examples of errors in missed diagnosis, are of limited critical
importance when assessing the endemic nature of a geographic region. However, when
the same criteria is applied to actual clinical diagnosis, these same errors are critical
and unacceptable. Additional studies concerning the Western blot are cited:
-   - The CDC has suggested that the IgM should only be used during the first month
       after a tick bite, **but**, studies by Steere (9), Jain et al (11) and Igenex Lab(33)
       all found the IgM to be important in recurrent and persistent disease.
-   -Sivak et al (12) found that IgM Western blot had a 96% specificity if patients had
       at least a 50% chance of having Lyme disease.
-   -Osk et al (13) using culture and PCR to confirm Lyme disease, reported that
       specific IgM to B. burdorferi is sometimes the only antibody detected in
       persitent disease. They felt this data supported the idea that some Lyme
       patients have restricted IgM-only response to Lyme.

EXHIBIT _A_
PAGE _71_ OF _93_

-Antibody tests are not static. A patient negative in the Western blot may seroconvert to a positive pattern with treatment.

-The CDC, US Food and Drug Administration (FDA), and NIAID have all expressed concern regarding the over-reliance on laboratory tests for diagnosing Lyme disease (21,23,60), with the FDA stating that tests "should never be the primary basis for making diagnostic or treatment decisions". "Diagnosis should be based on patient history, including symptoms and exposure to the tick vector and physical findings" (21)

iv. Laboratory evaluation of this patient

Talia's Western blot is positive for IgG and IgM. She evidenced both 31kdA Osp A band and 39 kda band. The 39 kda band is considered particularly Lyme specific. See ("A") for evaluation of specific antigen bands. Talia was also found positive for WA-1 babesia antibody (at 1:640 by Sonoma County Health Department).

3. Treatment is NOT evidence of a E/I practice

Dr. Green's medical services are not an E/I practice. Dr. Green is a reputable, practicing physician with the benefit of seeing a number of infectious etiologies in an endemic area. Dr. Stricker, of this same office, is also a practicing clinical physician of hematolic specialty. He is president of the International Lyme and Associated Disease Society (ILADS), and has been successfully treating this complex organism for many years. To reiterate, this office is not a research facility, nor does it represent any form of research or research related protocol. Both Dr. Green and Dr. Stricker practice in accordance of the standard of care as defined by the ILADS guidelines.

Publication of ILADS guidelines are offered by the Agency for Health Care Research and Quality (AHRQ), U.S Department of Health and Human Services. ILADS is an interdisciplinary group of physicians and researchers dedicated to improving the diagnosis and treatment of tick borne diseases. Members include neurologists, rheumatologists, internists, family practitioners, pediatricians, immunologists, hematologists, ophthalmologists and psychiatrists. They use an empiric approach based on clinical evidence of active infection to determine treatment duration. Evidence of ongoing infection is determined by examining all clinical data, including persistence of symptoms, serologic testing, and other forms of collaborating tests, such as MRI scans, SPECT imaging, neurocognitive testing, or other neurological indications. Ultimately the determination of efficacy of treatment depends on the clinical response. The guidelines of the ILADS are evidence based and peer reviewed, and substantially endorsed by practicing physicians in the medical community. In one study, Ziska, Donta, and Demarest (46)examined physician preference regarding diagnosis and treatment of Lyme disease in the U.S., and found that 57% of responding physicians treated persistent Lyme disease for three months or more. Another study, at Columbia University, involving 3400 patients who were screened for persistent Lyme disease, responded that the mean duration of oral antibiotics was 7.5 months, and the mean duration of intravenous treatment was 2.3 months (47). In yet another study, 50% of responding physicians considered using antibiotics for a time greater than one year in

a symptomatic seropositive patient. Almost the same number would extend treatment to 18 months if needed (48). The ILADS guidelines, as endorsed by practicing clinical physicians, represent standard of care. Talia recognizes that two distinct standards of care exist concerning diagnosis and treatment of Lyme disease; represented by the IDSA and the ILADS. Both are evidence-based and peer-reviewed. Both viewpoints are practiced by reputable physicians in the community. Both imply some element of risk because evidence does not currently exist to unequivocally prove whether persisting symptoms beyond standardized treatment are the result of autoimmune complexes or persisting infection. Although the Klempner and Krupp studies contradict each other (34,35), the third and most recent NIAID-funded study has been completed and "preliminary results support continued antibiotic treatment for patients with persistent Lyme disease (36). The findings of five non-controlled studies also support continued treatment (37, 38, 39, 40, 41), as does the research findings included in this appeal (see "C"). Talia feels that imposition of a short, standardized treatment theory, could potentially alter her treatment choices in the future and place her unnecessarily at risk for complications that are ultimately less responsive to antibiotics (20). Palliative solutions such as steroids, which are recommended by IDSA for symptoms experienced beyond a 30 day regimen, are "found to increase the progression of active infection, and are contraindicated for active Lyme disease (32). Pain medications involve inherent risks of over-use and side effect. The IDSA has pointed to the dangers of extended antibiotic treatment, but **"The FDA Center for Drug Evaluation and Research reports that a significant amount of data support the safety of long-term antibiotic therapy (61).**

Conversely, a host of peer review and evidence based study suggest profound health risks associated with inadequate, incomplete, or nonexistent treatment. The dangers of developing advanced neurological injury, debilitation and death are well documented (17,18,19,42,). Further serious health consequences are documented in regard to co-infection with Babesiosis, such as joint and heart valve impairment, congestive heart failure, renal failure, and acute respiratory distress syndrome (54,49).

### 4. Specific Commentary; standard of care

To reiterate, Talia Hinmans diagnosis is well founded by her physician, who has used her clinical experience, medical expertise and considerable knowledge of this pathogen, to formulate diagnosis and treatment, based on clinical manifestations, history of symptoms, history and availability of tick exposure, and laboratory evaluation. She has also considered differential diagnosis, and has benefited from Talia's prior extensive medical care. **Dr. Green did NOT initiate oral antibiotics 10/04,** as suggested by Assurant Health. Dr. Green submitted a Western blot, following Talia's initial exam of that date and antibiotic was **not** initiated until 12/04; after consulting the results of that test.

Dr. Green, again, used sound medical judgment to ascertain that her patient, who had **improved substantially,** still had unresolved neurological and arthritic symptoms. Parenteral antibiotics are generally recommended when there is neurological involvement or complicated Lyme arthritis (16). This is also endorsed by the IDSA (43) though for shorter treatment periods. As already noted, The FDA Center for Drug



EXHIBIT A
PAGE 73 OF 93

Evaluation and Research report that a significant amount of data support the safety of long term antibiotic therapy (61). To additionally minimize any associated risk, Dr. Green prescribed Actigall (300mg), for duration of the IV period. Also, as a safe-guard, Dr. Green ordered lab work to monitor Talia's organ health periodically throughout her therapy. This was administered by Dr. Gay via Dr. Green. Talia keeps a physical appointment with Dr. Green (usually for one to two hours) every twelve weeks. At half intervals (six week), she has a phone consult. Dr.Green may also dialog with primary care and has always been accessible to Talia.

On 11/05, Dr. Green ordered a Western blot with co-infection panel. Purpose was not to re-diagnose, but to use this serology study as tool for evaluating reactive antibody bands. Talia was found positive for co-infection Babesiosis WA-1 (at 1:640, Sonoma County Health Department). Babesiosis is a malaria-type protozoan infection (whereas Lyme is bacterial), and therefore, is responsive to different treatment than Lyme. It is carried by the same Ixidid tick. Babesiosis in of itself, can cause serious health complications. The CDC reports on it's own case study of Babesiosis, "**Even B. microti, which traditionally has been considered less virulent than B divergens in humans, has been associated with critical illness and fatalities**, particularly among elderly, asplenic, or otherwise immunocompromised, patients (50, 51, 52, 53)". It is also notable for it's persistent nature. CDC case record indicates that, despite 30 days of IV antibabesial therapy AND hemodialysis, subpatent parasitemia and persistently high IFA titer (1:1,024) can exist even two months beyond treatment termination (56). A CDC case study of Babesiosis in Kitsap County, WA., is remarkable in that the patient possessed a variety of Babesiosis most molecularly comparable to the European strain which is not usually evidenced in the US and is often fatal. CDC states, "Babesiosis, which can be life threatening, can be caused by **novel** parasites not detected by serologic or molecular testing...(for) parasites previously recognized to cause zoonotic babesiosis in the United States." It continues that "diagnosis of babesiosis should be considered for febrile persons...**regardless of where they have lived or traveled.** Research suggests that at least 25% of babesiosis cases are also infected with Lyme (25). Had Dr. Green adhered to IDSA protocol, she would likely have prescribed a standardized regimen of brief antibiotic therapy, followed by a prescription of steroids or anti-inflammatories to address remaining symptoms. By assuming an aberrant auto-immune response, Talia's co-infection with Babesiosis might well have gone undiagnosed, with the risk of Talia developing complications of both infections (14,15). We are therefore appreciative of Dr. Green's diligence in evaluating Talia's clinical symptoms in regard to assessing her treatment's efficacy. Further study by Krouse, Speilman, Telford et al, (49) elaborates on the effects of concurrent Lyme and Babesioisis infection; ie:

  -"Co-infection generally results in more intense acute illness and more prolonged convalescence than accompany either infection alone".
  -"Co-infection might also synergize spirochete-induced lesions in human joints, heart and nerves".
  -"Babesial infections may impair human host mechanisms"

and, Dr. E. Mylonakis from an *American Family Physician* article of May, 2001 (54) makes further observations:

- "Factors associated with severe disease include advanced age, previous spleendectomy, or immunodeficient states".
- "Congestive heart failure, renal failure and acute respiratory distress syndrome are the most common complications."
- "over 100 different species of babesiosis exist"

## 5. Conclusion

Talia Hinman has been diagnosed with Lyme disease with Arthritis, encephalopathy and Neuropathy. She is currently eighteen years old, and is an incredible person of heart and intellect. But her losses due to this illness have been substantial. Talia has spent almost two years of her young life trying to regain her health from this infection. A previously un-medicated, active, athletic, and happy individual, Talia began experiencing joint pain in 2003 which progressed to an almost unbearable level by fall of 2004. This was accompanied by a plethora of accompanying and severe symptoms, such as migraines, vertigo, fever, abdominal pain, bowel inconsistency, severe light sensitivity, back and neck pain, sleep disturbance, thinking and focusing impairment, etc…to the degree, that she could but minimally function and found pain inescapable. A previous athlete and gifted student; she could barely walk, or read; she could not attend school. Despite the attentions of her primary care and eight specialists within a one year period, Talia saw no perceptible improvement in her health or well-being until she initiated oral antibiotics in 12/04, under the care of Dr. C. Green. Her response has been remarkable. Talia is not yet symptom-free, but has undergone an extraordinary improvement. She has exhibited Jarisch Herscheimerz response (bacterial reaction to antibiotic involving gestation and die off), and, when her symptom resolution plateaued, Dr. Green correctly questioned tissue and CNS penetration (among other variables) and prescribed IV Rosephen. She has also questioned co-infection and adjusted treatment accordingly. Considering the gravity of Talia's initial symptoms; the serious, debilitating and documented consequences of unresolved neurological and arthritic Lyme; and the complication of co-infection; terminating Talia's treatment therapy would be tantamount to medically sanctioned negligence.

Again, Talia's improvement has been one of leaps and bounds. Talia is not yet a healthy person; she works limited hours for an understanding employer and was not able to go to college winter term. She works out, but carefully and minimally, not with the gusto of the athlete she once was. She lives at home, which is hard for an independent young woman. She also, currently, has the new-found struggle of paying for her continuing antibiotic therapy despite a lack of coverage by this insurer, and, rather than tuition, must consider a debt which far exceeds her ability to earn. Despite all this, however, Talia's optimism remains high as she prepares herself to regain her life.

Talia's diagnosis has been made, utilizing extensive knowledge of the Lyme pathogen, clinical experience with treatment, and all of the appropriate protocol of good medical judgment. These same characteristic apply to Talia's treatment therapy, with,



what approaches, a nearing resolution of symptoms. Both diagnosis and treatment standards have been evidence based, peer reviewed, and endorsed by practicing physicians in the community. As defined, both diagnosis and treatment reflect standard of care, and are not to be considered Experimental or Investigational.

    Thank you for your time in considering this matter,


Dale and Melinda Hinman
Policy Holders
2/27/06

EXHIBIT _A_
PAGE 16 OF 93



**Christine Green, M.D.**
**Green Oaks Medical Center, PC**
5050 El Camino Real
Suite 110
Los Altos, California 94022
650-964-6700/ 650-964-3495

Frequently due to lack of noting of tick or bite by the patient and similarly the patient mistaking the early disease for acute illness or overwork or the result of excessive exertion, the Lyme patient presents in late disease after dissemination to the central and peripheral nervous system. Particularly on the West Coast of the United States where the tick bite is frequently missed by a hiker, gardener or pet owner, the patient misses the early indications of the disease. Many of these patients in retrospect may have had EM; and as suspicion for Lyme diagnoses is entertained and the patient sees the pictures of EM rashes, the patient or a family member will recall a rash at the onset of the illness. Similarly, the initial flu like illness is often thought to be a routine viral infection. Often the patient presents with symptoms of late disseminated Borrelia burgdorferi; these symptoms include but are not limited to chronic encephalitis with headaches, stiff neck, migratory arthralgia, cognitive impairment, vertigo, balance problems, tinnitus, symptoms of optic neuritis, arrythmia, pericarditis, prostatitis and trouble with memory. The presenting Lyme patient will frequently experience peripheral neuropathic symptoms including lightning like shooting pains frequently in the upper extremity. The patients often complain of atypical chest pain, which may be rheumatologic in nature. They often have partial facial nerve paralysis. Fatigue is usually present.

*Patient's Clinical Presentation*

Ms. Hinman is a 17-year-old athlete. In December 2002 while snowboarding she would get tired and sick and go sit into the lodge and rest. She thought she had the flu, as her throat was sore vertigo and felt nauseas, but it persisted for several weeks. Between January and March of 2003 she developed a hip injury diagnosed as a bursitis since x-rays were normal. She had trouble pitching (her usual position) and had to rest and avoid participating in the sport for periods of time.

In March 2004 she began to come back to play and see if the hip had recovered sufficiently to let her pitch. The" flu" came back at beginning of March and she could not get rid of it. So at softball practice she would get flushed, sick, and nauseas and be unable to play She developed headache, bouts nausea and back pain.

She tried to continue to play softball as she was a key player on her team. She lost 20 pounds between mid March and May without intention, probably secondary to the nausea. She developed migraines. The migraines became daily and she became bed ridden. She had sweats and nocturnal diaphoresis. Balance became much more difficult and she frequently felt dizzy and dystaxic. Her ankles began to swell.

EXHIBIT A
PAGE 7 OF 93

AR1715

# Relapse/Persistence of Lyme Disease Despite Antibiotic Therapy

16 September 2003

| Author | Year | Title | Journal |
|---|---|---|---|
| 1. Straubinger RK. | 2000 | PCR-based quantification of Borrelia burgdorferi organisms in canine tissues over a 500-day postinfection period.<br><br>[Persistence] "Antibiotic treatment resulted in the temporary disappearance of B. burgdorferi DNA. Skin samples became positive by PCR starting 60 days after treatment had ended, and additional positive samples were detected later ...therapy with different antibiotics seems to reduce the load of B. burgdorferi infection to a level of approximately 53 to 13,076 spirochetes per 100 μg of extracted total DNA but fails to eliminate the infection. [Dogs were treated with ceftriaxone, doxycycline, or azithromycin for 30 consecutive days.]<br><br>After antibiotic therapy had ended, in some treated dogs antibody titers remained at constant levels rather than decreasing further. This argues more for the persistence of the antigenic stimulus than for the complete elimination of B. burgdorferi."<br><br>[Diagnosis] "...DNA of heat-killed borrelia was not detectable for very long in skin tissue of an uninfected dog, implying that during natural infection the DNA of killed organisms is removed quickly and completely within a few days." | Journal of Clinical Microbiology, 38(6):2191-2199 |
| 2. Straubinger RK; Straubinger AF; Summers BA; Jacobson RH. | 2000 | Status of Borrelia burgdorferi infection after antibiotic treatment and the effects of corticosteroids: an experimental study.<br><br>16 dogs were infected with Borrelia burgdorferi. 120 days after tick exposure, 12 dogs were treated with antibiotics for 30 days; 4 control dogs were not treated. "At euthanasia, single tissues of the antibiotic-treated dogs and multiple tissues of all control dogs were Borrelia-positive by polymerase chain reaction."<br><br>[Persistence] "Do the data indicate an ongoing persistent infection in these animals or only the presence of DNA remnants of dead Borrelia...? From this study and our previous investigations (20), it appears likely that B. burgdorferi maintains a persistent infection with live organisms albeit at a very low level." (p.1079)<br><br>[Diagnosis] "As demonstrated by the injection of heat-killed B. burgdorferi organisms into the skin of an uninfected animal, DNA of dead organisms was detectable in our hands only for 3 weeks. These results are in concordance with a study in which persistent experimental infection with Treponema pallidum, the spirochetal agent of syphilis, was identified by PCR (21). Wicher et al. (1998) discovered that DNA of dead Treponema organisms was removed from or degraded within rabbit tissue within 15-30 days after syringe inoculation." (p.1079)<br><br>"Our studies show that at least in the dog, blood is an unreliable tissue to demonstrate B. burgdorferi infection." (p.1080) | Journal of Infectious Diseases, 181(3):1069-1081 |
| 3. Oksi J; Marjamaki M; Nikoskelahen J; Viljanen MK. | 1999 | Borrelia burgdorferi detected by culture and PCR in clinical relapse of disseminated Lyme Borreliosis.<br><br>Of 165 patients treated for disseminated Lyme borreliosis with three months or more of antibiotics (including a minimum of two weeks of ceftriaxone), 32 had treatment failure. At follow-up, 13 patients with clinical relapse were PCR or culture positive (10 PCR positive, 2 PCR and 1 culture positive). "In this study, culture or PCR-based evidence for the presence of live spirochetes was obtained in more than 40% of the patients with relapsed disease."<br><br>"The treatment caused only temporary relief in the symptoms of the patients."<br><br>"We conclude that the treatment of Lyme borreliosis with appropriate antibiotics for even more than 3 months may not always eradicate the spirochete." | Annals of Medicine, 31(3):225-32 |

EXHIBIT A
PAGE 18 OF 93

AR1746

| | Author | Year | Title | Journal |
|---|---|---|---|---|
| 4. | Breier F; Khanakah G; Stanek G; Kunz G; Aberer E; et al. | 2001 | **Isolation and polymerase chain reaction typing of Borrelia afzelii from a skin lesion in a seronegative patient with generalized ulcerating bullous lichen sclerosus et atrophicus.** *[From the abstract:] "Despite treatment with four courses of ceftriaxone with or without methylprednisone for up to 20 days, progression of LSA [lichen sclerosus et atrophicus] was only stopped for a maximum of 1 year. Spirochetes were isolated from skin cultures obtained from enlarging LSA lesions. Those spirochetes were identified as Borrelia afzelii by sodium dodecyl sulphate-polyacrylamide gel electrophoresis and polymerase chain reaction... However, serology for B. burgdorferi sensu lato was repeatedly negative." [from the article] "The relapses she repeatedly suffered during and after antibiotic treatment could be related to the observation that Borrelia may possibly be able to remain dormant in certain tissue compartments, thus escaping bactericidal antibiotic activity. This would be consistent with the fact that these relapses were always able to be treated successfully with a course of the same antibiotics as before; this is corroborated by a recent report that Bb may persist in experimentally infected dogs despite antibiotic treatment with doxycycline or amoxicillin."* | Br J Dermatol, 144(2):387-392. |
| 5. | Warner G; O'Connell S; Lawton N. | 1999 | **Atypical features in three patients with florid neurological Lyme disease.** *"Two [of three patients] had new symptoms/signs despite appropriate and adequate treatment; the third a relapsing-relapsing course."* | J Neurol Neurosurg Psychiatry, 67(2):275. |
| 6. | Clmpeman J; Maraspin V; Lotric-Furlan S; Ruzic-Sabljic E; Strle F. | 1999 | **Lyme meningitis: a one-year follow up controlled study.** *[Abstract:] "The results of our study revealed that Lyme meningitis frequently occurs without meningeal signs and is often accompanied by additional borrelioses persisted or occurred for the first time in several patients. They were not infrequent even at the examination performed one year after therapy." [A total of 36 patients were followed.]* | Wien Klin Wochenschr, 111(22-23):961-3 |
| 7. | Zamponi N; Cardinali C; Tavoni MA; Porfiri L; Rossi R; Manca A. | 1999 | **Chronic neuroborreliosis in infancy.** *[From the abstract:] "Lyme disease is a polymorphic and multisystemic disease caused by Borrelia burgdorferi. Neurological manifestations are found in 10%-50% of cases. We present 2 cases followed for 5 and 6 years of chronic relapsing-remitting neuroborreliosis."* | Ital J Neurol Sci, Oct;20(5):303-7 |
| 8. | Kurtic ITP; Mefnikov VG; Andreeva EA; Sokolova ZI; Leshlak OM; Bolkin IaB. | 1999 | **Comparative study of results of serological diagnosis of Lyme borreliosis by indirect immunofluorescence and immunoenzyme analysis.** *"Patients with persistent levels of antibodies to B. burgdorferi, even without clinical signs of infection, are in need of regular check-ups, because the prognostic significance of antibodies to B. burgdorferi is unknown and relapses may occur after months and years."* | Klin Lab Diagn, 3:34-7 |
| 9. | Straubinger RK; Straubinger AF; Summers BA; Jacobson RH; Erb HN. | 1998 | **Clinical manifestations, pathogenesis, and effect of antibiotic treatment on Lyme borreliosis in dogs.** *[Abstract:] "In three separate experiments, B. burgdorferi-infected dogs received antibiotic treatment (amoxicillin; azithromycin; ceftriaxone; doxycycline) for 30 consecutive days... Antibiotic treatment prevented or resolved episodes of acute arthritis, but failed to eliminate the bacterium from infected dogs. ... CONCLUSIONS: B. burgdorferi disseminates through tissue by migration following tick inoculation, produces episodes of acute arthritis, and establishes persistent infection. The spirochete survives antibiotic treatment and disease can be reactivated in immunosuppressed animals."* | Wien Klin Wochenschr, 110(24):874-81 |
| 10. | Treib J; Fernandez A; Haass A; Grauer MT; Holzer G; Woessner R. | 1998 | **Clinical and serologic follow-up in patients with neuroborreliosis.** *[Abstract:] "The authors performed a clinical and serologic follow-up study after 4.2 +/- 1.2 years in 44 patients with clinical signs of neuroborreliosis and specific intrathecal antibody production. All patients had been treated with ceftriaxone 2 g/day for 10 days. Although neurologic deficits decreased significantly, more than half the patients had unspecific complaints resembling a chronic fatigue syndrome and showed persisting positive immunoglobulin M serum titers for Borrelia in the Western blot analysis."* | Neurology, Nov;51(5):1489-91 |
| 11. | Hudson BJ; Stewart M; Lennox VA; Fukinaga M; Yabuki M; et al. | 1998 | **Culture-positive Lyme borreliosis.** *"We report a case of Lyme borreliosis. Culture of skin biopsy was positive for Borrelia garinii, despite repeated prior treatment with antibiotics."* | Med J Aust, May 18;168(10):500-2 |
| 12. | Meier P; Blatz R; Gau M; Spencker FB; Wiedemann P. | 1998 | **Pars plana vitrectomy in Borrelia burgdorferi endophthalmitis.** *"Despite of [sic] intravenous application of ceftriaxon for 14 days panuveitis persisted, and endophthalmitis developed when antibiotic therapy was finished....Despite of a second intravenous ceftriaxon treatment for 14 days we observed a retinal vasculitis in the follow up of 6 months. CONCLUSIONS: Despite intravenous ceftriaxon-therapy borrelia burgdorferi must have survived in the vitreous body."* | Klin Monatsbl Augenheilkd, 213(6):351-4 |





AR1747

| | Author | Year | Title | Journal |
|---|---|---|---|---|
| 13. | Priem S; Burmester GR; Kamradt T; Wolbart K; Rittig MG; Krause A. | 1998 | Detection of Borrelia burgdorferi by polymerase chain reaction in synovial membrane, but not in synovial fluid from patients with persisting Lyme arthritis after antibiotic therapy.<br><br>[Persistence] "Paired SF [synovial fluid] and SM [synovial membrane] specimens and urine samples from four patients with ongoing or recurring Lyme arthritis despite previous antibiotic therapy were investigated. RESULTS: In all four cases, PCR with either primer set was negative in SF and urine, but was positive with at least one primer pair in the SM specimens."<br><br>[Diagnosis] "CONCLUSIONS: These data suggest that in patients with treatment resistant Lyme arthritis negative PCR results in SF after antibiotic therapy do not rule out the intraarticular persistence of B burgdorferi DNA. Therefore, in these patients both SF and/SM should be analysed for borrelial DNA by PCR as positive results in SM are strongly suggestive of ongoing infection." | Annals of the Rheumatic Diseases, 57(12):118-21 |
| 14. | Petrovic M; Vogelaers D; Van Renterghem L; Carton D; et al. | 1998 | Lyme borreliosis – A review of the late stages and treatment of four cases.<br><br>A five-week treatment with doxycycline at a dose of 200 mg daily was prescribed. Fatigue, arthralgia en myalgia seemed to respond positively to the initiated therapy. However, they reappeared two weeks after cessation of doxycycline. ...It was decided to treat with ceftriaxone IM 2 g daily for three weeks. This resulted in a complete resolution of the general symptoms. However, three weeks later arthralgia of the knees and myalgia in both legs recurred. ...<br><br>Symptoms and signs may improve only temporarily shortly after treatment, but re-emerge within weeks or months. | Acta Clinica Belgica, 53(3):178-83. |
| 15. | Straubinger RK; Summers BA; Chang YF; Appel MJ. | 1997 | Persistence of Borrelia burgdorferi in experimentally infected dogs after antibiotic treatment.<br><br>[From the abstract] "In specific-pathogen-free dogs experimentally infected with Borrelia burgdorferi by tick exposure, treatment with high doses of amoxicillin or doxycycline for 30 days diminished but failed to eliminate persistent infection. Although joint disease was prevented or cured in five of five amoxicillin- and five of five doxycycline-treated dogs, skin punch biopsies and multiple tissues from necropsy samples remained PCR positive and B. burgdorferi was isolated from one amoxicillin- and two doxycycline-treated dogs following antibiotic treatment. ...(In) dogs that were kept in isolation for 6 months after antibiotic treatment was discontinued, antibody levels began to rise again, presumably in response to proliferation of the surviving pool of spirochetes." | Journal of Clinical Microbiology, 35(1):111-6 |
| 16. | Straubinger RK; Straubinger AF; Jacobson RH; Chang Y; Summer BA; Hollis N; Appel M. | 1997 | Two lessons from the canine model of Lyme Disease: migration of Borrelia burgdorferi in tissues and persistence after antibiotic treatment.<br><br>[Persistence] "In two studies, antibiotic treatment with amoxicillin or doxycycline for 30 days failed to eliminate persistent infection in 11 dogs. Immediately after treatment, borrelia could not be demonstrated, antibody levels declined, and joint lesions were prevented or cured. Live spirochetes, however, persisted in the tissue of at least three dogs as B. burgdorferi DNA was detected in all 11 treated dogs for up to 6 months after treatment, at which time antibody levels again began to rise."<br><br>[Diagnostic Issues] "In the dog model, we detected B. burgdorferi reliably in skin but infrequently in blood by culture and polymerase chain reaction (PCR). We found the organism in the synovium of joints but not in synovial fluids, and in the meninges but not in cerebrospinal fluid." | Journal of Spirochetal & Tick-borne Diseases, Vol. 4, No. 1/2 |
| 17. | Branigan P; Rao J; Rao J; Gerard H; Hudson A; Williams W; Arayssi T; Pando J; Bayer M; Rothfuss S; Clayburne G; Sieck M; Schumacher HR. | 1997 | PCR evidence for Borrelia burgdorferi DNA in synovium in absence of positive serology.<br><br>"PCR evidence for Borrelia has been identified in synovial biopsies of patients with clinical pictures that had not initially suggested Lyme disease. All [6 PCR-positive] patients were negative for antibodies to Borrelia and some were PCR positive in synovium despite previous treatment with antibiotics." | American College of Rheumatology, Vol 40(9) Suppl, Sept, p.S270<br><br>Infection, 24:73-6. |
| 18. | Weber K. | 1996 | Treatment failure in erythema migrans: a review.<br><br>[From the abstract] "Patients with erythema migrans can fail to respond to antibiotic therapy. Persistent of recurrent erythema migrans, major sequelae such as meningitis and arthritis, survival of Borrelia burgdorferi and significant and persistent increase of antibody titres against B. burgdorferi after antibiotic therapy are strong indications of a treatment failure. Most, if not all, antibiotics used so far have been associated with a treatment failure in patients with erythema migrans. | |

EXHIBIT A
PAGE 8 OF 72

AR1748

| | Author | Year | Title | Journal |
|---|---|---|---|---|
| 19. | Nanagara R; Duray PH; Schumacher HR Jr. | 1996 | **Ultrastructural demonstration of spirochetal antigens in synovial fluid and synovial membrane in chronic Lyme disease: possible factors contributing to persistence of organisms.**<br><br>*From the abstract:] "Electron microscopy (both EM and IEM were used) adds further evidence for persistence of spirochetal antigens in the joint in chronic Lyme disease. Locations of spirochetes or spirochetal antigens both intracellulary and extracellulary in deep synovial connective tissue as reported here suggest sites at which spirochetes may elude host immune response and antibiotic treatment."*<br><br>*From the article:] "If spirochetes are already sequestered in tissue that is inaccessible to antibiotics such as in the fibrinous and collagen tissue or within fibroblasts, high-dose parenteral antibiotics, or combination therapies with long duration may be needed to kill the living spirochetes." (p.1032)* | Human Pathology, Vol 27(10):1025-34 |
| 20. | Mursic VP; Wanner G; Reinhardt S; Wilske B; Busch U; Marget W. | 1996 | **Formation and cultivation of Borrelia burgdorferi spheroplast L-form variants.**<br><br>*[Persistence] "...clinical persistence of Borrelia burgdorferi in patients with active Lyme borreliosis occurs despite obviously adequate antibiotic therapy..." "The persistence of Bb even after therapy with antibiotics has been demonstrated in cerebrospinal fluid (CSF), in skin, iris,heart and joint biopsies."*<br><br>*[Cystic] In vitro investigation of morphological variants of B. burgdorferi, in an effort to explain the clinical persistence of active Lyme borreliosis despite antibiotic therapy. The authors suggest that these atypical forms may allow Borrelia to survive antibiotic treatment.* | Infection, 24(3):218-26 |
| 21. | Luft BJ; Dattwyler RJ; Johnson RC; Lager SW; Bosler EM; Rahn DW; et al. | 1996 | **Azithromycin compared with amoxicillin in the treatment of erythema migrans. A double-blind, randomized, controlled trial.**<br><br>*"Fifty-seven percent of patients who had relapse were seronegative at the time of relapse."* | Annals of Internal Medicine, 124(9):785-91 |
| 22. | Bayer ME; Zhang L; Bayer MH. | 1996 | **Borrelia burgdorferi DNA in the urine of treated patients with chronic Lyme disease symptoms. A PCR study of 97 cases.**<br><br>*The urine of 74.2% of patients previously treated with antibiotics for Lyme disease was found to be positive for B. burgdorferi DNA using PCR testing. All patients (n=97) had prior documented EM rash and had received a minimum of 3 weeks to 2 months oral and/or intravenous antibiotics. In 4 patients, PCR results were temporarily negative after treatment, but became positive again 4-6 weeks later. All patients suffered "continuing, often gradually worsening Lyme disease-like symptoms. ...It seems to be characteristic for most of the patients in our study that, after antibiotic-free periods of a few months, they had again become increasingly ill with neurological and arthritic symptoms, so that treatment had been resumed."* | Infection, 24 No.5 |
| 23. | Aberer E; Kersten A; Klade H; Poltschek C; Jurecka W. | 1996 | **Heterogenicity of Borrelia burgdorferi in the skin.**<br><br>*"Neuralgias arising 6 months after ECM in spite of antibiotic therapy were evident in a seronegative patient who showed perineural rod-like borrelia structures."* | American Journal of Dermatopathology, 18(6):571-9 |
| 24. | Oksi J; Kalimo H; Marttila RJ; Marjamaki M; Sonninen P; et al. | 1996 | **Inflammatory brain changes in Lyme borreliosis. A report on three patients and review of literature.**<br><br>*"In one of the six analyzed brain tissue specimens (from a patient who had received more than six months of antibiotic treatment prior to death, including two 3-week courses of IV ceftriaxone), B. burgdorferi DNA was detected by PCR."* | Brain, Dec;119 (Pt 6):2143-54. |
| 25. | Valesova H; Mailer J; Havlik J; Hulinska D; Hercogova J. | 1996 | **Long-term results in patients with Lyme arthritis following treatment with ceftriaxone.**<br><br>*"Long term clinical results in 25 patients at 36 months were complete response or marked improvement in 19, relapse in six and new manifestations in four of the cases, respectively."* | Infection, 24(1):98-102 |
| 26. | Preac Mursic V; Marget W; Busch U; Pleterski Rigler D; Hegl S. | 1996 | **Kill kinetics of Borrelia burgdorferi and bacterial findings in relation to the treatment of Lyme borreliosis.**<br><br>*[Persistence] "...the persistence of B. burgdorferi s.l. and clinical recurrences in patients despite seemingly adequate antibiotic treatment is described." ...*<br>*[Diagnosis] "The patients had clinical disease with or without diagnostic antibody titers.to B. burgdorferi."* | Infection, 24(1):9-16 |

EXHIBIT _A_
PAGE _81_ OF _93_

AR1749

| # | Author | Year | Title | Journal |
|---|--------|------|-------|---------|
| 27. | Lawrence C; Lipton RB; Lowy FD; Coyle PK. | 1995 | **Seronegative chronic relapsing neuroborreliosis.**<br><br>[From the abstract:] This article reports a Lyme disease patient "who experienced repeated neurologic relapses despite aggressive antibiotic therapy." The patient was seronegative. "Although the patient never had detectable free antibodies to B. burgdorferi in serum or spinal fluid, the CSF was positive on multiple occasions for complexed anti-B. burgdorferi antibodies, B. burgdorferi nucleic acids and free antigen."<br><br>[From the article:] "Before her 6th hospital admission this patient had received four courses of ceftriaxone, one of cefotaxime and two of doxycycline (of 19 and 8 weeks), increasing right hemiparesis and dyspnea with right intercostal muscle weakness prompted her 6th admission to the hospital. Following intravenous ceftriaxone for 2 weeks, it was decided to place the patient on long-term therapy (22 months) with clarithromycin. Although there is no information on the penetration of clarithromycin into the CNS, it achieves high concentrations within macrophages [18] a known sanctuary for the Bb spirochete [19]. The clinical response to clarithromycin in this patient has now been sustained for over 22 months."<br><br>"...Survival of Bb in humans despite aggressive antibiotic therapy has been previously reported (2,22). We believe this to be an example of a patient with chronic relapsing Bb infection. It is important to evaluate unusual patients like this thoroughly in order to determine the effectiveness of prolonged oral antibiotics as a therapeutic option." | European Neurology, 35(2):113-7 |
| 28. | Waniek C; Prohovnik I; Kaufman MA; Dwork AJ. | 1995 | **Rapidly progressive frontal-type dementia associated with Lyme disease.**<br><br>[From the abstract:] "The authors report a case of fatal neuropsychiatric Lyme disease (LD) that was expressed clinically by progressive frontal lobe dementia and pathologically by severe subcortical degeneration. Antibiotic treatment resulted in transient improvement, but the patient relapsed after the antibiotics were discontinued. LD [Lyme disease] must be considered even in cases with purely psychiatric presentation, and prolonged antibiotic therapy may be necessary." | Journal of Neuropsychiatry Clin Neurosci, 7(3):345-7 |
| 29. | Steere AC. | 1995 | **Musculoskeletal manifestations of Lyme disease.**<br><br>"...a 1-month course of oral antibiotics may not always eradicate viable spirochetes." | American Journal of Medicine, 98:44A-44S-51S. |
| 30. | Vartiovaara I. | 1995 | **Living with Lyme.**<br><br>A Finnish physician's account of his experiences that beginning with a tick bite in Vancouver in 1987. Dr. Vartiovaara resigned from his position with the Finnish Medical Journal in 1992, due to disabilities caused by Lyme disease.<br><br>[Persistence:] "After that [a positive result on a T-cell proliferation test at Stony Brook Hospital] I had two months' heavy treatment with oral doxycycline 300mg a day. I was a little better after it, but only for about two months. Then it started all over again, and I got worse. ...We sent blood and spinal fluid to Dr. Oksi and they turned out to be positive [by PCR]-in other words, the spirochaete was still alive in my body after six years, despite the antibiotics." Dr. Vartiovaara was then treated aggressively with a combination of antibiotics, including four weeks of ceftriaxone, for six months. Some time after the cessation of treatment however, he found that "My symptoms are on the move again."<br><br>[Diagnosis:] "What should be done when a patient has the typical Lyme disease history but negative serology? This is still a hot question especially in the USA. My strong opinion is that oral antibiotics should be given in such cases. Ordinary laboratory tests cannot be relied upon and the PCR is too expensive for routine use. When the whole picture leans towards Lyme borreliosis it is both ethically and medically right to treat." (p. 844) | Lancet, 345:842-4 |
| 31. | Ferris J; Lopez-Andreu JA; Salcedo-Vivo J; Sala-Lizarraga JA. | 1995 | **Lyme borreliosis. [Letter]**<br><br>"Our patient received during 2 years seven short-term antibiotic treatments, achieving transitory improvements. Nonetheless, his condition greatly deteriorated. In October, 1993, he started a different antibiotic regimen (ceftriaxone, 3 g per day intravenously for 12 months, oral roxithromycin 150 mg per day for 2 months, and oral ciprofloxacin, 500 mg per 12 hours for 2 months). After ceftriaxone he has continued with oral minocycline, 100 mg per 12 hours for 7 months. His quality of life has greatly improved and the treatment is more tolerable than the borreliosis."<br><br>"We add, however, in accord with the advice of others that antibiotics should be continued in the long term, until we achieve cure or delay the progression of the disease." | Lancet, Vol 345: 1436-37 |

EXHIBIT A
PAGE 82 OF 92

AR1750

| Author | Year | Title | Journal |
|---|---|---|---|
| **32.** Wahlberg P; Granlund H; Nyman D; Panelius J; Seppala I. | 1994 | **Treatment of late Lyme borreliosis.** [From the abstract:] "Short periods of treatment were not generally effective." [From the article:] "Symptoms and signs often improve temporarily shortly after treatment but reappear within weeks or months. ...To conclude, we have shown that long-term treatments beginning with intravenous ceftriaxone and continuing with amoxycillin plus probenecid or with cephadroxil were useful in the treatment of late Lyme borreliosis." (pp. 260-1) | Journal of Infection, 3:255-61 |
| **33.** Malawista SE; Barthold SW; Persing DH. | 1994 | **Fate of Borrelia burgdorferi DNA in tissues of infected mice after antibiotic treatment.** *The mice receiving antibiotic treatment in this study were given ceftriaxone.* [Persistence:] "2 out of 5 mice tested 60 days after treatment were found to be positive on culture; 1 of these mice was also positive by PCR. The authors speculate that this could be due to: (a) reinfection (which they consider "highly unlikely"), (b) contamination, or (c) the "resurgence of spirochetes in animals not completely sterilized by antibiotics. This test possibility will bear further scrutiny because late recurrences of Lyme disease without obvious reinfection may occur in humans." [Diagnosis:] Positive PCR results were found to suggest active infection. "Unless some patients with Lyme disease have a defect in their ability to degrade spirochetal DNA, these results suggest that persisting PCR positivity indicates persisting infection." | Journal of Infectious Diseases, 170;1312-1316. |
| **34.** Bradley JF; Johnson RC; Goodman JL. | 1994 | **The persistence of spirochetal nucleic acids in active Lyme arthritis.** "Our results show the intra-articular persistence of B. burgdorferi nucleic acids in Lyme arthritis and suggest that persistent organisms and their components are important in maintaining ongoing immune and inflammatory processes even among some antibiotic-treated patients. Further studies are needed to determine the microbiologic state of these organisms and their therapeutic and prognostic implications." (p. 489) | Annals of Internal Medicine, 120(6):487-9. |
| **35.** Asch ES; Bujak DI; Weiss M; Peterson MG; Weinstein A. | 1994 | **Lyme disease: an infectious and postinfectious syndrome.** [From the abstract:] "Patients were seen at a mean of 3.2 years after initial treatment. A history of relapse with major organ involvement had occurred in 28% and a history of reinfection in 18%. Anti-Borrelia antibodies, initially present in all patients, were still positive in 32%. At followup, 82 (38%) patients were symptomatic and clinically active Lyme disease was found in 19 (9%). Persistent symptoms of arthralgia, arthritis, cardiac or neurologic involvement with or without fatigue were present in 114 (53%) patients." [From the article] "...48 patients (8%) received intravenous antibiotics (penicillin in 14 and ceftriaxone in 4) as initial therapy and 6 (33%) of these patients relapsed. Many received repeated courses of antibiotic therapy for disease relapse and had full ...Subsequent courses of antibiotics were used in 51 (24%) patients. or partial response to this treatment." | Journal of Rheumatology, 3:454-61 |
| **36.** Shadick NA; Phillips CB; Logigian EL; Steere AC; Kaplan RF; Berardi AB; Duray PH; Larson MG; Wright EA; Ginsburg KS; Katz JN; Liang MH. | 1994 | **The long-term clinical outcomes of Lyme disease. A population-based retrospective cohort study.** "Ten of the 38 patients with Lyme disease reported relapses within 1 year of treatment... and had had repeated antibiotic treatment (6 patients with intravenous ceftriaxone)...Patient A, in addition, had second degree atrioventricular block with acute Lyme disease;that resolved with penicillin treatment....Her irregular heart rhythm recurred 2 years later, resolved temporarily with ceftriaxone treatment, but progressed to complete heart block requiring a pacemaker. ...Patient 12... was treated with 2 weeks of parenteral penicillin. She later developed a progressive speech disorder, bradykinesia, and abnormal ocular function. Magnetic resonance imaging of the brain showed scattered white matter lesions in the hemispheres and pons. ...she was re-treated with 2 weeks of parenteral ceftriaxone in 1989 that had no effect on her neurologic symptoms. During the time of observation, this patient died. At autopsy... [using] Dieterle silver stain, a spirochete was present in the cortex and another was exterior to a leptomeningeal vessel." | Annals of Internal Medicine, 121(8); 560-7. |
| **37.** Lopez-Andreu JA; Ferris J; Canosa CA; Sala-Lizarraga JA. | 1994 | **Treatment of late Lyme disease: a challenge to accept.** "The patient received 2 g of ceftriaxone daily for 4 weeks. Marked early clinical improvement was observed and continued for 3 weeks after therapy was discontinued. He received 6 additional courses of intravenous antibiotics for 3 to 5 weeks" [durations] between penicillin, doxycycline (two courses), and ceftriaxone [three courses], and 1 oral antibiotic (azithromycin). His general condition improved, but each antibiotic course was followed by a relapse." | Journal of Clinical Microbiology, 32:1415-16. |

EXHIBIT A
PAGE 85 OF 93

AR1751

| | Author | Year | Title | Journal |
|---|---|---|---|---|
| 38. | Preac-Mursic V; Pfister HW; Spiegel H; Burk R; Wilske B; Reinhardt S; Bohmer R. | 1993 | **First isolation of Borrelia burgdorferi from an iris biopsy.** <br><br> "The persistence of Borrelia burgdorferi in six patients is described. Borrelia burgdorferi has been cultivated from iris biopsy, cerebrospinal fluid also after antibiotic therapy for Lyme borreliosis. Lyme Serology: IgG antibodies to B. burgdorferi were positive, IgM negative in four patients; in two patients both IgM and IgG were negative. Antibiotic therapy may abrogate the antibody response to the infection as shown by our results. Patients may have subclinical or clinical disease without diagnostic antibody titers. Persistence of B. burgdorferi cannot be excluded when the serum is negative for antibodies against it." | Journal of Clinical Neuroophthalmology. Sep;13(3):155-61; discussion 162 |
| 39. | Klempner MS; Noring R; Rogers RA. | 1993 | **Invasion of human skin fibroblasts by the Lyme disease spirochete, Borrelia burgdorferi.** <br><br> This study found that B. burgdorferi spirochetes can survive antibiotic treatment through intracellular sequestration within fibroblasts. "In these experiments, we demonstrated that fibroblasts and keratinocytes were able to protect B. burgdorferi from the action of this B-lactam antibiotic [ceftriaxone] even at antibiotic concentrations > or = 10 times the MBC of this antibiotic. The protective effect was sustained for < or = 14 days and required viable fibroblast monolayers... We have demonstrated the presence of intracellular B. burgdorferi within HF [human fibroblasts] using laser scanning confocal microscopy... The observation of viable spirochetes within fibroblasts coupled to protection of B. burgdorferi from extracellular microbicidal antibiotics by fibroblasts [19] suggests that B. burgdorferi may be among the small number of bacteria that can cause chronic infection by localizing within host cells where they remain sequestered from some antimicrobial agents and the host humoral immune response." | Journal of Infectious Diseases, 167:1074-1081 |
| 40. | Haupl T; Hahn G; Rittig M; Krause A; Schoerner C; Schonherr U; Kalden JR; Burmester G. | 1993 | **Persistence of Borrelia burgdorferi in ligamentous tissue from a patient with chronic Lyme borreliosis.** <br><br> [Persistence:] "Repeated antibiotic treatment (6 weeks oral doxycycline, 2 weeks intravenous ceftriaxone, 2 weeks combination of oral roxithromycin/sulfamethoxazole/trimethoprim) was necessary to stop the progression of disease, but obviously did not completely eliminate B burgdorferi from all sites of infection. This was confirmed by the culture of viable B burgdorferi from a ligament sample obtained surgically. (The cultured bacteria were identified as B. burgdorferi by reactions with specific immune sera and monoclonal antibodies, and by polymerase chain reaction amplification and Southern blot hybridization techniques.) <br><br> ...These data indicate that vital B burgdorferi persisted (a) despite several courses of antibiotic therapy, (b) even when clinical symptoms subsided, and (c) even when no humoral immune response was detectable by ELISA or by IF." (p. 1625) <br><br> [Treatment:] "The hypothesis of evasion [to explain the survival of BB] supports the use of more aggressive therapy as described in recent reports (19), in which 3-4 weeks of intravenous antibiotics was suggested as first-line treatment when systemic manifestations develop, such as the chondritis in our patient." (p.1625) <br><br> [Intracellular:] "Electron microscopy of the ligament revealed spirochetes situated between collagen fibers or associated with fibroblasts, deeply invaginating these cells." (p.1625) <br><br> [Diagnosis:] [From this abstract:] "The initially significant immune system activation was followed by a loss of the specific humoral immune response and a decrease in the cellular immune response to B burgdorferi over the course of the disease. [From the article:] 'Interestingly, the cellular immune responses were also directed against this surface protein OspA during each recurrence of clinical symptoms, even though anti-OspA antibodies were not detectable by immunoblot.'" (p.1625) | Arthritis & Rheumatism, 36(11):1621-6 |
| 41. | Chancellor MB; McGinnis DE; Shenot PJ; Kiilholma P; Hirsch IH. | 1993 | **Urinary dysfunction in Lyme disease.** <br><br> [From the abstract:] "Neurological and urological symptoms in all patients were slow to resolve and convalescence was protracted. Relapses of active Lyme disease and residual neurological deficits were common." | Journal of Urology, Jan;149(1):26-30 |

EXHIBIT A
PAGE 84 OF 93

AR1752

| Author | Year | Title | Journal |
|---|---|---|---|
| 42. Relk L Jr. | 1993 | **Stroke due to Lyme disease.** | Neurology, 43(12);2705-7 |
| | | *[From the abstract:] "A 66-year-old Connecticut woman suffered multiple strokes 18 months after antibiotic treatment for early Lyme disease with facial palsy. Pleocytosis, intrathecal synthesis of anti-Borrelia burgdorferi antibody, and the response to antibiotic treatment substantiated the diagnosis of neuroborreliosis."* | |
| 43. Battafarano DF; Combs JA; Enzenauer RJ; Fitzpatrick JE. | 1993 | **Chronic septic arthritis caused by Borrelia burgdorferi.** | Clinical Orthop, 297:238-41 |
| | | *"A patient had chronic septic Lyme arthritis of the knee for seven years despite multiple antibiotic trials and multiple arthroscopic and open synovectomies. Spirochetes were documented in synovium and synovial fluid (SF). Polymerase chain reaction (PCR) analysis of the SF was consistent with Borrelia infection."* | |
| 44. Liu AN. | 1993 | **Lyme disease in China and its ocular manifestations.** | Chung Hua Yen Ko Tsa Chih, 5:271-3 |
| | | *"Early cases may be cured by oral antibiotics while intravenous drip of large dosage is needed for advanced cases, with a relapsing rate of 16%."* | |
| 45. Georgilis K; Peacocke M; Klempner MS. | 1992 | **Fibroblasts protect the Lyme disease spirochete, Borrelia burgdorferi, from ceftriaxone in vitro.** | Journal of Infectious Diseases, 166(2):440-4 |
| | | *[From the abstract:] "The Lyme disease spirochete, Borrelia burgdorferi, can be recovered long after initial infection, even from antibiotic-treated patients, indicating that it resists eradication by host defense mechanisms and antibiotics.* | |
| | | *...Human foreskin fibroblasts protected B. burgdorferi from the lethal action of a 2-day exposure to ceftriaxone at 1 microgram/mL, 10-20 x MBC. In the absence of fibroblasts, the organisms did not survive. ...Fibroblasts protected B. burgdorferi for at least 14 days of exposure to ceftriaxone. Mouse keratinocytes, HEp-2 cells, and Vero cells but not Caco-2 cells showed the same protective effect. Thus, several eukaryotic cell types provide the Lyme disease spirochete with a protective environment contributing to its long-term survival."* | |
| | | *[From the article:] "An intracellular site of survival would provide protection, since many of the antibiotics are much less concentrated in the cells than in extracellular spaces. ...Possibly fibroblasts and keratinocytes are the initial sites of this intracellular survival. This is especially relevant in that the first contact between the spirochete and the host in Lyme disease occurs in the skin." (p.443)* | |
| 46. Cooke WD; Dattwyler RJ. | 1992 | **Complications of Lyme borreliosis.** | Annual Review of Medicine, 43:93-103 |
| | | *"The diversity of the symptoms [of Lyme arthritis], from a mild self-limited illness to a severe chronic arthritis that persists despite antibiotic treatment, suggests that host factors are important in the pathogenesis."* | |
| 47. Feder HM Jr; Gerber MA; Luger SW; Ryan RW. | 1992 | **Persistence of serum antibodies to Borrelia burgdorferi in patients treated for Lyme disease.** | Clinical Infectious Diseases, Nov16(6):788-93 |
| | | *[From the abstract:] "...we recalled 32 patients with Lyme disease from a primary care practice a mean of 16 months after treatment... Nine of the 32 patients had persistant or recurrent symptoms, and ELISA and immunoblot were not helpful for identifying these nine patients."* | |

EXHIBIT A
PAGE 86 OF 93

AR1753

| Author | Year | Title | Journal |
|---|---|---|---|
| 48. | Dinerman H; Steere AC. | 1992 | Lyme disease associated with fibromyalgia. | Annals of Internal Medicine, 117:281-5 |

15 patients with Lyme disease and symptoms of fibromyalgia were followed in a long-term study. "None of the patients had had fibromyalgia before the onset of Lyme disease. All patients received antibiotic therapy, in most cases 2 g/d intravenous ceftriaxone for 2 to 4 weeks."

[Persistence] "Case Report: [After 2 weeks ceftriaxone] The knee swelling gradually resolved over the next 3 months, but he [the patient] began to have symptoms of fibromyalgia including marked fatigue and more diffuse pain and stiffness in the wrists, elbows, shoulders, and knees. Because his symptoms persisted, he was given a second 2-week course of ceftriaxone 1 year later. Although his symptoms improved somewhat with treatment, his fatigue and joint pain worsened again within several months, and he also experienced intermittent headache, memory difficulties, and irritability... Because of the slight spinal fluid pleocytosis and because he had already received two courses of ceftriaxone, he was treated with imipenem, 250 mg, every 8 hours for 30 days. His symptoms again improved for several months, but then worsened. During the subsequent year, in addition to his previous symptoms, he developed radicular pain along the chest wall, numbness and sensitivity on the right side of the face, and numbness in the left hand and foot."

[Diagnosis] "None of this patients had an elevated erythrocyte sedimentation rate."

[Seronegativity] "The small percentage of patients who are seronegative by enzyme-linked immunosorbent assay (ELISA) later in the illness usually have positive Western blots or cellular immune responses to borrelial antigens (9,10)."

| 49. | Pfister HW; Preac-Mursic V; Wilske B; Schielke E; Sorgel F; Einhaupl KM. | 1991 | Randomized comparison of ceftriaxone and cefotaxime in Lyme neuroborreliosis. | Journal of Infectious Diseases, Feb;163(2):311-8 |

33 patients with Lyme neuroborreliosis were treated for 10 days with either IV ceftriaxone or IV cefotaxime. Follow-up examinations were conducted after a mean of 8.1 months.10 of 27 patients examined were symptomatic at follow-up and borrelias persisted in the CSF of one patient. The authors conclude that "a prolongation of therapy may be necessary."

| 50. | Agger W; Case KL; Bryant GL; Callister SM. | 1991 | Lyme disease: clinical features, classification, and epidemiology in the upper midwest. | Medicine (Baltimore) Mar;70(2):83-90 |

"Despite longer and more frequent parenteral therapy, late Lyme disease frequently required retreatment, owing to poor clinical response (p less than .05)."

| 51. | MacDonald AB; Berger BW; Schwan TG. | 1990 | Clinical implications of delayed growth of the Lyme borreliosis spirochete, Borrelia burgdorferi. | Acta Trop, Dec;46(2):89-94 |

"Active cases of Lyme disease may show clinical relapse following antibiotic therapy. The latency and relapse phenomena suggest that the Lyme disease spirochete is capable of survival in the host for prolonged periods of time. We studied 63 patients with erythema migrans, the pathognomonic cutaneous lesion of Lyme borreliosis, and examined in vitro cultures of biopsies from the active edge of the erythematous patch. Sixteen biopsies yielded spirochetes after prolonged incubations of up to 10.5 months, suggesting that Borrelia burgdorferi may be very slow to divide in certain situations. Some patients with Lyme borreliosis may require more than the currently recommended two to three week course of antibiotic therapy to eradicate strains of the spirochete which grow slowly."

| 52. | Logigian EL; Kaplan RF; Steere AC. | 1990 | Chronic neurologic manifestations of Lyme disease. | New England Journal of Medicine, Nov 22; 323(21):1438-44 |

[From the abstract] "Six months after a two-week course of intravenous ceftriaxone (2 g daily), 17 patients (63 percent) had improvement, 6 (22 percent) had improvement but then relapsed, and 4 (15 percent) had no change in their condition."

[From the article] "Discussion.....These chronic neurologic abnormalities began months to years after the onset of infection, sometimes after long periods of latency, as in neurosyphilis. The typical response of our patients to antibiotic therapy supports the role of spirochetal infection in the pathogenesis of each of the syndromes described here......The likely reason for relapse is failure to eradicate the spirochete......This is reminiscent of far advanced neurosyphilis...... This last article is one of many studies that show continuing symptoms are most likely due to persistence of the spirochete."

EXHIBIT A

PAGE 80 OF 93

AR1754

| | Author | Year | Title | Journal |
|---|---|---|---|---|
| 53. | Sigal LH. | 1990 | Summary of the first 100 patients seen at a Lyme disease referral center. | American Journal of Medicine, 88:577-581 |
| | | | [Relapse] "Nine patients were seen who had a preceding history of Lyme disease and previous successful therapy, but the nonspecific symptoms had returned." | |
| 54. | Nadelman RB; Pavia CS; Magnarelli LA; Wormser GP. | 1990 | Isolation of Borrelia burgdorferi from the blood of seven patients with Lyme disease. | American Journal of Medicine, 88:21-26 |
| | | | [Persistent Symptoms] "Five of seven patients remained symptomatic at a median of four months after treatment..." | |
| 55. | Schoen RT. | 1989 | Treatment of Lyme disease. | Connecticut Medicine, Vol 53(6):335-337 |
| | | | [Treatment/Relapse] "As in other spirochetal infections, antibiotic therapy is most effective early in the illness....TREATMENT PROBLEMS...Late Disease: Not all patients with neurologic manifestations or with arthritis respond to oral or intravenous antibiotic therapy (19), and in many of these individuals, retreatment may be necessary. Retreatment is also appropriate in individuals who relapse, for example, with recurrent arthritis. ...Late in the illness, cases refractory to antibiotic therapy may be encountered." | |
| 56. | Dieterle L; Kubina FG; Staudacher T; Budingen HJ. | 1989 | Neuro-borreliosis or intervertebral disk prolapse? | Dtsch Med Wochenschr, 114(42):1602-6. |
| | | | "Despite antibiotic treatment (usually 10 mega U penicillin three times daily) six patients had a recurrence by April, 1989, treated with penicillin again or with twice daily 100 mg doxycycline or 2 g ceftriaxon." | |
| 57. | Preac-Mursic V; Weber K; Pfister HW; Wilske B; et al. | 1989 | Survival of Borrelia burgdorferi in antibiotically treated patients with Lyme borreliosis. | Infection, 17(6):355-9 |
| | | | [From the abstract:] "We conclude that early stage of the disease as well as chronic Lyme disease with persistence of B. burgdorferi after antibiotic therapy cannot be excluded when the serum is negative for antibodies against B. burgdorferi." | |
| | | | [Persistence:] "However, some patients later developed symptoms of the disease despite antibiotic treatment (9-11). Because of these observations it has become questionable if a definite eradication of B. burgdorferi with antibiotics is possible." (p.357) ..."The central nervous system invasion by spirochetes and a persistence of Treponema pallidum after penicillin G therapy is common in neurosyphilis (22,23)." (p.358) | |
| | | | [Treatment:] "In view of the hitherto failure of treatment, low CSF concentration of penicillin G, survival of B. burgdorferi in patients treated with antibiotics, the moderate penicillin G susceptibility of the organism and unpredictable progression of the disease, it seems appropriate to treat patients with substantially larger doses of antibiotics and/or longer than is provided in present treatment regimens." (p.358) | |
| | | | [Seronegativity:] "As is shown, negative antibody-titers do not provide evidence for successful therapy; antibody-titers may become negative despite persistence of B. burgdorferi." (p.358) | |
| 58. | Kohler J; Schneider H; Vogt A. | 1989 | High-dose intravenous penicillin G does not prevent further progression in early neurological manifestation of Lyme borreliosis. | Infection, 17(4):216-7. |
| | | | [From the abstract:] "We report two cases of Lyme borreliosis (LB) with erythema migrans (EM) and simultaneous meningopolyneuritis... EM and pain disappeared completely under high-dose penicillin G therapy within few a days. Pathological findings in CSF improved. Nevertheless, during and after therapy, neurological signs of LB developed: cranial nerve palsies as well as paresis of extremity muscles with radicular distribution." | |

EXHIBIT A
PAGE 87 OF 93



AR1755

| | Author | Year | Title | Journal |
|---|---|---|---|---|
| 59. | Steere AC; Duray PH; Butcher EC. | 1988 | Spirochetal antigens and lymphoid cell surface markers in Lyme synovium and tonsillar lymphoid tissue.<br><br>*[Persistence:] "Synovial tissue was obtained from 12 patients with Lyme disease who underwent arthroscopic synovectomy between 1984 and 1986. ...All patients had received antibiotic therapy and nonsteroidal antiinflammatory drugs (NSAIDs) prior to arthroscopic synovectomy. [p.488] ...Using monoclonal antibodies to the 31- or 41-kd polypeptides of B.burgdorferi, a few spirochetes and globular antigen deposits were seen in and around normal or injured blood vessels in areas of lymphocytic infiltration, in 6 of the 12 patients (Figure 4). [p.492]*<br><br>*"Similarly [as in tertiary syphilis or tuberculoid leprosy], the antigenic stimulus in Lyme arthritis would appear to be a small number of live spirochetes, demonstrated here by monoclonal antibodies, which may persist in the synovial lesion for years." [p.494]* | Arthritis & Rheumatism, 31:487-495 |
| 60. | Dattwyler RJ; Volkman DJ; Luft BJ; Halperin JJ; Thomas J; Golightly MG. | 1988 | Seronegative Lyme disease. Dissociation of specific T- and B-lymphocyte responses to Borrelia burgdorferi.<br><br>*[From the abstract:] "We studied 17 patients who had presented with acute Lyme disease and received prompt treatment with oral antibiotics, but in whom chronic Lyme disease subsequently developed."* | New England Journal of Medicine, 319(22):1441-6 |
| 61. | Schmidli J; Hunziker T; Moesli P; et al. | 1988 | Cultivation of Borrelia burgdorferi from joint fluid three months after treatment of facial palsy due to Lyme borreliosis.<br><br>*"Despite clinical resolution of paralysis, subsequent arthritic complication occurred. To our knowledge, this is the first report of the successful isolation of B. burgdorferi from synovial fluid and the subsequent propagation through serial passage. This positive culture strongly suggests that the spirochetes were not eradicated by the initial antimicrobial regimens (12 days amoxicillin-clavulanate followed by two weeks of doxycycline, 200 mg/d). ...Other possible explanations of treatment failure, such as insufficient tissue concentration, or reinfection by B. burgdorferi, were excluded by close medical and parental supervision. The patient was subsequently treated with 14 days intravenous ceftriaxone. Her arthritic symptoms resolved, and she remained symptom-free during an 11-month follow-up period.* | Journal of Infectious Diseases, 158:905-906 |
| 62. | Berger BW. | 1988 | Treatment of erythema chronicum migrans of Lyme disease.<br><br>*"Two of 80 patients with a minor form of the illness and 17 of 91 patients with a major form of the illness required retreatment."* | Annals of the New York Academy of Sciences, 539:346-51 |
| 63. | Weber K; Bratzke HJ; Neubert U; Wilske B; Duray PH. | 1988 | Borrelia burgdorferi in a newborn despite oral penicillin for Lyme borreliosis during pregnancy.<br><br>*"We now demonstrate B. burgdorferi in the brain and liver of a newborn whose mother had been treated with oral penicillin for LB [Lyme borreliosis] during the first trimester of pregnancy. ...The death of the newborn was probably due to a respiratory failure as a consequence of perinatal brain damage."* | Pediatric Infectious Disease Journal, 7:286-9 |
| 64. | Dattwyler RJ; Halperin JJ. | 1987 | Failure of tetracycline therapy in early Lyme disease.<br><br>*"We describe the clinical courses of 5 patients with Lyme disease who developed significant late complications, despite receiving tetracycline early in the course of their illness. All 5 patients had been treated for erythema chronicum migrans with a course of tetracycline that met or exceeded current recommendations.* | Arthritis & Rheumatism, 30:448-450 |
| 65. | Berger BW. | 1986 | Treating erythema chronicum migrans of Lyme disease.<br><br>*"Fourteen of sixty-one patients with a major form of the illness required retreatment, and five developed posttreatment late manifestations of Lyme disease consisting of Bell's palsy and persistent joint pain."* | Journal of Am Acad Dermatology, Sep;15(3):459-63 |

Page 11 of 12

EXHIBIT A<br>PAGE 88 OF 92<br>

AR1756

| Author | Year | Title | Journal |
|---|---|---|---|
| 66. Steere AC; Hutchinson GJ; Rahn DW; Sigal LH; Craft JE; DeSanna ET; Malawista SE. | 1983 | **Treatment of the early manifestations of Lyme disease.** *[From the abstract:] "However, with all three antibiotic agents nearly half of the patients had minor late symptoms such as headache, musculoskeletal pain, and lethargy. These complications correlated significantly with the initial severity of illness."* | Annals of Internal Medicine, Jul;99(1):22-6 |
| 67. Steere AC; Malawista SE; Hardin JA; Ruddy S; Askenase PW; Andiman WA. | 1977 | **Erythema chronicum migrans and Lyme arthritis. The enlarging clinical spectrum.** *"We remain skeptical that antibiotic therapy helps... Eight of our patients received penicillin, erythromycin, or cephalexin before entering the study because of the skin lesion. In one of them, the lesion persisted for 2 months despite therapy, longer than in any of the other study patients, and seven of the eight patients still developed joint, neurologic, or cardiac abnormalities."* | Annals of Internal Medicine, 86:685-698 |

*"Particularly puzzling has been the observation that organisms are extremely difficult to find in infected tissue, using either microbiologic or morphologic techniques. However, in many instances continued infection appears to be essential for symptoms to persist, no matter how small the number of organisms, as antimicrobial therapy is generally followed by clinical improvement."*

John J. Halperin, MD and Melvin P. Heyes, PhD.
Neuroactive kynurenines in Lyme borreliosis.
Neurology, (42)43-50, 1992.

Compiled and Edited by Joanne Rubel

EXHIBIT A
PAGE 89 OF 93

AR1757

| Precert Notes | Precert # : | 052563807 |

| 03/14/2006 09:19:41 | Level I appeal |
|---|---|
| User Id: GUNTA | This is the level I appeal review as documented by Dr. Brumblay on 3/13/06. |

Conclusion: Upheld re: Lyme disease diagnosis and therapy
Rationale: At issue is whether services including certain office visits, laboratory tests and medication administration services for presumed Lyme disease are excluded from coverage as Experimental/Investigational services. Review of the medical records does not yield information meeting the accepted definition for Lyme disease. The patient lives in an area where she could be exposed to infection with Lyme disease, but the record includes no documentation of an erythema migrans rash and serologic tests do not meet the recommended criteria for positivity. The documented clinical symptoms might occur with a wide variety of conditions. Treatment with oral antibiotics for presumed Lyme disease is documented, but exceeds duration of administration having started on or about October 12, 2004, and continued at least to January 4, 2005. Intravenous antibiotics were administered in two courses including July 19, 2005 to September 30, 2005, and October 1, 2005 to October 31, 2005 for a total of more than three months of treatment. In the absence of meeting established diagnostic criteria for Lyme disease, treatment for Lyme disease is experimental/investigational. In addition, intravenous antibiotic treatment for Lyme disease beyond 28 days is of unproven efficacy and is experimental/investigational. Services that were for the provision of experimental/investigational therapy including intravenous services, office visits and laboratory monitoring are excluded from coverage. Services required for management of complications of experimental/investigational treatment are excluded from coverage.

Conclusion: Reversed re: certain diagnostic laboratory tests.
Rationale: Review of the claims history shows that the office evaluation for October 12, 2004 was considered and paid. Certain diagnostic laboratory tests associated with this evaluation of the patient were denied. In this setting, such diagnostic tests would be considered medically appropriate. For date of service October 15, 2004, denied codes 86256 three times, 86611, and 87476 appear appropriate for consideration under the contract as medically necessary services.

Precert numbers for this review:
052563800
052563807
052563810
053364110
Related precert number not part of this review:
052563802

Documents:
Appeal file
Appeal binder from Dale and Melinda Hinman
HMS notes
MP 185A
Claims history

| 03/15/2006 10:54:40 | Level I appeal (and IDC) |
|---|---|
| User Id: GUNTA | |

Level I appeal completed. This note applies to precert #'s 052563800, 052563802, 052563807, 052563810 and 053364110.
Certain lab services on 10/15/04 which had been denied by the Claims Dept. have been approved as medically necessary. These include: 86256 Fluorescent noninfectious agent screen, 86611 antibody Bartonella, and 87476 infectious agent detection, Borrelia burgdorferi.
The initial Health Mgmt determinations have been upheld. The services related to treatment of alleged Lyme disease from 3/29/05 - 10/31/05 is experimental.
Services required for complications of experimental treatment are not covered.
All other denials by the Claims dept. for treatment related to the alleged Lyme disease are upheld as experimental.

Level I appeal determination letter reviewed by legal and mailed to Melinda Hinman, Providence Hood River Memorial Hospital, Dr. Christine Greene, Dr. Janice Journeau, Immungenex Inc., and Laboratory Corporation of America along with the Oregon group appeal enclosure.

E-mail to Boise Corr. regarding the above determination. Also, the level I appeal determination under pc # 052563802 had approved certain labwork on 10/13/04. These remained denied according to the claims history. Included the need to correct these in the e-mail to Boise Corr.



EXHIBIT A
PAGE 10 OF 93

AR2509

| Precert Notes | | Precert # : | 052563810 |
|---|---|---|---|

| 08/13/2007 07:04:53 | Level II appeal |
|---|---|
| User Id: DIETRICH | The following informaiton was received in company 8/10/07 per rightfax stamp, in HMS appeals 8/13/07: |
| | -Copy of Assurant Level 2 acknowledgement letter, pages 1 and 2, dated 8/2/07<br>-Providence Health System admitting record dated 10/21/05<br>-Providence Hood operation procedure report dated 10/21/05 (Duplicate) |
| | Forwarded to appeal nurse |
| 09/04/2007 09:18:14 | LEVEL II APPEAL (reopened after being on hold)(precerts 052563800, 052563807, 052563810 and 053364110) |
| User Id: TENNIE | Letter of appeal from Christopher Lundberg (attorney & authorized representative), dated 7/31/07, was received at Assurant Health on 8/01/07 and additional information received in HM Appeals 8/31/07.<br>Initial determination of experimental/investigational for office or other outpatient visit and IV antibiotics treatment and insertion of tunneled catheter for dos 10/15/04-10/31/05.<br>No new clinical information submitted so no additional medical advisor review required.<br>Will proceed with Level II Appeal. |
| 09/04/2007 09:30:53 | CORRECTION: |
| User Id: TENNIE | Additional information received in HM Appeals on 8/13/07 |
| 09/04/2007 11:23:41 | LATE ENTRY:  Review rec'd from MCMC on 6/28/06: |
| User Id: TENNIE | RECOMMENDATION:<br>1. The medical records do not document a diagnosis of Lyme disease.<br>2. The treatment provided is not consistent with evidence based medical literature for this disease.<br>3. The Assurant medical policy on Lyme Disease treatment is consistent with the evidence based literature.<br>RATIONALE / REFERENCE:<br>With regards to the submitted medical records and diagnosis of Lyme disease, the Western blot tests are negative; there is no documentation of tick exposure or history of erythema migrans; and, there are no findings on physical and neurological examination that are consistent with Lyme disease. There is no evidence based medicine that supports the administration of greater than four weeks of antibiotics for any stage of Lyme disease. Lyme disease that is treated with standard courses of antibiotic therapy may be followed by musculoskeletal pain, cognitive difficulties and fatigue, which some identify as post-Lyme disease syndrome. Treatment of the symptoms with three months of intravenous (IV) or oral antibiotics makes no difference in outcomes as compared to the placebo controls. Persistence of subjective symptoms cannot be equated with an active infection.<br>Steele A.C., Duration of Antibiotic Therapy for Lyme Disease, Annals of Internal Medicine,2003, 138, 761.<br>CLINICAL SUMMARY:<br>The member is reported to have Lyme disease with none of its neurological or physical evidence that would support the diagnosis. The attending physician (AP) treated for an extended period of time with IV Ceftriaxone.<br><br>John L. Brusch, MD<br>Boarded: Internal Medicine/Geriatric Medicine<br>Boarded: Internal Medicine/Infectious Disease<br>Boarded: Internal Medicine<br>State License # Expiration<br>Massachusetts 32675 11/03/2007<br>06/28/2006 |
| 09/04/2007 15:06:03 | Discussed with 3 medical advisors.  Most of information submitted with current Level II Appeal |
| User Id: TENNIE | request is not peer-reviewed medical literature---just print-outs from various groups on the internet. Per CMO, will send only the 5 peer-reviewed articles that were not previously reviewed to same MCMC reviewer who did 6/28/06 review to determine if these change the determination. |

EXHIBIT _A_<br>PAGE 91 OF 93<br><br>AR2525

| Precert Notes | Precert # : | 052563810 |
|---|---|---|

| 09/04/2007 15:07:24<br>User Id: TENNIE | LEVEL II APPEAL (reopened after being on hold)(precerts 052563800, 052563807, 052563810 and 053364110)<br>Letter of appeal from Christopher Lundberg (attorney & authorized representative), dated 7/31/07, was received at Assurant Health on 8/01/07 and additional information received in HM Appeals 8/13/07.<br>Initial determination of experimental/investigational for office or other outpatient visit and IV antibiotics treatment and insertion of tunneled catheter for dos 10/15/04-10/31/05.<br>Will forward to MCMC for medical advisor review.<br>Please see prior review by Dr. Brusch done on 6/28/06 regarding services 10/15/04-10/31/05.<br>New information in the form of copies of articles was submitted with the appeal. Please review the articles with respect to evidence based medical literature for this disease. Does this literature change the outcome of your previous review??<br><br>Online referral done, confirmation #548002<br>Copy of new peer-reviewed articles and case referral form sent to MCMC via Federal Express. |
|---|---|
| 09/06/2007 14:36:06<br>User Id: TENNIE | LEVEL II APPEAL<br>Tcf Beverly, MCMC, stating that Dr. Brusich is unavailable to review until after 9/11/07. They will forward the review as soon after that as possible.  This file is already late, and they have right to attend grievance panel.  Sent letter to auth rep advising of delay and that we will notify him when date is scheduled for grievance panel. |
| 09/12/2007 13:31:20<br>User Id: TENNIE | Rec'd review from MCMC:<br>RECOMMENDATION:<br>The requested Lyme disease treatment is considered experimental/investigational.<br>RATIONALE:<br>As stated my original review, I do not believe that the claimant has Lyme disease in any stage. Her Western blot test is negative. There is no documentation of tick exposure or history of erythema migrans. Her clinical course is quite atypical for Lyme disease. Essentially she has no significant supportive evidence of having Lyme disease. Therefore intrinsically the treatment of diagnosis-unsupported Lyme disease with this regimen is experimental/investigational. In addition, there is no evidence-based medicine that supports the approach of prolonged treatment of Lyme disease. Even if the patient did have Lyme disease there is no evidence based medicine that treatment for longer than one month has any improvement in outcome. The information submitted in the form of copies of articles with the appeal does not present evidence-based medicine that is contrary to my previously expressed opinion. In general, the articles were based on animal models, very limited series involving patients. Probably the best-conducted study that was submitted, was a randomized double mast clinical trial (Krupp LB, et al. A randomized double masked clinical trial neurology, 2003 60,.1923-1930.) The conclusion of this trial that there was no beneficial treatment effect of prolonged treatment upon cognitive function or the laboratory measurements of persistent infection. The study does not support the use of additional antibiotic therapy with parenteral ceftriaxone and posttreatment, persistently fatigued patients with "Post Lyme Syndrome".  My conclusion is that the submitted literature either cited studies that are of limited validity or are indeed as the above-cited one contradict the patient's position or are essentially irrelevant to the question at hand.<br>CLINICAL SUMMARY:<br>Review of a physician' s request to treat the patient with prolonged antibiotic therapy for purported Lyme disease<br>REFERENCE:<br>New Guidelines for Lyme Disease Prevention Clinical Infectious Diseases October 2006.<br><br>John L. Brusch, MD<br>Boarded: Internal Medicine/Geriatric Medicine<br>Boarded: Internal Medicine/Infectious Disease<br>Boarded: Internal Medicine<br>State License # Expiration<br>Massachusetts 32675 11/03/2007<br>09/12/2007 |
| 09/13/2007 08:52:17<br>User Id: TENNIE | LEVEL II APPEAL<br>State of Oregon requires final determination be reviewed by physician licensed in Oregon.<br>Refer to CMO.<br>Do you agree with final determination? |
| 09/13/2007 11:06:30<br>User Id: TENNIE | CMO: COncur with determination from independent board certified infectious disease specialist. This applies to all precertifications including 052563800, 052563807, 052563810 and 053364110. |

EXHIBIT _A_
PAGE _12_ OF _93_

AR2526

| Precert Notes | Precert # : | 060941383 |

| | |
|---|---|
| 06/28/2006 16:32:11 | **Conclusion: E/I Upheld** |
| User Id: BECKMAN | Rationale: Case sent to independent medical reviewer Board Certified in Internal Medicine and Infectious Disease. He reviewed the correspondence, submitted medical records and internal Assurant medical policy for Lyme Disease. The submitted questions were: |

1. Do the medical records document a diagnosis of Lyme disease?
2. Is the treatment provided consistent with the evidence based medical literature for this disease?
3. Is the Assurant medical policy on Lyme disease consistent with the evidence based literature?

His response:
1. The medical records do not document a diagnosis of Lyme disease.
2. The treatment provided is not consistent with evidence based medical literature for this disease.
3. The Assurant medical policy on Lyme disease is consistent with the evidence based literature.

Rationale/Reference:
With regards to the submitted medical records and diagnosis of Lyme disease, the Western blot tests are negative; there is no documentation of tick exposure or history of erythema migrans; and, there are no findings on physical or neurological examination that are consistent with Lyme disease.

There is no evidence based medicine that supports the administration of greater than four weeks of antibiotics for any stage of Lyme disease. Lyme disease that is treated with standard courses of antibiotic therapy may be followed by musculoskeletal pain, cognitive difficulties and fatigue, which some identify as post-Lyme disease syndrome. Treatment of the symptoms with three months of intravenous antibiotics or oral antibiotics makes no difference in outcomes as compared to the placebo controls. Persistence of subjective symptoms cannot be equated with an active infection. Steele A.C., Duration of Antibiotic Therapy for Lyme Disease, Annals of Internal Medicine, 2003, 138, 761.

Clinical Summary: The member is reported to have Lyme disease with none of its neurological or physical evidence that would support the diagnosis. The attending physician treated for an extended period of time with IV Ceftriaxone.

EXHIBIT A
PAGE 93 OF 93

AR2535